# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BETTY HARKEY, and GLEN GRAYSON and DOREEN MAZZANTI, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-01799 |

## MOTION FOR ADMISSION OF HASSAN A. ZAVAREEI AND ANNA C. HAAC AS VISITING LAWYERS

Mark P. Kindall, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorneys Hassan A. Zavareei and Anna C. Haac of Tycko & Zavareei LLP, as visiting lawyers to represent Plaintiffs Betty Harkey, Glen Grayson and Doreen Mazzanti in the above-captioned action, and any action with which this action may be consolidated. In support of this motion, the Affidavits of Attorneys Zavareei and Haac are attached hereto as Exhibits A and B, respectively.

A payment of $150 accompanies this motion. Service of all papers shall be made upon Mark P. Kindall at Izard Nobel, LLP 29 South Main Street Suite 305 West Hartford, CT 06107.

Dated: March 11, 2014　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Mark P. Kindall
　　　　　　　　　　　　　　　　　　　　　　Robert A. Izard (ct01601)
　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. Nobel (ct04855)
　　　　　　　　　　　　　　　　　　　　　　Mark P. Kindall (ct13797)
　　　　　　　　　　　　　　　　　　　　　　IZARD NOBEL LLP
　　　　　　　　　　　　　　　　　　　　　　29 South Main Street, Suite 305

West Hartford, CT 06107
(860) 493-6202
(860) 493-6290 *facsimile*
rizard@izardnobel.com
jnobel@izardnobel.com
mkindall@izardnobel.com

2

CERTIFICATE OF SERVICE

     I hereby certify that on March 11, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Mark P. Kindall
Mark P. Kindall (ct13797)
IZARD NOBEL LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
(860) 493-6202
(860) 493-6290 *facsimile*
mkindall@izardnobel.com