# EXHIBIT A4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GLEN GRAYSON and DOREEN MAZZANTI, individually and on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>     Defendant. | Case No. 3:13-cv-01799<br><br>(JURY TRIAL DEMANDED)<br><br><br><br>October 15, 2015 |

## EXPERT REPORT OF ABRAHAM J. WYNER, PH.D

### I.   INTRODUCTION

1.  The following declaration presents my opinions and the basis for these opinions with respect to the rate of glass door breakage in GE's 1090/1095 microwave ovens ("MWOs").

2.  I reserve the right to express additional opinions and to amend or supplement the opinions herein to the extent that I review additional information or to the extent that I deem necessary to respond to any opinions or analysis offered by Defendant, General Electric Company ("GE"), or the Court.

### II.   QUALIFICATIONS

3.  I am a tenured Full Professor of Statistics at the University of Pennsylvania's Wharton School of Business, where I also serve as Chair of the Undergraduate Program in Statistics. I completed my own undergraduate education magna cum laude at Yale University with a Bachelor of Science in Mathematics. I then earned my Ph.D. in Statistics from Stanford University.

4.  My curriculum vita is attached as Appendix A. A list of cases in which I have testified by deposition in the preceding four (4) years is attached as Appendix B. I am being

compensated for my work on this case at a rate of $500 per hour.  However, my compensation is independent of any opinions that I may render or the outcome of the proceedings in this matter.

## III.     INFORMATION AND DOCUMENTS REVIEWED AND/OR CONSIDERED

5.     In my analysis, I relied heavily on my general statistical knowledge and expertise. I also reviewed the materials referenced throughout this declaration and listed in Appendix C.

## IV.     ANALYSIS

6.     GE's Microwave Oven ("MWO") Safety Database (updated through mid-2015) records 2,389 broken glass incidents.  Of these, GE coded 1,571 under origin code "05B - Broken Glass – Door."  And of the total 05B glass door breakages recorded in GE's MWO Safety Database, almost half involve a 1090/1095 MWO.

7.     To show the likelihood of a 1090/1095 MWO glass door breakage incident occurring, it is necessary to tabulate the total number of MWOs sold. ████████████████
████████████████████████████████████████████████████████████████
████████████████████

### A.     A 1090/1095 MWO Is 1000 Times More Likely To Have A Glass Door Breakage Than Other Models

8.     Taken together, over the last 20 years, GE's 1090/1095 MWOs have made up ██ ██████████████████████. Yet, they are disproportionately responsible for about 50% of the MWO glass door breakages recorded in GE's MWO Safety Database.

9.     The ratio of the likelihood of an event under different conditions is called the relative risk.  For example, women smokers are 7.8 times more likely to get lung cancer than

women non-smokers.  Thus the relative risk of women developing lung cancer if they smoke is 7.8 to 1.[1]

10.    In aggregate, a 1090/1095 MWO is about 1000 times more likely than a non-1090/1095 MWO to experience a glass door breakage[2] that would be recorded in GE's MWO Safety Database.  The relative risk of glass door breakage in a 1090/1095 MWO is thus 1000:1.

11.    ████████████████████████████████████████████████

████████████████.  Since the production was not constant over time, it is further instructive and informative to compare the rate of 1090/1095 MWO glass door breakages by year.  This analysis reveals that the 1000:1 relative risk of glass door breakage in GE's 1090/1095 MWOs has remained consistent over time.  In other words, it is not a problem attributable to one manufacturing year or two.

12.    Figure 1 is a graph of the rate of reported 05B MWO glass door breakages for each year of manufacture starting in 1996 through 2008.  This graph includes only incidents reported to GE and included in GE's MWO Safety Database produced to date.  The rates for 1090/1095 MWOs and non-1090/1095 MWOs are plotted separately on the log scale, which means that every increase of one grid line represents an increase in the incident rate by a factor of 10.  Because the incident rates are so much larger for the 1090/1095 MWOs, it would be impossible to visualize the rates for both groups on the same graph without using a log scale.

---

[1] Pesche, Beate, et. al. "Cigarette Smoking and Lung Cancer – Relative Risk Estimates for the Major Histological Types from a Pooled Analysis of Case-Control Studies," *International Journal of Cancer* (2011).
[2] Although not every non-1090/1095 MWO has a glass door, this cannot explain the magnitude of the relative risk as ████████████████████████████████████████████

███████████████████████████████████████████████████

**Figure 1:**



13.    The red line in Figure 1 above charts the 05B glass breakage incident rate for non-1090/1095 MWOs.   For each year of manufacture since 1996 through 2008, the incident rate for non-1090/1095 MWOs has hovered around 5-10 incidents per million MWOs manufactured, or approximately 5-10 of one thousandths of 1%.  The blue line charts the incident rate for the 1090/1095 MWOs and hovers much higher at around 1 incident per 100 MWOs manufactured.

14.    The overall average relative incident rate (i.e. the ratio of the glass door breakage incident rate for the 1090/1095 MWOs compared to the non-1090/1095 MWOs) weighted each year by the number of 1090/1095 MWOs manufactured is just over 1000 to 1.

15.     The blue line is about 3 grid lines higher than the red line in every year.  This shows that the relative incident rate has been fairly constant in every year that the 1090/1095 MWOs have been made.

**B.      The 1090/1095 Glass Door Failure Rate Violates GE's Own Six Sigma Standard**

16.     Like many other companies, GE purports to follow an industrial design concept termed "Six Sigma," which is inspired by a statistical concept.  The idea is that, although you can't control a product's breakage rate directly, you can try to control the variability in processes and make them so precise and non-variable that the possibility of a single part exceeding a given tolerance threshold would require variation of more than 6 standard deviations.

17.     Six standard deviations events inevitably do occur, but only very, very rarely:  3-4 times out of a million trials.  Thus, if each part of a MWO is designed and manufactured to a six sigma specification, then the entire product, which can break if any one of its many parts breaks, will still have a low failure rate.  The glass doors that GE installed in non-1090/1095 MWOs as a whole meet the six sigma specifications approximately in that their breakage rate falls within this 3-4 times per million range.  This can be seen by looking at the red line in Figure 1.

18.     ██████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████

**C.      GE's 1090/1095 MWOs Fail at a Rate of At Least 1%**

19.     GE's 1090/1095 MWOs have average glass door breakage rates of 1%.  This is not just an ordinary failure of a product after years of use.  Rather, these MWOs are reported to

fail in a way that poses a safety risk. A 1% failure rate means that the MWO will catastrophically fail for at least one in every 100 consumers sometime during its lifetime. And this is the failure rate attributable to just one component, the glass door. Of course, the MWO could fail for other reasons, so the overall failure rate would be even higher.

20.    Moreover, the figures presented above for the relative breakage risk and failure rate of GE's 1090/1095 MWO glass doors are, if anything, serious under estimates. First, there may be many glass door breakages not reported to GE and/or that never end up in the safety database. For example, a GE analysis of glass door breakages in just the 1095 MWOs recorded in a different database, suggests that there could be more than double the number of incidents *reported* to GE than are represented in GE's MWO Safety Database. Compare GE Exhibit 22 referencing 918 glass break claims in GE's 1095 MWOs recorded in the "SAS Database" with the 376 such claims recorded in GE's MWO Safety Database. Second, the average time between purchase and incident is much less for MWOs that were purchased more recently since they have had fewer years of service. Thus, we can expect the glass door breakage incident rate in GE's 1090/1095 MWOs to be much higher than 1% once it is remeasured many years into the future, after enough time has passed for the recently purchased MWOs to be out of service.


I declare under penalty of perjury that I am an adult and otherwise competent to testify to the matters set forth herein. I further declare under penalty of perjury that the foregoing is based upon personal knowledge and is true and correct to the best of my knowledge, information, and belief.

Dated: October 15, 2015

_____

Dr. Abraham J. Wyner

# APPENDIX A

# Abraham J. Wyner

Department of Statistics, The Wharton School, University of Pennsylvania

448 Jon M. Huntsman Hall, Philadelphia, PA 19104

ajw@stat.wharton.upenn.edu

Citizenship: United States

## Education

**Stanford University**, Stanford, CA. Ph.D., Statistics, June 1993. Advisor: Ani Adhikari.

**Yale University**, New Haven, CT. BS, Mathematics, May 1988. Graduated magna cum laude, with distinction in the major.

## Academic Employment

**Wharton School, University of Pennsylvania**, Philadelphia, PA. *Full Professor of Statistics*, July 1, 2013. *Chair, Undergraduate Program in Statistics.*

**Wharton School, University of Pennsylvania**, Philadelphia, PA. *Associate Professor of Statistics*, September 2005-2013. *Chair, Undergraduate Program in Statistics.*

**Wharton School, University of Pennsylvania**, Philadelphia, PA. *Assistant Professor of Statistics*, September 1998-2005.

**University of California at Berkeley**, Berkeley, CA. *Visiting Assistant Professor of Statistics*, September 1995- June 1998.

**Stanford University**, Stanford, CA. *Acting Assistant Professor of Statistics*, September 1993-June 1995.

## Non-Academic Employment

**IBM Thomas J. Watson Research Center,** Yorktown Heights, NY. *Research Associate*, Speech Recognition Group. June 1989-August 1989.

**AT&T Bell Laboratories**, Murray Hill, NJ. *Consultant*, Data Compression Lab. June 1987-present.

## Statistical Consulting Services

### (2012-present)

- **Blue Man Group Holdings.** Provided statistical expertise on accounting matters and survey design. May 2013.
- **Berger & Montague, P.C.** Expert report and deposition. *Miriam Haskins et. al. v. First American Title Insurance Co.* November 2012- May, 2013.
- **DII Investment Trust.** Statistical modeling and consulting. November 2011- 2015

- **NYC Police Department**.  Expert report. *Carmichael* v. *City of New York et al.*  July, 2012.
- **Tycko & Zavareei LLP.** Expert reports, June, 2012, September 2014, January, 2015.
- **Kramer, Levin, Frankel and Naftalis LLP**. Expert services. *U.S. v. Chad Elie & John Campos, et al.* May, 2012.
- **Paul, Weiss, Rifkind, Wharton & Garrison LLP.**  Expert report and deposition, *Bermanger et. Al. vs. CGM et al.*  April 2012. Client: Citigroup.
- **Paul, Weiss, Rifkind, Wharton & Garrison LLP.**   Expert consulting for advertising arbitration involving Castrol. January 2012.
- **Pepper, Hamiliton LLP.**  Expert Consultation, 2014.
- **NARCO Industries,** Statistical modeling and consulting for NARCO Asbestos Trust, 2014
- **Comcast Corporation.** Statistical Analysis of customer data. 2014
- **ConEdison Corp. NY:**  Design survey to assess rate of gas fusion segment failure (2015, ongoing)
- **Texas State Attorney General:**  US Department of Labor, vs. State of Texas. CIVIL ACTION NO. 1:11-CV-469-SS

## Awards

- National Science Foundation (NSF) Post-Doctoral Fellowship in the Mathematical Sciences, 1995-1998

- National Science Foundation Fellowship, 1989-1991

- Hertz Foundation Award, 1988

- Abrams Award, Stanford Statistics Department, 1988

- Anthony D. Stanley Prize for Excellence in Mathematics, 1988

## Professional Activities

Member of NSF statistics expert panel 2003. Referee for NSF grant proposals, Israel-US Bi-National Science Foundation. Referee for numerous articles in many journals including the Annals of Statistics, IEEE Transactions on Information Theory, Machine Learning, Annals of Probability, Annals of Applied Probability, Journal of Computational Biology, Computer Journal, Journal of Information Retrieval, Statistical Science, Annals of Applied Statistics, Geographical Review Letters, NIPS, AI-Stats, Proceedings of Information Theory Symposium (also on Programming Committee).

# Refereed Publications[1]

(*denotes alphabetical ordering)

1. Abraham J Wyner, Matthew Olson, Justin Bleich, David Mease, <u>Explaining the Success of AdaBoost and Random Forests as Interpolating Classifiers</u>, April, 2015. Submitted to Journal of Machine Learning Research.

2. Mathieu E. Wimmer, Justin Rising, Raymond J. Galante, Abraham Wyner, Allan I. Pack, Ted Abel , "Aging in Mice Reduces the Ability to Sustain Sleep/Wake States", PloS one 8 (12), e81880, December, 2013.

3. McShane, Blakely B.; Jensen, Shane T.; Pack, Allan I.; Wyner, Abraham J. "Modeling Time Series Dependence for Scoring Sleep in Mice." *Journal of the American Statistical Association, 108 (504), 1147-1162, 2013.*

4. McShane, Blakely B.; Jensen, Shane T.; Pack, Allan I.; Wyner, Abraham J. "Rejoinder: Modeling Time Series Dependence for Scoring Sleep in Mice." *Journal of the American Statistical Association, 108 (504), 2013.*

5. Driver, R. J., Lamb, A. L., Wyner, A. J., & Raizen, D. M. "DAF-16/FOXO Regulates Homeostasis of Essential Sleep-like Behavior during Larval Transitions in *C. elegans."* *Current Biology* (2013).

6. Hu FY, Hanna GM, Han W, Mardini F, Thomas SA, Wyner AJ, Kelz MB, "Hypnotic Hypersensitivity to Volatile Anesthetics and Dexmedetomidine in Dopamine-Hydroxylase Knockout Mice." *Anesthesiology.* Accepted for Publication, November 2012.

7. Hu FY, Hanna GM, Han W, Mardini F, Thomas SA, Wyner AJ, Kelz MB, "Hypnotic Hypersensitivity to Volatile Anesthetics and Dexmedetomidine in Dopamine-Hydroxylase Knockout Mice." *Anesthesiology.* Accepted for Publication, November 2012.

8. *Rising, Justin and Wyner, Abraham.  "Partial Kelly Portfolios and Shrinkage Estimators." *IEEE International Symposium on Information Theory Proceedings*, July 2012.

---

[1] Including articles, discussions and rejoinders in refereed journals and refereed conference proceedings.

9. Naidoo, N., Ferber M., Galante, R.J., McShane, B.B., Hu, J.H., Zimmerman, J., Maislin, G., Cater, J., Wyner, A. J., Worley, P., and Pack, A.I., "Role of Homer Proteins in the Maintenance of Sleep-Wake States." *PLoS ONE Genetics*, 2012, 7(4): e35174, 2012.

10. McShane, BB; Galante, RJ; Biber, M; Jensen, ST; Wyner, AJ; Pack, AI. "Assessing REM Sleep in Mice Using Video Data." *SLEEP*; 35(3):433-442, 2012.

11. Pick, Jeremy; Chen, Yihan; Moore, Jason T; Sun, Yi; Wyner, Abraham J.; Friedman, Eliot B; Kelz, Max B. "Rapid Eye Movement Sleep Debt Accrues in Mice Exposed to Volatile Anesthetics." *Anesthesiology*: Volume 115 - Issue 4 - p 702–712, 2011.

12. *McShane, B.B. and Wyner, A.J. "Rejoinder: A Statistical Analysis of Multiple Temperature Proxies: Are Reconstructions of Surface Temperatures over the Last 1000 Years Reliable?" *The Annals of Applied Statistics,* Vol. 5, No. 1, 99–123, 2011.

13. *McShane, B.B. and Wyner, A.J. "A Statistical Analysis of Multiple Temperature Proxies: Are Reconstructions of Surface Temperatures over the Last 1000 Years Reliable?" *The Annals of Applied Statistics,* Vol. 5, No. 1, 5–44, 2011.

14. Blakeley B. McShane, Raymond J. Galante, Shane T. Jensen, Nirinjini Naidoo, Allan I. Pack[*], and Abraham Wyner [*] ([*]Co-Senior authors), "Characterization of the Bout Durations of Sleep and Wakefulness." *Journal of Neuroscience Methods* 193, 321–333, 2010.

15. *Jensen, S.T., McShane, B.B and Wyner, A.J.  "Rejoinder: Hierarchical Bayesian modeling of hitting performance in baseball." *Bayesian Analysis*, pp. 669–674, 2009.

16. *Jensen, S.T., McShane, B.B., and Wyner, A.J. "Hierarchical Bayesian modeling of hitting performance in baseball." *Bayesian Analysis* 4, pp. 631–652, 2009.

17. *Jensen, S.T, Shirley, K.E., and Wyner, A.J. "Bayesball: A Bayesian Hierarchical Model for Evaluating Fielding in Major League Baseball." *The Annals of Applied Statistics*, Vol. 3, No. 2, 491–520, 2009.

18. *Bradlow, E., Jensen, S., Wolfers, J. and Wyner, A. "A Statistical Look at Roger Clemens' Pitching Career." *Chance,* Vol. 21, No. 3, 24–30, 2008.

19. *D. Mease, A. Wyner. "Evidence Contrary to the Statistical View of Boosting." *Journal of Machine Learning Research,* 9 131-156, 2008.

20. *D. Mease, A. Wyner. "Evidence Contrary to the Statistical View of Boosting: A Rejoinder to Responses." *Journal of Machine Learning Research,* 9 195-201, 2008.

21. Mease, D., Wyner, A.J. and Buja, A., "Boosted Classification Trees and Class Probability/Quantile Estimation." *Journal of Machine Learning Research*, 8 (Mar): 409--439, 2007.

22. *Buja, A., Mease, D. and Wyner, A.J. "Comment: Boosting Algorithms: Regularization, Prediction and Model Fitting." *Statistical Science*, Vol.22, No. 4, 506-512, 2007.

23. *Belentepe, C., Wyner, A.J. "A Statistical View of Universal Stock Market Portfolios." *Proceedings of the 2005 International Symposium on Information Theory*, Adelaide, Australia, September, 2005.

24. *Ferrari, F. and Wyner, A.J., "Estimation of General Stationary Processes by Variable Length Markov Chains." *Scandinavian Journal of Statistics*, Vol. 30, pp. 459-480, September, 2003.

25. Wyner A.J., "On Boosting and the Exponential Loss." in C. M. Bishop and B. J. Frey (eds), *Proceedings of the Ninth International Workshop on Artificial Intelligence and Statistics*, Jan 3-6, Key West, FL. 2003.

26. *Foster, D., Stine, B. and Wyner, A.J., "Universal Codes for Finite Sequences of Integers Drawn from a Monotone Distribution." *IEEE Transactions on Information Theory*, Volume: 48 Issue: 6, pp. 1713 -1720, June 2002.

27. *Krieger, A., Long, C., and Wyner, A.J., "Boosting Noisy Data." C. Brodley, A. P. Danyluk (Eds.): *Proceedings of the Eighteenth International Conference on Machine Learning* , Williams College, Williamstown, MA, USA, June 28 - July 1, 2001. Morgan Kaufmann, pp. 274-281, 2001.

28. *Friedman, N., Goldszmidt, M., and Wyner, A.J., "Data Analysis with Bayesian Networks: A Bootstrap Approach." *Proceeding of the Fifteenth Conference on Uncertainty in Artificial Intelligence,* pp. 196-205. Morgan Kaufmann, San Francisco, 1999.

29. *Friedman, N., Goldszmidt, M. and Wyner, A.J., "On the Application of the Bootstrap for Computing Confidence Measures on Features of Induced Bayesian Networks." *Artificial Intelligence and Statistics: Proceeding of the Seventh International Workshop on Intelligence and Statistics,* pp. 197-202. Morgan Kaufmann, San Francisco, 1999.

30. Wyner, A.J., "More on Recurrence and Waiting Times." *The Annals of Applied Probability*, Vol. 9, No. 3, pp. 780-796, 1999.

31. *Buhlmann, P. and Wyner, A.J., "Variable Length Markov Chains." *The Annals of Statistics*, Vol. 27, No. 2, pp. 480-513, 1999.

32. Wyner, A.D., Ziv. J. and Wyner, A.J., "On the Role of Pattern Matching in Information Theory." *IEEE Transactions on Information Theory*, Vol. 44, no. 6, pp. 2045-2056, October, 1998.

33. Kontoyiannis, I., Algoet, P.H., Suhov, M. and Wyner, A.J., "Nonparametric Entropy Estimation for Stationary Processes and Random Fields, with Applications to English Text." *IEEE Transactions Information Theory.* Vol. IT-44, pp. 1319 - 1327, May, 1998.

34. Wyner, A.J., "The Redundancy and Distribution of the Phrase Lengths of the Fixed-Database Lempel-Ziv Algorithm." *IEEE Transactions of Information Theory*, Vol. IT-43, pp. 1452 - 1464, September 1997.

35. *Wyner, A.D., and Wyner, A.J., "Improved Redundancy of a Version of the Lempel-Ziv-Algorithm.'' *IEEE Transactions on Information Theory*, Vol. IT-41, pp. 723 – 731, May, 1995.

36. *Farach, M., Noordewier, N., Sevari, S., Shepp, L., Wyner, A.J., and Ziv, J., "On the Entropy of DNA: Algorithms and Measurements based on Memory and Rapid Convergence." *Proc AC-SIAM, Symposium on Discrete Algorithms (SODA)}*, Philadelphia, PA, pp. 48-57. 1995.

37. *Plotkin, N. and Wyner, A.J., "An Entropy Estimator Algorithm and Telecommunications Applications." G.R. Heidbreder (ed.), *Maximum Entropy and Bayesian Methods, 351-363.* Kluwer Academic Publishers. Santa Barbara, CA, 1993. The Netherlands, 1996.

## Papers Submitted to Refereed Journals

38. Wyner, A.J. and Foster, D., "On the Lower Limits of Entropy Estimation." *Entropy*, Re-Submitted October 2013.

## Non-Refereed Publications

### (*denotes alphabetical ordering)

39. Wyner, Abraham. "A Statistician Reads the Sports Pages: Can the Skill Level of a Game of Chance Be Measured?" Shane Jensen (column editor) *Chance,* Vol. 25.3, 2012.

40. *Bradlow, E., Jensen, S., Wolfers, J. and Wyner, A. "Keeping Score: Report Backing Clemens Chooses Its Facts Carefully." *New York Times*, February. 10, 2008.

41. Wyner, Abraham. "Why Do Women's Salaries Still Lag Behind? The Forward, December 20, 2013.

## Book Chapters

42. Wyner, A.D., J. Ziv and Wyner, A.J., "On the Role of Pattern Matching in Information Theory." *Information Theory: Fifty Years of Discovery,* S. Verdu and S. McLaughlin, editors. IEEE Press, Piscataway, NJ. 2000.
    - Originally appeared in [27].

## Working Papers

43. Wei Han, Max Kelz and Abraham Wyner. "Continuous Segmental Best Fit Analysis using Approximate Entropy."

44. Lawrence Shepp, Phillip Ernst and Abraham Wyner, "On the alleged correlation of uncorrelated processes."

## Grants and Contracts

1. **ESPN Baseball Project:** Received a $ 50K grant from ESPN to study baseball. This grant will fund a large collaboration with several statisticians in our department (Shane Jensen, Dylan Small), graduate students and professors from outside the department.

2. **Mechanisms of Alterations in Sleep with Age.** Multi-million dollar program project grant will be funded by National Institute on Aging. It will provide 5 years of summer support for a collaboration with the Sleep Center at the University of Pennsylvania. Approved June, 2006.

3. **NIH PhD Training Grant:** This grant will provide full time support for a statistics PhD student beginning from Fall 2007 through 2014.

4. **SBIR Grant to NIH "High Throughput Phenotyping of Mouse using Video".** This grant proposal submitted in January and approved for funding in March will provide 40K of funding to develop a collaboration with small business partner NeuroCare to explore the commercialization our newly developed technology.

5. **Mechanisms of Alerations in Sleep with Age (renewal).** Mutlimillion program program projet grant. Approved Feb, 2013.

6. **Patent Proposal:** we are in the process of patenting this technology.

## Doctoral Students: Thesis Advisees

1. Chuan Long, Ph.D. Statistics, 2001.

2. Cengiz Belentepe, Ph.D. Statistics, 2005.

3. Blakeley McShane, Ph.D. Statistics, 2010.

4. Justin Rising, PhD. Candidate Department of Statistics, 2013

5. Wei Han, PhD Candidate, Department of Applied Mathematics, 2013 (co-advisor with Alexander Rakhlin).

6. Joshua Magarick, PhD. Candidate Department of Statistics, 2015

7. Justin Bleich, PhD. Candidate Department of Statistics, 2015

## Wharton Service

- Director of the Undergraduate Program in Statistics (2005-present).
- MBA Faculty cohort Advisor (2003-2007).
- Member of Executive Committee (2003-2004).
- Faculty advisor to Wharton Gaming Club (2002-2003).

## Invited Presentations

Presented technical talks at conferences and universities around the world, including:

**Universities:**

Stanford University, University of California Berkeley, University of Southern California, University of Chicago, Yale University, Columbia University (Statistics), Rutgers University, Hebrew University (CS), Carnegie-Mellon, Weizmann Institute, Technion, Tel Aviv University, ETH-Zurich.

**Conferences:**

*Workshop on Information Theory and Applications, International Conference on Complexity, DIMACS, International conference on Neural Information and Processing Systems Workshop, IEEE International Workshop of Information Theory, International Conference on Mathematics and Information Theory, Conference on Information Science and Systems, International Symposium on Information Theory, Mid-West Statistical Society Conference, Harvard University Statistical Research Conference, Joint Statistical Meetings,*

*Wharton Sports Business Initiative Conference.*

# Teaching Experience

- **Undergraduate**: Intro. Statistics, Introduction to Statistics for Social Scientists and Economics Majors, Introduction to Statistics to Wharton students, Probability Theory.

- **Undergraduate Preceptorial**: Gambling and Probability (2001-2003).

- **Graduate**: Stochastic Processes with Applications (for OR Ph.D. students), Probability (statistics Ph.D. students), Stochastic Processes (for Ph.D. students), Seminar in Advanced Topics in Statistics and Information Theory. Statistics and the Law.

- **MBA**: Statistics for Managers (core courses: Stat 611, 612, 603, 621).

- **MBA Independent Study**: Vik Kakkar, Jackie Pangilinan, Brooks Powlen, Clint Siegfried, Timothy Skender (Sports Research).


- **Undergraduate Independent Study and Research** (since 2005):

   1. Andrew Yang (Sequential Prediction).
   2. Dan Short (Gambling/Basketball).
   3. Matt Kozim, Matt Corruth, Elan Fuld, Charlie Boatwright, Julie Kandel-Krieger, Sam Mondry-Cohen (Baseball Research).
   4. Michael Olivares, Sydney Scott (Psychology).
   5. Divya Krishnan Danish Munir (Financial Engineering).
   6. Tamara Pier
   7. Jake Lechnir

# APPENDIX B

## APPENDIX B

## <u>Deposition Testimony of Abraham J. Wyner, Ph.D. Since October 15, 2011</u>

*Bremanger v. Citigroup Global Markets, Inc.*, Case No. 1:09-cv-07058-VM-KNF (S.D.N.Y. April 16, 2012).

*Miriam Haskins, et al. v. First American Title Insurance Co.*, Case No. 1:10-cv-05044-RMB-JS (D.N.J. April 8, 2013)

*Kotsur v. Goodman*, Case No. 2:14-cv-01147-NS (E.D. Pa. January 22, 2015).

*Department of Labor v. State of Texas, Department of Family and Protective Services, Child Protective Services Division*, Case No. 1:11-cv-469-SS (April 9th, 2015).

# APPENDIX C

**APPENDIX C**

**Materials Reviewed and/or Relied Upon by Dr. Wyner**

GE MWO Safety Database (GE_RC001318 and GE_RC063558).

Spreadsheet re MWO Service History (GE_RC063557).

Spreadsheet re MWO National Sales Data from 1996-Present (GE_RC064084).

Spreadsheet re MWO Sales Data from 2000 to 2014 (GE_RC005238).

Spreadsheet re 1090/1095 MWO Sales Data from 1996-Present (GE_RC000939).

Defendant's Amended Responses to Plaintiffs' Second Set of Interrogatories (July 29, 2015).

Defendant's Objections to Plaintiffs' Amended Sixth Set of Interrogatories (September 21, 2015).

Deposition Transcript of Patrick Galbreath in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (March 3, 2015).

Deposition Transcript of John Todd in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (April 29, 2015).

Product Safety – MWO Presentation (November 29, 2007), GE Deposition Exhibit 15 (GE_RC000173-95).

Product Safety – MWO Presentation (February 27, 2008), GE Deposition Exhibit 18 (GE_RC000199-233).

Product Safety – MWO Presentation (March 10, 2011), GE Deposition Exhibit 22 (GE_RC000547-58).

Product Safety – MWO Presentation (March 6, 2013), GE Deposition Exhibit 24 (GE_RC02219-38).

September 2002 Service Bulletins (GE_RC000934-35).

Branded Product Change Request (GE_RC001053-54).

General Electric Company. *What Is Six Sigma? The Roadmap to Customer Impact.* Retrieved from http://www.ge.com/sixsigma/SixSigma.pdf.

Pesche, Beate, et. al. "Cigarette Smoking and Lung Cancer – Relative Risk Estimates for the
    Major Histological Types from a Pooled Analysis of Case-Control Studies,"
    *International Journal of Cancer* (2011).