# EXHIBIT A1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GLEN GRAYSON and DOREEN MAZZANTI, individually and on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br>  v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>          Defendant. | Case No. 3:13-cv-01799 |

**GE Combination Microwave/Convection Oven Failure Analysis**

**DECLARATION OF THOMAS L. READ, Ph.D.**

I, Thomas L. Read, declare as follows:

## Introduction and Summary

1.    Read Consulting was asked by Izard Nobel LLP and Tycko & Zavareei LLP to examine and, where applicable, determine the cause of failure of the outer glass panel of certain General Electric combination microwave / convection oven units (MWOs), and, based on those examinations, to assess whether there exists a general defect in the door design of model numbers JEB1090, JEB1095, ZMC1090 and ZMC 1095 MWOs (the "1090/10905 model lines").

2.    As set forth in detail below, I conclude, based on my inspection of specific 1090/1095 model line MWOs and my review of relevant documents and testimony, that the 1090/1095 model line has a design defect that causes that glass door to shatter of its own accord, without any misuse by the consumer.  Specifically, there is not enough clearance between the hinge spring and the exterior tempered glass. As a result, the side of the spring in the door hinge rubs against the tempered glass door. Over time the spring penetrates the compressive outer layer of the glass panel and causes the door to "self-destruct."[1] This is a design defect because there should be either more clearance or there should be a protective barrier between the hinge spring and the glass.

3.    Fundamentally, all of the 1090/1095 model line MWOs have the same door design and show the same damage pattern. Accordingly, It is further my considered opinion that the design and defect described above is common across all 1090/1095 MWOs.

## Qualifications of Thomas L. Read, Ph.D

4.    I am a licensed manufacturing engineer with over 40 years of experience in glass failure analysis. My initial introduction to glass failure analysis began in 1972 at Corning Glass Works where I developed finishing processes for space shuttle windows. This work included preparing test plates, breaking them under controlled conditions and analyzing the cause of failure. I have a B.S. in Metallurgy from the University of Pennsylvania, an M.S. in Materials Science from Stanford University and a Ph.D. in Materials Science and Engineering also from Stanford University. A current CV is attached as Appendix A. I am a licensed manufacturing engineer in the state of California. Presently I am a self-employed engineering consultant. I consult with numerous manufacturing companies in the area of glass fracture, and also consult with attorneys on product liability cases involving glass fractures.  I have consulted with attorneys representing Plaintiffs and Defendants roughly in equal measure.  My compensation for this case is

---

[1] As discussed below, of the 10 MWOs I inspected, the glass panels in 6 (Index Nos. 1, 2, 4, 8, 9 and 10, as set forth at ¶22 below) had already shattered for this reason.  Three MWO's I examined (Index Nos. 5, 6 and 7) were exemplar units provided by GE that had had not yet shattered. However, an inspection of the spring and glass revealed the same spring-rubbing-on-glass problem in each instance, rendering the MWOs subject to failure. The glass panel in the final MWO I examined (Index No. 3) shattered for an unrelated reason. However, an inspection of the spring and remaining glass revealed the same spring-rubbing issue and, as discussed below, it is my opinion that the glass door ultimately would have shattered for this reason had it not first broken due to other causes.

$350.00/hour, and it is not dependent on the content of this report, any testimony I may give or the outcome of this case.

5.  My involvement in glass failure analysis (and tempered glass) began in 1972 at Corning Glass Works where I developed the finishing processes for glass computer disks and for the Space Shuttle windows. Included in these projects were the strength testing of representative coupons (specially prepared test samples) and the follow-on failure analysis of the broken coupons. Since that time, I have performed hundreds of glass failure analyses. These include over 70 tempered glass failures. In addition, I have performed qualification tests on numerous tempered glass parts (pot covers, toaster oven doors and tempered glass windows) for various manufacturers.

6.  I have been qualified to testify in trial as an expert in failure analysis at least forty times. A list of depositions and trials at which I have testified for the last four years is attached as Appendix B.

7.  In forming my opinions, I have relied upon my background and experience as set forth above, and the documents cited in the body of, and Appendix C attached to, this report.

**The Technique of Glass Failure Analysis**

8.  It has been my experience and observation that there is a specific reason that tempered glass objects fail, and that the cause of failure can be determined by a proper failure analysis.

9.  Glass failure analysis is the one known and proven technique used to determine the cause of failure of broken bottles. It began in the early twentieth century. Standard texts in the field, upon which I also relied, include:

1.  Failure Analysis of Brittle Materials, V. D. Frechette, American Ceramic Society (1990) ISBN 0-944904-30-0.
2.  Glass Engineering Handbook, E. B. Shand, McGraw-Hill Book Company, Inc (1958)
3.  Fractography of Glass, Edited by Bradt & Tressler, Plenum Press (1994).
4.  Fractography of Glasses and Ceramics II, Ceramic Transactions, 17, Varner and Frechette, American Ceramic Society (1991)

Groundbreaking papers include:

1.  A. Griffith, Philos. Trans. Roy. Soc. (London), A 221: 163 (1920).
2.  C. E. Inglis, Proceedings Institute of Naval Architects, Vol. 55, p. 219 (1913)
3.  H. Wallner, Zeitschrift for Physic, 114, pp. 368-378 (1939).
4.  H. Wallner, Ceramic Abstracts 19, 6, p. 137 (1940).

10. Griffith and others developed the equations of elasticity used to describe quantitatively the fracture of brittle solids, such as glass. In the same time period, Wallner determined how to interpret the markings on glass fracture surfaces to locate the "origin" of the glass failure. More recently, several texts have been written that summarize the necessary techniques used by scientists and engineers to perform glass failure analysis and determine the cause of the failure, as listed above.

### Selection of Glass for the GE MWOs

11. Because the subject MWO's are combination microwave and convection ovens, the glass selected for the doors must be resistant to temperatures as high as 500°F, and it must be resistant to thermal shock resulting from the heat up and cool down of the oven in the convection mode.

12. For these applications there are two possible glass candidates, annealed low thermal expansion glass (or glass ceramic) or tempered glass. The low expansion glass is the more expensive alternative, but it will not self-destruct the way tempered glass will (as discussed at ¶¶14-21 below).

13. GE chose tempered glass for the MWOs. This choice makes these doors subject to self-destruction as a result of the built in stresses. If annealed low thermal expansion glass had been used, the doors would have survived the side of the hinge spring rubbing on the glass.

### Description of Tempered Glass and Typical Tempered Glass Shattering Scenarios

14. Glass only fails in tension (that is, when the material is pulled apart). (See Figure #1 below). When glass is put under compression (that is, compacted), the glass becomes stronger.



*Figure #1: Schematic drawings illustrating tension and compression. Tension is pulling the material apart. Compression is the compacting of the material.*

15. Thermal temper processes were developed to take advantage of the strengthening of glass that occurs under compression. In the case of the subject MWOs, thermal tempering makes the

4

glass door more resistant to thermal shock and damage that arises from normal use. Specifically, tempered glass is glass that has been subjected to a process that puts the surface of the glass in compression. The thermal tempering process results in a pane of glass that has outer compressive layers on either side, but a center layer that is under tension. There are two categories of thermally tempered glass:

- Fully Tempered Glass: Glass that has a minimum of 10,000 psi compressive stress on both surfaces.

- Heat Strengthened Glass: Glass that has from 4500 to 7500 psi compressive stress on both surfaces.

16. The outer compressive layers give the pane of glass heightened strength. However, thermally tempered glass (of either category) will self-destruct if the compression layer is breached by a defect. Below (Figure #2) is the stress profile of tempered glass. The outer 1/5th of the surface is in compression. The center core is in tension. In order to break this glass by bending, the compressive stresses of the layers at the surface would have to be overcome. However, if a defect (such as a crack, or, as here, the rubbing of a spring) penetrates the compressive layer, the interior tensile stresses in the glass drive the failure, and the glass self-destructs. As a result, any mechanical damage process that creates a defect that penetrates the compressive layer will cause the glass to fail completely.



*Figure #2: Simplified stress profile of tempered glass. 1/5th of the thickness at the surface on either side is in compression. If a defect penetrates the compressive layer, the glass pieces will "instantly self-destruct".*

17. If surface damage is the cause of the failure, there will be damage at the origin that starts on the outer surface of the glass and penetrates into the tensile stresses of the glass interior. Below are examples of how the origins of tempered glass failures are determined.

18. Figure #3 is a photograph of a tempered glass toaster oven door that was purposely broken with a spring loaded center punch. This panel was covered with clear tape on the back side, to hold the pieces together, and it was then center punched at the origin. The cracking radiated from the origin (at a speed of 3600 mph), and at the origin is a telltale "butterfly". The

failure analysis follows the radiating cracks back to the origin; the pieces at the origin are removed to expose the fracture surface, and the origin is analyzed microscopically to determine the cause (Figure #4).



*Figure #3: Photograph of a tempered glass toaster oven door panel that was broken using a spring loaded center punch that created a crack that penetrated the compressive layer and caused the glass to self destruct. The cracking radiates from the origin at a speed of 3600 MPH, and the glass panel breaks into a large number of small pieces. To find the origin one needs to follow the radiating cracks backwards to the "butterfly." Then separate the pieces and examine the fracture surface microscopically to show where the compression layer was breached.*



*Figure #4: Photomicrographs of failure origins on two tempered glass pot lids. These lids failed as a result of a stainless steel cup washer rubbing on the surface of the tempered glass lid. The washer rubbed through the compressive layer and the lid self-destructed (Mag. 30X).*

6

19. In both cases illustrated in Figures # 4 the failures were initiated where a stainless steel cup washer was rubbing on the underside of the tempered glass pot lid. Over time the rubbing created a defect that penetrated the outer compression layer and the glass cover self-destructed. One can see that the origin occurs where the initial damage starts at the outer surface and penetrates into the tensile interior of the tempered glass. These examples are very similar to the GE MWO failures examined for this report and discussed below.

20. Where the compressive layer of a glass panel is being compromised on an ongoing basis (such as by contact with a spring), the layer ultimately may be pierced, and the panel shatter, at any time. Accordingly, with regard to a MWO door, the panel may shatter even when the appliance is not in use. Indeed, piercing of the compressive layer is the most likely culprit where an MWO glass door shatters when the unit is not in use or otherwise being handled / operated.

21. When tempered glass, such as in an MWO door, shatters, the glass debris can propel outward for several feet. This propelled glass could potentially cause injury to someone caught within the dispersion radius, as could small glass shards left on the various surfaces (which may be easy to miss in any clean-up effort).

## Procedure for MWO Inspections

22. In the course of my analysis, I inspected the following MWOs summarized in Table #1 below. The first two MWOs (Index Nos. 1 & 2) were sent to Read Consulting for inspection. The remaining MWOs were inspected on site.

| Index # | Model # | S/N | "As Reviewed" Condition | Failure Analysis Result | Where & When Inspected |
|---|---|---|---|---|---|
| 1 | JEB 1095 SB | SN TA 952733S | Stainless Steel Plate & Glass Broken | Hinge Spring Rubbing on Glass | Read Consulting & Exponent July 9-10, 2015 |
| 2 | JEB 1095 SB | SN ZA 957799S | Stainless Steel Plate & Glass Broken | Hinge Spring Rubbing on Glass | Read Consulting & Exponent July 9-10, 2015 |
| 3 | ZMC 1095 SF03 | SN VH900197 | Stainless Steel Plate & Glass Broken | Failure Origin at Handle Hole; Hinge Rubbing Visible | GE Appliance Park Louisville, KY August 13, 2015 |
| 4 | ZMC 1095F001 | SN FG908735S | Stainless Steel Plate & Glass Broken | Hinge Spring Rubbing on Glass | GE Appliance Park Louisville, KY August 13, 2015 |
| 5 | JEB 1095 W B002 | SN DS971107S | Glass Unbroken | Evidence of Spring Rubbing | GE Appliance Park Louisville, KY August 13, 2015 |
| 6 | ZMC 1095 SF02 | SN GH900070B | New and Unused Glass Unbroken | Evidence of Spring Rubbing | GE Appliance Park Louisville, KY August 13, 2015 |
| 7 | JEB 1095 SB002 | SN HG900033B | Glass Unbroken | Evidence of Spring Rubbing | GE Appliance Park Louisville, KY August 13, 2015 |
| 8 | JEB 1090 SBV001 | SN TR9190 47 S | No Stainless Steel Plate & Glass Missing | Springs Show Rubbing | Dickens Residence Pleasant Hill, WV Sept. 9, 2015 |
| 9 | JEB 1095 WB94 | SN 900023 B | No Stainless Steel Plate & Glass Missing | Springs Show Rubbing | Levy Residence Carlsbad, CA Sept. 28, 2015 |
| 10 | ZMC 1095 BB 001 | SN LZ900540 S | No Stainless Steel Plate & Glass Missing | Springs Show Rubbing | Mequet Residence Dallas, TX Sept. 29, 2015 |

*Table #1: Summary table of the MWOs inspected and the determined results.*

23. Each of the inspections was performed pursuant to the following protocol, as agreed upon by myself and Dr. Paul Verghese, a retained expert for GE:

1.     Document each MWO photographically.
2.     Remove the door.
3.     Document and disassemble the door.
4.     Document any surface damage to the glass.
5.     If possible, perform a glass failure analysis on the broken glass. This includes:
   a.     Find the origin. As mentioned above look at the crack pattern and trace it back the origin.
   b.     Separate the pieces at the origin. As stated before, the origin on the fracture surface is where the radial cracks converge (Figure #2). Normally the origin is contained within the "butterfly" at the origin.
   c.     Use a low power microscope to view and document the fracture surface at the origin.
6.     Examine and document the hinge springs for wear from rubbing on the glass.
   a.     Visually.
   b.     Microscopically. Again, use a lower power microscope to document any rubbing damage on the hinge spring.

**General Description of the MWO Doors That Were Examined**

24. The MWO doors examined are identical with respect to their construction and how they are attached to the MWO. All are attached by spring loaded hinges at the bottom of the assembly. The hinge goes through the back of the door and attaches the door to the MWO. In all cases, the surface closest to the hinge spring is a 3.3mm thick panel of tempered glass. In addition, the hinge springs were not isolated from the tempered glass (and had come into contact with, and rubbed against, the glass surface).

25. On some MWOs (Index No's 1-4, 6&7), the tempered glass is laminated to a stainless steel plate. On others (Index Nos. 5, 8-10) it is free standing (as illustrated in Figure Nos. 5, 6 and 7 below).



*Figure #5: Photograph of the Dickens' MWO (Index No. 8). The outer glass failed and is gone. This exposes the two hinge assemblies on the front of the door. The hinges are spring loaded and they exit the backside of the MWO door and attach the door to the MWO.*



*Figure #6: Close up photographs of the front of a MWO showing two hinge assemblies on the Dickens' MWO (Index No. 8). The actual hinge goes through the back of the door and attaches the door to the MWO (see Figure #7 below).*




*Figure #7: Close up photographs of one of two hinges exiting the back of the door and attaching to the oven wall.*

### Results

### *Index #1*

### *Model JEB 1095 SB (S/N TA 952733S)*

26. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.1.

27. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 8, 9 and 10), I conclude that rubbing of the side of the hinge spring caused the tempered door glass of this MWO to fail.




*Figure #8: Photographs of Model JEB 1095 SB SN TA 952733S. On the left one can see that the outer glass on the oven door is broken. In this case the glass is laminated on the inside of a 0.6mm thick Stainless Steel plate. Because of this, the broken glass is held in place. The photograph on the right is the same oven with the door open. There are two spring loaded hinges*

*on the bottom of the door. This is the same construction for all the MWOs examined. They all had these two spring loaded hinges.*



*Figure #9: Photographs of the spring and the matching damage to the glass at the origin for SN TA 952733S. The location of the damage to the spring matches the failure origin on the glass. This proves that the rubbing of the spring on the glass caused the failure. The failure occurred as a result of rubbing damage on the tempered glass by the side of the final coil of the spring on the left hinge.*



*Figure #10: Photomicrograph of the fracture origin of SN TA 952733S. The failure initiated where the spring was rubbing on the glass surface. The rubbing caused a defect that penetrated the compressive layer. This resulted in the door self-destructing. The small arrows show the progress of the crack when it grew (Mag.25X).*

12

### Index #2

### Model JEB 1095 SB (S/N ZA 957799S)

28. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.2.

29. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 11, 12, 13 and 14), I conclude that rubbing of the side of the hinge spring caused the tempered door glass of this MWO to fail.



*Figure #11: Model JEB 1095 SN ZA 957799S in the "as received condition" after removed from the shipping container.*



*Figure #12: Photographs locating the failure origin for SN ZA 957799S. The fracture originated adjacent to the last coil of the left hinge spring.*

 

**Rubbing Damage to the Hinge Spring**        **Assembled Pieces at the Origin**

*Figure #13: Photographs of the spring damage and the glass pieces removed from the origin for SN ZA957799S. The damage to the spring matches the location of the glass failure origin (i.e. it is directly opposite). This proves that the rubbing of the spring on the glass caused the failure. The rubbing damage penetrated the compressive layer of the glass, and it self-destructed due to the interior tensile stresses.*



*Figure #14: Photomicrograph of the fracture origin. The arrows show the direction as the crack grew. The failure initiated where the spring was rubbing on the glass surface. The rubbing caused a defect that penetrated the compressive layer. This resulted in the door self destructing. The arrows show the direction of initial crack growth. (Mag. 25X).*

14

**Index #3**

**Model ZMC1095SF03 (S/N VH900197)**

30. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.3.

31. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 15, 16, 17 and 18), I conclude that failure in this MWO originated at the upper right handle hole. However, there was extensive damage to the tempered glass at both spring loaded bottom hinges. In both cases the damage was caused by the side of a protruding coil of the spring rubbing on the glass. This is identical to the damage that caused the two failures described above. The rubbing damage observed on the glass indicates that this mechanism was in play and would have eventually caused failure.



*Figure #15: Photograph of Model #ZMC1095SF03, SN VH900197 before inspection.*



*Figure #16: Failure origin of Model ZMC1095SF03; S/N VH900197. The failure originated at the right handle hole. The exact origin was not found due to the large number of pieces around the origin.*



**Glass Damage at Left Hinge Spring**          **Glass Damage at Right Hinge Spring**

*Figure #17: Damage was found on the glass as a result of the final coil of the hinge springs rubbing on the glass. This is identical to the damage that caused the two failures previously described. The damage is caused by the protruding final coil of the hinge spring rubbing on the glass. This rubbing would have eventually caused the tempered glass to self destruct (Mag. 15X).*



*Figure #18: Left hinge spring. This shows damage to the final coil.*

### **Index #4**

### **Model ZMC1095SF001 (S/N FG908735S)**

32. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.4.

33. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 19, 20, 21 and 22), I conclude that rubbing of the side of the right hinge spring against the glass caused the tempered door glass of this MWO to fail.



*Figure #19: The MWO (ZMC1095SF001, SN FG908735S) as stored at GE Appliance Park.*

 

*Figure #20: Photographs of the failure origin for Model: ZMC1095SF001; S/N FG908735S. The photograph on the left shows the origin along with the spring on the right hinge.*



*Figure #21: Photomicrographs of the glass fracture surface at the origin and the corresponding rubbing damage to the right hinge spring. The side of the spring rubbed on the tempered glass surface till the glass failed. The rubbing caused a defect that penetrated the compressive layer. This resulted in the door self destructing. This is identical to the previous failures (Mag. 10X).*



*Figure #22: Higher power photomicrograph of the glass fracture surface at the origin. The fracture originated at the point where the final coil of the right hinge spring was rubbing on the glass. This rubbing caused a defect that penetrated the glass compressive layer. This resulted in the door self-destructing. (Mag. 25X).*

### Index #5

### Model JEB1095WB002 (S/N DS971107S)

34. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.5.

35. This unit was a previously-used exemplar unit provided by GE. The glass was unbroken in this unit. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 23 and 24), I conclude that, although the door glass was intact, rubbing of the side of the hinge spring was evident. This rubbing would eventually cause the free standing door glass to fail.



*Figure #23: This MWO (JEB1095WB002, SN DS971107S) was previously used, but the outer door glass remains intact. The glass shows damage from the sides of the springs rubbing on it. This was seen in the same locations as seen before. This model has free standing tempered glass. There is no stainless steel plate.*



*Figure #24: Photomicrographs of rubbing damage found on Model JEB1095WB002; S/n DS971107S. This is the same type of damage found previously (Mag. 10X).*

### <u>Index #6</u>

### <u>Model ZMC1095SF02 (S/N GH900070B)</u>

36. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.6.

37. This unit was a brand new, unused exemplar unit provided by GE. The glass was unbroken in this unit. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 25 and 26), I conclude that this MWO exhibited the same defect as the other MWOs I inspected. Specifically, although the door glass was intact in this brand-new microwave, rubbing of the side of the hinge spring was evident. This rubbing would eventually cause the free standing door glass to fail.



*Figure #25: Photograph of Model ZMC1095SF02; S/N GH900070B as stored at GE Appliance Park.*



**Glass Damage: Mag. 20X**          **Spring Rubbing Damage: Mag. 5X**

*Figure #26: Photomicrographs of rubbing damage on the left hinge spring found on Model ZMC1095SF02; S/N GH900070B. This is the same type of damage found previously*

### Index #7

### Model JEB1095SB002 (S/N HG900033B)

38. I inspected the above referenced microwave in accord with the foregoing protocol in conjunction with GE's retained expert Dr. Verghese. A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.7.

39. This was an exemplar unit provided by GE. The glass was unbroken in this unit. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 27 and 28), I conclude that, although the door glass was intact, rubbing of the side of the hinge spring was evident. This rubbing would eventually cause the free standing door glass to fail.



*Figure #27: Photograph of Model JEB1095SB002; S/N HG900033B as stored at GE Appliance Park.*



**Glass Damage: Mag. 10X**          **Spring Rubbing Damage: Mag. 10X**

*Figure #28: Photomicrographs of rubbing damage found on Model JEB1095SB002; S/N HG900033B. This is the same type of damage (spring rubbing on the tempered glass) found previously.*

**Index #8**

**Model JEB 1090 BV 001 (S/N TR9190 47S)**

40. Because this inspection occurred in a private residence, I (in conjunction with Dr. Verghese) followed the following procedure, in addition to the protocol set forth in ¶23 above.

    a.  Visually examine the oven door while still mounted on the oven.
    b.  Remove the door and examine the hinge springs visually and with a low power microscope.
    c.  Document the findings photographically.

A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.8.

41. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 29, 30, 31 and 32), I conclude that rubbing of the side of the hinge springs caused the tempered door glass to fail. This is demonstrated by the rub marks on the hinge springs.

42. In this case the outer tempered glass panel on the door that failed was not laminated to a stainless steel plate. As a result, the only glass remaining was trapped under the handle. The origin of the failure was ***not*** located in that glass under the handle (as it was in Index No. 3).

43. As no other glass remained after the panel shattered, the glass where the shatter originated was not available for observation.

44. Nonetheless, I was able to isolate the cause of the glass failure. With the exception of Index No. 3, in each of the inspections discussed above where the glass had shattered, the failure mode initiated at the final coil of one of the two hinge springs, and, as discussed above, the failures were caused by the side of the spring rubbing on the tempered glass. The resulting damage eventually penetrated the compressive layer of the tempered glass and it "spontaneously self-destructed." This failure mode has ***two*** visible artifacts at the site of the origin:

    a.  The origin on the fracture surface of the tempered glass; ***and***
    b.  Rubbing wear on the side of the final coil where the glass was in contact with the spring coil.

45. In this case there is no glass remaining by the hinges (artifact "a"). However, the hinge springs remain (artifact "b"), and they can be examined for rubbing damage. Upon my inspection, I observed that both the hinge springs on this oven showed similar rubbing wear. Therefore, it is reasonable to conclude that either could have caused the failure.



*Figure #29: Photograph of the MWO (Model JEB1090 SBV001, SNTR9190 47S) at the Dickens residence as it remained mounted in the wall. Visible are the two exposed hinges and hinge springs.*



*Figure #30: Close up photographs of the two hinges and their springs. Note that there is visible damage on the final coil of both springs.*

24



Left                                        Right

*Figure #31: Photomicrographs of the "rub wear" on the two hinge springs. This is the same hinge spring damage found on other MWOs opposite where the origin was located in the tempered glass (Mag. 8X).*



*Figure #32: Photograph demonstrating why the last coil on the hinge spring rubs on the tempered glass. It is significantly higher than the other coils.*

## Index #9

### Model JEB 1095 WB94 (S/N 900023 B)

46. Because this inspection occurred in a private residence, I (in conjunction with Dr. Verghese) followed the following procedure, in addition to the protocol set forth in ¶23 above.

    a. Visually examine the oven door while still mounted on the oven.
    b. Remove the door and examine the hinge springs visually and with a low power microscope.
    c. Document the findings photographically.

A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.9.

47. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 33 and 34), I conclude that rubbing of the side of a hinge spring caused the tempered door glass to fail. This is demonstrated by the rub marks on the hinge spring.

48. As with Index No. 8, in this case the outer tempered glass panel on the door that failed was not laminated to a stainless steel plate, the only remaining glass was under the handle, the failure did not originate with the glass under the handle, and so the point of failure in the glass was not available for examination. However, each of my observations and conclusions with regard to Index No. 8 (at ¶¶42-45) are equally applicable here.

49. Also as with Index No. 8, in this case there is no glass remaining by the hinges, but the hinge springs themselves remain and can be examined for rubbing damage. Upon my inspection, I observed that the left hinge spring on this oven showed similar wear. Therefore, I conclude that the rubbing of the left hinge spring against the glass panel caused the glass to fail.



*Figure #33: Photograph of the oven at the Levy residence as it remained mounted in the wall. Visible are the two exposed hinges and hinge springs.*



**Mag. 8X**                    **Mag. 20X**

*Figure #34: Photomicrographs of left hinge spring. The final coil of this spring shows damage from it rubbing on the glass. This indicates that the rubbing of the spring caused the glass to fail.*

27

### Index #10

### Model ZM 01095 BB 001 (S/N LZ900540 S)

50. Because this inspection occurred in a private residence, I (in conjunction with Dr. Verghese) followed the following procedure, in addition to the protocol set forth in ¶23 above.

    a. Visually examine the oven door while still mounted on the oven.
    b. Remove the door and examine the hinge springs visually and with a low power microscope.
    c. Document the findings photographically.

A complete set of the photos I took pursuant to my inspection is submitted in digital form with this report as Appendix D.10.

51. Based on my inspection, and as set forth in connection with the images reproduced below (Figure Nos. 35 and 36), I conclude that rubbing of the side of the hinge spring caused the tempered door glass to fail. This is demonstrated by the rub marks on the hinge springs.

52. As with Index Nos. 8 and 9, in this case the outer tempered glass panel on the door that failed was not laminated to a stainless steel plate, the only remaining glass was under the handle, the failure did not originate with the glass under the handle, and so the point of failure in the glass was not available for examination. However, each of my observations and conclusions with regard to Index No. 8 (at ¶¶42-45) are equally applicable here.

53. Also as with Index Nos. 8 and 9, in this case there is no glass remaining by the hinges, but the hinge springs themselves remain and can be examined for rubbing damage. Upon my inspection, I observed that the right spring showed rubbing wear. Therefore, I conclude that rubbing of the right spring against the glass panel caused the glass to fail.



*Figure #35: Photograph of the oven at the Mequet residence as it remained mounted in the wall. Visible are the two exposed door hinges and hinge springs.*



| **Mag. 8X** | **Mag. 20X** |

*Figure #36: Photomicrographs of right hinge spring. The final coil of this spring shows damage from it rubbing on the glass. This indicates that the rubbing of the spring caused the glass to fail.*

**Conclusions**

54. Based on my inspections of the foregoing MWOs, I conclude that each MWO either failed (Index Nos. 1,2, 4,8,9 & 10) or would have failed (Index No's 3,5, 6 &7) based on the rubbing of the spring against the tempered glass, which pierced or otherwise compromised the compression layer, causing the glass to shatter.

55. With regard to each of the MWOs that had actually been used by consumers (including Plaintiffs Daniel Levy (Index No. 9) and David Mequet (Index No. 10)) and where the glass had broken (collectively, Index Nos. 1-4, 8-10), I saw no evidence that the shattering of the glass was caused by consumer misuse / mistreatment of the microwave, or any factor other than piercing of the compressive layer of the glass panel by the spring mechanisms, as set forth above.

56. Based on my inspections and experience, I believe that the 1090/1095 model line MWOs contain a design defect that causes the glass door to shatter. The tempered glass should be – but is not – isolated from the metal hinge spring. There should be either more clearance or there should be a protective barrier between the hinge spring and the glass.

57. I believe that this defect is endemic not only to the MWOs I inspected, but to the entire 1090/1095 model lines. I have no reason to believe that the ten microwaves I examined were in any way outliers or unrepresentative of the model lines as a whole. Moreover, as established by GE's own documents and testimony as well as other evidence, 1090/1095 MWOs all share a common design with respect to their specific door assembly:

- In its response to Plaintiffs' Interrogatory No. 3 asking GE to identify GE-branded MWOs that "use(d) the same or a substantially similar glass door assembly design," GE lists each JEB/ZMC 1090/1095 model iteration as "within the 1090/1095 'model family.'" Defendant's Objections and Responses to Plaintiff's Second Set of Interrogatories (8/28/14) at pp. 8-9. GE's witnesses likewise testified that other than aesthetics, all of the MWOs within GE's 1090/1095 model family are similarly constructed and designed. *See, e.g.*, Williams Tr. (4/28/15) at 25:8-18 (testifying on behalf of GE that other than aesthetics, he was "not aware of any significant or substantive structural differences" between the different brands of 1090/1095 MWOs);[2] Galbreath Tr. (3/3/15) at 11:19-14:8 (explaining that MWOs within the same model family have a "similar kind of chassis, same manufacturer . . . [s]o the characteristics might be kind of basically the same, but you might have some cosmetic differences"); Ulmer Tr. at 12:22-12:25 (agreeing that "with respect to the door assemblies of those microwaves, the 1090/1095 microwaves are all, aside from esthetics, built similarly").

- With respect to the spring hinge and its positioning vis-à-vis the inside of the door glass in the 1090/1095 MWOs, GE's corporate representative testified that all 1090/1095 MWOs have spring loaded hinges. Todd Tr. (9/28/15) at 26:20-25. He further testified

---

[2] Mr. Williams also testified (on behalf of GE) that he is "not aware" of any design element in the 1090/95 microwaves to prevent metal – presumably including metal spring – contact with glass. Williams Tr. (4/28/15) at 284:22-285:7.

that all 1090/1095 MWOs have either tempered or heat-strengthened glass doors. Todd Tr. (9/28/15) at 28:21-25.[3] Finally, he testified that for all 1090/1095 MWOs, there is no material between the spring loaded hinge and the glass door, only an air gap. Todd Tr. (9/28/15) at 34:9-35:2 ("I don't believe there was anything separating the two").  Exhibit GE 11 (Tolerance Analysis) further supports this conclusion.

- GE itself analyzed the issue of interference between the spring and glass door without regard to a specific model within the 1090/1095 model family or subset of units. GE_RC001053-54 (Branded Product Change Request), Exhibit GE 11 (Tolerance Analysis). When GE attempted to address the glass-shattering problem in 2002, it issued Service Bulletins covering the ZMC 1090/1095 and JEB1095 MWOs and directed that "the entire door assembly process should be replaced" when "making service calls for shattered glass doors" to address an "issue" in the "manufacturing process." GE_RC000934-35.

- Samsung, the manufacturer of these MWOs, multiple listed them with Underwriters Laboratories ("UL"), under a predecessor model, the ZMC3000. Rynkiewicz Tr. (4/10/15) at 20:17-21:1. UL's corporate representative testified that based on these multiple listings, UL understood that the ZMC3000 models and the 1090/1095 multiple listed models are all similarly constructed. Rynkiewicz Tr. (4/10/15) at 25:10-25:17. Moreover, in the certification report submitted to UL by Samsung (manufacturer of the 1090/95 MWOs), including in revisions over time, Samsung specifically identifies the JEB/ZMC 1095 models as "identical to Model ZMC-3000 except for aesthetics and brand name G.E." UL0201-03. The door assembly construction information contained therein are consistent with my own observations and shows no differences across time. *See* UL0161-63. Likewise, GE has confirmed that two technical publications (Publications 31-40040, 31-20088) cover all 1090/1095 MWOs and neither show any differences in terms of the door assemblies. GE_RC063313-13A and GE_RC063316-17 (technical publications); Email from Defense counsel to Plaintiff's Counsel dated 8/28/15 (explaining coverage of technical publications to 1090/1095 MWO model lines).

58. I have reviewed internal GE documents and databases which suggest that the defect identified above manifested itself in the same way (*i.e.,* through a shattering or "explosion" of the glass doors) repeatedly across the 1090/95 model lines.  For example, the problem was widespread enough that in 2001 GE issued a Branded Product Change Request (GE_RC001053-54), which stated that the "purpose" of the requested design change was an attempt to "prevent door glass-shattering problem" of the 1090/1095 MWOs. ████████████████████ ████████████████████████████████████████████████████████████ GE's internal safety database (compiling consumer calls) is replete with references to exploding / shattering glass MWO doors in the relevant MWO model lines, as is GE's factory service database. GE_RC001318 and GE_RC063558 (safety database), GE_RC063557 and GE_RC063133

---

[3] As discussed in ¶15 above, heat-strengthening is simply a gradation of, and is within the umbrella of, the tempering process, and the variation does not in any way affect any of the discussion, observations or conclusions set forth in this Declaration.

(factory service database). ████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████[4]
██████████████████████

59. Based on my inspections and experience, I believe that any qualified, competent engineer could and/or should have discovered the cause of the shattering glass in the 1090/1095 model lines based upon an inspection of units where the glass door had shattered (or perhaps even in units where the glass door had *not* shattered), as I performed in connection with this Declaration as discussed above.

60. Because the glass failure is caused by the rubbing of the spring against the glass panel, replacement of the glass panel alone is not enough to remedy the problem. Replacing the glass panel without addressing the underlying spring-rubbing issue will merely start the cycle anew. Rather, fixing the problem requires a redesign and replacement of the entire door assembly, or at least the spring portion thereof.

### Reservation of Rights

The foregoing analysis and conclusions are based on the information and data currently available to me. I reserve the right to amend or modify my conclusions should additional information or data become available.

### Verification

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief, and that this declaration was executed in Santa Rosa, California this 15th day of October, 2015.



_____/s/ Thomas L. Read_____
Thomas L Read

---

[4] I have also reviewed the October 15, 2015, Expert Report of Abraham J. Wyner, which further supports the conclusion that the 1090/1095 model lines contained a defect which caused the glass doors on those MWOs to shatter at a highly disproportionate rate.

# APPENDIX A

# R E A D   C O N S U L T I N G
## T H O M A S   L .   R E A D ,   P h . D .
1 4 3 5   F U L T O N   R O A D
S A N T A   R O S A ,   C A L I F O R N I A   9 5 4 0 3
T   7 0 7 - 4 9 4 - 5 0 8 9
tread@sonic.net          w w w . r e a d c o n s u l t i n g . c o m

## P R O F E S S I O N A L   L I C E N S E
Registered Professional Engineer: Certificate No. MFOO2174, State of California

## S U M M A R Y   O F   E X P E R T I S E
1. Over 40 years of experience as a consultant to attorneys in materials, metallurgy, accident reconstruction, OSHA worker safety, products liability, intellectual property, factory safety and other litigation. **This includes numerous depositions and court appearances.**
2. 35 years of manufacturing experience in the electronics industry doing processing, process and product introduction, equipment design and build, glass and metal grinding, forming and polishing, part design, machine safety, machine design, quality control, and materials engineering.

## A C C I D E N T   R E C O N S T R U C T I O N
User and Worker safety, Product Liability and equipment design (Includes device safety, factory safety and machine guards)
**Failure Analysis (Includes both materials and design)**
- *Glass Damage & Failures:* Jars**,** Bottles (Wine and Champagne), Safety Glass, Windows, Windshields, Doors etc.
- *Metallurgical Failures:* Implants**,** Pipes**,** Bolts, Cables, Welds, Gears, Chairs, Prosthetics, Ladders, Plumbing, etc
- *Ceramic and Porcelain Failures:* White Ware, Grinding Wheels, Cutoff Blades and Structural Ceramics
- *Polymer (Plastic) Degradation and Failures:* Piping, Packaging, Chairs, Medical Devices, Implants, Bungee Cords, .
- *Corrosion Failures:* Galvanic, General; this includes materials selection and electronic devices.
- *Manufacturing Defects:* Any manufactured Item.
- *Wood Failures:* Chairs, Ladders, Stairs, Window Leaks etc (Includes deterioration from rot).

*Manufacturing Expertise:* Includes **Patents**, Tooling, Processing, Product Design, Factory Safety (Machine Guards), Quality Control, Quality Verification, Reverse Engineering and Factory Procedures

## P R O F E S S I O N A L   E X P E R I E N C E

| | |
|---|---|
| 1975 - Present | *Engineering Consultant* in private practice with attorneys and insurance adjusters. Litigation-related practice includes plaintiff and defense clients in approximately equal numbers. Included are numerous depositions and trial appearances. |
| 2001- 2002 | Senior Metallurgical Engineer and Safety Engineer<br>Rheodyne, Inc. Rohnert Park, CA |
| 1993 - 2001 | Chief Metallurgist<br>Komag Materials Technology Inc., Santa Rosa, California |
| 1988 - 1993 | *Senior Thin Film Project Engineer. Thin film Coating Equipment Design*<br>Deposition Sciences Inc., Santa Rosa, California |
| 1984 - 1988 | *Thin Film Circuit Engineer, Safety Engineer* and *Reliability Engineer*<br>Microwave Technology Inc., Fremont, California |
| 1975 - 1984 | *Project Engineer, Safety Engineer and Project Manager*<br>Hewlett Packard Co., Santa Rosa, California |
| 1974 - 1975 | *Senior Project Engineer* |

|  | Optical Coating Laboratories Inc., Santa Rosa, California |
| 1972 - 1974 | *Senior Process Engineer* |
|  | Corning Glass Works, Coming, New York. Included glass finishing process development and glass failure analysis. |
| 1969 -1972 | *Engineering Consultant* |
|  | Failure Analysis Associates, Stanford, California.  Aided engineers with failure analysis. |

## A C A D E M I C   D E G R E E S

1. Stanford University, Ph.D. *Materials Science and Engineering*, 1972
2. Stanford University, MS *Materials Science*, 1969
3. University of Pennsylvania, BS *Metallurgical Engineering*, 1965
4. Diploma, Tercer Curso Panamericano de Metalurgia Nuclear, Buenos Aires, Argentina, 1968


Additional Skills
Fluent in written and spoken Spanish

# APPENDIX B

Thomas L. Read, PhD.
Read Consulting LLC
1435 Fulton Rd.
Santa Rosa, CA 95403

**Depositions**

1. Lexington Insurance v. Probuilt Prof. Products, Walnut Creek CA, September 30, 2015.
2. South City Lights v. City View Marabella, Walnut Creek, CA, July 30, 2015.
3. Manning v. Tower 23, February 6, 2015San Diego, CA
4. Gexpro v. International Line Builders, Los Angeles, CA, August 26, 2014
5. Shamsnia v. Allstate Insurance, August 21, 2013, El Segundo, CA.
6. Guiterrez v. Landavazzo, August 12, 2013, Martinez, CA
7. Gorham v. Silaohet-Tone, August 1, 2013, San Francisco, CA
8. Sandoval v. Eagle Pizza/Hollman, June 20, 2013, Oakland, CA.
9. Myers v. The Horseshoe Tavern, January 4, 2013, Oakland, CA.
10. Byrd v. Caranica, October 5, 2012, Santa Rosa, CA
11. Zimmerman v. Thomas and Associates, August 30, 2012, Fresno, CA
12. Eddie Horner v. Paneltech et al., May 30, 2012, Santa Rosa, CA.
13. DeLong v. Raley's, March 2, 2012, 402 Hearing, Sacramento, CA
14. Ghiaradelli v. Duhig, December 22, 2011, San Francisco, CA
15. Battaglini v. Bravo Bottling LLC, November 29, 2011, Santa Rosa, CA
16. Rich v. State of CA, June 10, 2011, Sacramento, CA
17. Monterey Mechanical v. Goodall Rubber Co. June 5 2011, San Francisco, CA.
18. D. Rae DeLong v. Raley's, May 16, 2011, Sacramento, CA
19. Casey v. Treehan, January 27, 2011, Sacramento, CA

**Trials and Court Appearances**

1. Zimmerman v. Thomas, October 2, 2012, Fresno, CA
2. Eddie Horner v. Paneltech et al., September 21 & 24, 2012, Sacramento, CA.
3. Geddie v. Hochmayr, April 20, 2012, Houston TX
4. DeLong v. Raley's, March 21, 2012, Sacramento, CA

# APPENDIX C

**Materials Reviewed and/or Relied Upon by Dr. Read**

Failure Analysis of Brittle Materials, V. D. Frechette, American Ceramic Society (1990) ISBN 0-944904-30-0.

Glass Engineering Handbook, E. B. Shand, Mc Graw-Hill Book Company, Inc (1958).

Fractography of Glass, Edited by Bradt & Tressler, Plenum Press (1994).

Fractography of Glasses and Ceramics II, Ceramic Transactions, 17, Varner and Frechette, American Ceramic Society (1991).

A. Griffith, Philos. Trans. Roy. Soc. (London), A 221: 163 (1920).

C. E. Inglis, Proceedings Institute of Naval Architects, Vol. 55, p. 219 (1913).

H. Wallner, Zeitschrift for Physic, 114, pp. 368-378 (1939).

H. Wallner, Ceramic Abstracts 19, 6, p. 137 (1940).

Expert Report of Dr. Abraham J. Wyner, Ph.D. in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (October 15, 2015).

Plaintiffs' Second Amended Class Action Complaint (July 14, 2014).

Defendant's Amended Responses to Plaintiffs' Second Set of Interrogatories (July 29, 2015).

Plaintiffs' Opposition to Defendant's Motion to Dismiss the Second Amended Class Action Complaint (August 21, 2014).

Defendant's Responses to Plaintiffs' First Second Request for Interrogatories (August 28, 2014).

Defendant's Objections and Responses to Plaintiffs' Request for Production of Tangible Things (February 26, 2015).

Transcript of 30(b)(6) Deposition of John Todd in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (September 28, 2015).

Transcript of Deposition of Charles Ulmer in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (April 29, 2015).

Deposition Transcript and Exhibits of Daryl Williams in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (April 28, 2015).

Deposition Transcript and Exhibits of Richard Rynkiewicz in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (April 10, 2015).

Transcript of Deposition of Patrick Galbreath in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (March 3, 2015).

Transcript of Deposition of John Todd in *Grayson, et al. v. Gen. Elect. Co.*, Case No. 3:13-cv-01799 (February 24, 2015).

Dan Levy's MWO Pictures (GEDOOR-000150-53).

David Mequet's MWO Pictures (GEDOOR-000158-62, GEDOOR-000178-82).

David Dickens' MWO Pictures (GEDOOR-000155-56).

User Manual and Warranty—JEB1095 MWOs (GE_RC063320-55).

User Manual and Warranty—ZMC1095 MWOs (GE_RC063356-91).

User Manual and Warranty—JEB1095 MWOs (GE_RC063392-427).

User Manual and Warranty—ZMC1095 MWOs (GE_RC063428-63).

User Manual and Warranty—JEB1090 MWOs (GE_RC063464-99).

User Manual and Warranty—ZMC1090 MWOs (GE_RC063500-35).

User Manual and Warranty—JEB1095 MWOs (GEDOOR-000080-117).

User Manual and Warranty—JEB1090 MWOs (GE_RC063559 -94).

User Manual and Warranty—ZMC1090 MWOs (GE_RC063595 -630).

User Manual and Warranty—JEB1095 MWOs (GE_RC063631 -66).

Owner's Manual—ZMC1095 MWOs (GE_RC063667 -702).

Owner's Manual—ZMC1095 MWOs (GE_RC063703-38).

Diagram and Data Sheet—All 1090 and several 1095 MWOs (GE_RC063739 –42).

Technical Service Guide—ZMC3000 and JEBC200 MWOs (GE_RC063743 –82).

Technical Publications, Publications 31-40040 & 31-20088 (GE_RC063313-13A & GE_RC063316-17).

Schematic Diagram and Tech Sheet—1095 MWOs (GE_RC063783 –84).

Installation Instructions—1095 MWOs (GE_RC063536-43).

BPCR and Tolerance Analysis Result (GE 11).

Wiring Diagrams—1095 MWOs (GE_RC063314 -15).

Wiring Diagrams—1090 MWOs (GE_RC063318-19).

Samsung Report on Microwave Cooking Appliances, March 10, 1993 (GE_RC063785-810).

ASTM Ship Test Procedure—JEB 1095 MWOS, Nov 19, 2001 (GE_RC063811).

Door Deflection Test Result—JEB1095 MWOs (GE_RC063812).

ASTM Ship Test Procedure—JEB1095 MWOs (GE_RC063813).

ASTM Ship Test Procedure—ZMC1095 MWOs (GE_RC063814).

Shipping Test Summary—ZMC1095 MWOs (GE_RC063815).

Design Specs, Source, and Pricing Information, Product testing, and Related Correspondence from 1998-99 time period (GE_RC005239-879).

Product Safety Council Presentation—MWO "BIMWO Glass Break Claims," January 13, 2008 (GE_RC000001-3).

Product Safety Council Presentation —MWO "Broken Glass Only," 4th Quarter 2006 (GE_RC00078-80).

Product Safety Council Presentation —MWO, 3rd Quarter 2007 (GE_RC000173-76, GE_RC00179-80, GE_RC00193, GE_RC00195).

Product Safety Council Presentation —MWO, 4th Quarter 2007 (GE_RC000199, GE_RC000212, GE_RC000214, GE_RC000218-19, GE_RC000229, GE_RC000233).

Product Safety Council Presentation —MWO, 1st Quarter 2008 (GE_RC000238-40, GE_RC000243, GE_RC000254, GE_RC000256-57).

Product Safety Council Presentation —MWO, 3rd Quarter 2008 (GE_RC000275, GE_RC000285-86, GE_RC000289, GE_RC000293, GE_RC000309).

Product Safety Council Presentation —MWO, 3rd Quarter 2009 (GE_RC000406, GE_RC000421, GE_RC000425-26, GE_RC000433).

Product Safety Council Presentation —MWO, 4th Quarter 2010 (GE_RC000547-49, GE_RC000551-52, GE_RC000555, GE_RC000558).

MWO Safety Council Meeting Minutes (GE_RC001778).

Service Bulletin—ZMC1095, ZMC1090 MWOs (GE_RC000934).

Service Bulletin—JEB1095 MWOs (GE_RC000935).

Safety Database—1090 & 1095 MWOs (GE_RC000936).

Safety Database for Glass Breakage Codes 05A, 05B, 05C, & 05D (GE_RC001318).

Siebel Database Entries (GE_RC002202-4995).

Expanded Service Database (GE_RC063133).

Service Database (GE_RC063557).

Safety Database Supplement (GE_RC063558).

Branded Product Change Request (GE_RC001053-54).

BIMWO with Shattered Door Glass (GE_RC005885).

FRACAS Report & Associated PowerPoint Slide (GE_RC019763, GE_RC019765).

Engineering Test Procedure (GE_RC001767-77).

Underwriters' Laboratories Report on Microwave Cooking Appliances, March 10, 1993 (UL0105- 205).

Underwriters' Laboratories Testing Documents (UL0235-425).

Complaint Notes re: JEB1095 MWO (GE_RC019595).

Sorell Negro Letter to Anna Haac re: Production (August 13, 2015).

Email Correspondence from Sorell Negro to Anna Haac re: Engineering Models (August 28, 2015).

Charles Ulmer Email Correspondence re: MWO Door Glass Shattering, October 4-November 20, 2001 (GE_RC063544-47).

Patrick Galbreath Email Correspondence re: Service Parts, January 22, 2009 (GE_RC001355).

Patrick Galbreath Email Correspondence re: Service History for JEB1090 and JEB1095 MWO Glass Door Breaking Incidents, June 16, 2010, June 18, 2010 (GE_RC001576).

Patrick Galbreath Email Correspondence from John Todd re: Glass Break Claims for 1095 MWOs, January 28, 2011 (GE_RC001605).

Patrick Galbreath Email Correspondence re: Service Parts, January 22, 2009 (GE_RC001355).

Email Correspondence re: Samsung BIMWO Glass Break Calls, January 24-25, 2011 (GE_RC001606).

Patrick Galbreath Email Correspondence from John Todd re: Glass Break Claims for 1095 MWOs, January 28, 2011, January 31, 2011 (GE_RC001609).

Email Correspondence between John Todd and Calvin Kim re: Change History to Doors and Hinges for MWO Models JEB1090, JEB1095, ZMC1090, and ZMC1095, January 8, 2014, January 10, 2014, and January 16, 2014, with PowerPoint re: ZMC1095/JEB1095 Handle (GE_RC001758-61).

PowerPoint re: Field Return Units (Model JEB1095WB002) (GE_RC001787).

PowerPoint re: FRACAS: 121RTP-0010 (Model JEB1095WB002) (GE_RC002195-2201).

# APPENDIX D

Documents provided electronically

in native format