# EXHIBIT A2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GLEN GRAYSON, and DOREEN
MAZZANTI, individually and on behalf of
themselves and all others similarly situated,

                                    Plaintiffs,          Case No. 3:13-cv-01799-WWE

            v.

GENERAL ELECTRIC COMPANY,

                                    Defendant.

Declaration

of

**COLIN B. WEIR**

October 15, 2015

I, Colin B. Weir, declare as follows:

I am Vice President at Economics and Technology, Inc. ("ETI"), One Washington Mall, 15th Floor, Boston, Massachusetts 02108.  ETI is a research and consulting firm specializing in economics, statistics, regulation and public policy.

## I.  QUALIFICATIONS, BACKGROUND, AND EXPERIENCE

1.   I hold a Masters of Business Administration, with honors from the High Technology program at Northeastern University, Boston, Massachusetts.  I hold a Bachelor of Arts degree cum laude in Business Economics from The College of Wooster, Wooster, Ohio.  I have provided expert testimony before federal and state courts, the Federal Communications Commission, and state regulatory commissions, and have contributed research and analysis to numerous ETI publications and expert testimony at the state, federal, and international levels.  I have consulted on a variety of consumer and wholesale products cases, calculating damages relating to household appliances, electronics, computers, herbal remedies, health/beauty care products, and food products.  My Statement of Qualifications, which outlines my professional experience, publications, and record of expert testimony, is annexed hereto as Exhibit 1.  This includes a list of all cases in which, during the previous four years, I have testified as an expert at trial or by deposition.

## II.  ENGAGEMENT

2.   I have been advised by Counsel for Plaintiffs that a putative Class of individuals purchased General Electric ("GE")-branded Microwaves[1] that suffer from a material defect that

---

[1] GE-branded microwave oven model numbers JEB1095, ZMC1090, and ZMC1095, hereinafter "the Microwaves" or "the Products."



Declaration of Colin B. Weir
October 15, 2015
Page 2 of 8

can result in the shattering of the glass door of the Microwaves in a dangerous manner, and that this defect was not disclosed to consumers.  I have been asked by Counsel for Plaintiffs to determine whether it is possible to determine damages in this case on a Class-wide basis using common evidence and, if so, to provide a framework for and an initial assessment of damages and harm suffered by the Class resulting from false claims made by Defendant.

3.    ETI is being compensated at the rate of $550 per hour for my work on this case.

4.    In forming these opinions, I have relied upon my educational background, 12 years of experience, and the documents cited in the body of, and Exhibit 2 attached to, this report.

### III.  CLASSWIDE DAMAGES ARE EASILY DETERMINED

5.    As a threshold matter, it is my opinion that it is possible to determine Class-wide damages in this case using the Defendant's own available business records and documents, and publicly available data.

6.    I understand that Plaintiffs allege that the Products at issue in this case suffer from a design or manufacturing defect that can result in the shattering of the glass door of the Microwaves in a dangerous manner, that the defects in the glass door rendered the Microwaves unfit for the ordinary purpose for which they are used, and that these defects were not disclosed to consumers.[2]  As such, this case calls for a calculation of the diminution in value of the Microwaves; and a calculation of Disgorgement of Gains, wherein consumers would receive the money obtained by GE from the sale of the Microwaves.

7.    For purposes of this assignment, I have considered the totality of sales of the Microwaves, as set forth in GE's production.[3]

---

[2] See, generally, July 14, 2014 Second Amended Complaint ("Complaint").

[3] *See, e.g.*, GE-MWO-NATIONAL-SALES-1090+1095MODELS-1996-PRESENT sent 7_24_2014.XLSX and GE_RC063312_Confidential Harkey Financial Data.xlsx



Declaration of Colin B. Weir
October 15, 2015
Page 3 of 8

8.    I have been informed by Counsel that they seek certification of: a nation-wide Class,[4] a sub-Class of 15 states/jurisdictions with similar consumer protection law,[5] and sub-Classes of five states.[6]

## IV.  DIMINUTION IN VALUE

9.    For purposes of this litigation, I have calculated Diminution in Value Damages using GE's own cost to repair data.[7]

**Diminution in Value: GE's Cost to Repair**

10.    GE has provided a database of actual repair records, including information sufficient to determine the cost to effectuate the repair of a Microwave glass door.[8]

11.    This cost to repair data serves as an appropriate estimate for Diminution in Value Damages.  First, GE generally warned that consumers should only seek service and repair for the Microwaves from GE authorized sources.[9]  Second, I have reviewed the declaration of Dr.

---

[4] Below, I present figures both for the total nationwide class, and for the "U.S. Net," which reflects the nationwide total, less the proposed sub-Classes.

[5] Alaska, Arkansas, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Michigan, Missouri, Nebraska, New Jersey, Rhode Island, Vermont, Washington, Wisconsin.  In this report, I present damage calculations for the total of these 15 states.  I present state by state calculations for these states in Exhibit 3, attached hereto.

[6] New York, Ohio, California, Florida, and Texas.

[7] Deposition of James Gothard, April 30, 2015 ("Gothard Deposition"), at 50, citing a figure of $253.

[8] I have received a copy of Defendant's database of repair records: GE_RC064115_Confidential_MWO_HARKEY prod final.XLSX.  I have analyzed this database and have confirmed that Gothard's $253 figure is an accurate, *though highly conservative*, calculation of average cost to repair in the database.  First, the dataset contains a number of entries where the price for the parts for the repair (as opposed to labor or fees) is zero (and in many instances indicates that the customer has already obtained the part.  Second, in many instances, the cost of the parts appears to indicate a less-than-complete repair (such as replacing the glass or other component), as compared with other records that appear to indicate a full door assembly repair.  As such, the value of $253 is a very conservative measure of the cost to repair.

[9] "**This appliance must only be serviced by qualified service personnel**.  Contact nearest authorized service facility for examination, repair or adjustment." GE_RC063633 [emphasis original].  "**This appliance should be serviced only by qualified service personnel.**  Contact nearest authorized service facility for examination, repair or



Declaration of Colin B. Weir
October 15, 2015
Page 4 of 8

Thomas L. Read, which explains that in order to restore the microwave to safe working order, the full defective glass door assembly would need to be repaired/replaced.[10]  As such, the cost to repair serves as an appropriate measure for diminution in value.

12.  I have apportioned the unit sales[11] using US Bureau of Economic Analysis data for Personal Consumption Expenditures by Major Type of Product, specifically, for durable household equipment ("PCE Data").[12,13]

---

adjustment."  GE_RC063322 [emphasis original].  ██████████████████████████
████████████████████████████████████

[10] Declaration of Dr. Thomas L. Read, October 15, 2015, at para 60.

[11] I have obtained the unit sales of the Microwaves from documents provided by Defendant, i.e., GE-MWO-NATIONAL-SALES-1090+1095MODELS-1996-PRESENT sent 7_24_2014.XLSX and GE_RC063312_Confidential Harkey Financial Data.xlsx.

[12] US Bureau of Economic Analysis, Personal Consumption Expenditures by Major Type of Product, by state, 1997-2012.  *See,* Exhibit 4.

[13] Other alternative metrics can be used to make this allocation, including US Census Bureau population data by state, or US Bureau of Economic Analysis GDP data by state, attached hereto as Exhibits 5 and 6 respectively.  Use of these alternative metrics does not result in major changes to the results presented below.



Declaration of Colin B. Weir
October 15, 2015
Page 5 of 8

| Table 1: GE Diminution in Value Damages | | | |
|---|---|---|---|
| State | Number of Units | Cost to Repair | Diminution in Value Damages |
| Total U.S. | ■■ | $252.98 | ■■ |
| Consumer Protection Law Subclass States | ■■ | $252.98 | ■■ |
| U.S. Net of Consumer Protection and  Individual State Subclasses | ■■ | $252.98 | ■■ |
| California Subclass | ■■ | $252.98 | ■■ |
| Florida Subclass | ■■ | $252.98 | ■■ |
| New York Subclass | ■■ | $252.98 | ■■ |
| Ohio Subclass | ■■ | $252.98 | ■■ |
| Texas Subclass | ■■ | $252.98 | ■■ |
| Total of Individual State Subclasses | ■■ | $252.98 | ■■ |

## V.  DISGORGEMENT OF GAINS

13.  For purposes of this litigation, I have calculated Disgorgement of Gains damages under two alternate methodologies.

**Disgorgement of Gains: Revenues**

14.  Under the first method, Defendant would be required to disgorge the totality of its wholesale revenues derived from the sale of the Products.  No direct calculation is required here,



Declaration of Colin B. Weir
October 15, 2015
Page 6 of 8

as Defendant have provided records of its wholesale sales.[14]  As above, I have apportioned the

unit sales using PCE Data.  Such Revenue Disgorgement Damages are summarized in Table 2

below.

| Table 2: GE Disgorgement of Wholesale Damages | | | |
|---|---|---|---|
| State | Number of Units | Revenue | Disgorgement Damages |
| Total U.S. | ■■■ | ■■■ | ■■■ |
| Consumer Protection Law Subclass States | ■■■ | ■■■ | ■■■ |
| U.S. Net of Consumer Protection and  Individual State Subclasses | ■■■ | ■■■ | ■■■ |
| California Subclass | ■■■ | ■■■ | ■■■ |
| Florida Subclass | ■■■ | ■■■ | ■■■ |
| New York Subclass | ■■■ | ■■■ | ■■■ |
| Ohio Subclass | ■■■ | ■■■ | ■■■ |
| Texas Subclass | ■■■ | ■■■ | ■■■ |
| Total of Individual State Subclasses | ■■■ | ■■■ | ■■■ |

**Disgorgement of Gains: Profit**

15.  Under the second method, Defendant would be required to disgorge the appropriate

measure of profit from the sale of the Products.

---

[14] *See*, e.g., ., GE-MWO-NATIONAL-SALES-1090+1095MODELS-1996-PRESENT sent 7_24_2014.XLSX and
GE_RC063312_Confidential Harkey Financial Data.xlsx

ETI  ECONOMICS AND
TECHNOLOGY, INC.

Declaration of Colin B. Weir
October 15, 2015
Page 7 of 8

16.  As above, Defendant has provided the calculation of its profits from the sale of the Products.[15]  I have adjusted this calculation to reflect GE's pre-tax profit.[16,17]  As above, I have apportioned the unit sales using PCE Data.

17.  Such Profit Disgorgement Damages are summarized in Table 3 below.

| Table 3: GE Disgorgement of Profit Damages | | | |
|---|---|---|---|
| State | Number of Units | Profit | Disgorgement Damages |
| Total U.S. | ███ | ███ | ███ |
| Consumer Protection Law Subclass States | ███ | ███ | ███ |
| U.S. Net of Consumer Protection and  Individual State Subclasses | ███ | ███ | ███ |
| California Subclass | ██ | ███ | ███ |
| Florida Subclass | ██ | ███ | ███ |
| New York Subclass | ██ | ███ | ███ |
| Ohio Subclass | ██ | ███ | ███ |
| Texas Subclass | ██ | ███ | ███ |
| Total of Individual State Subclasses | ██ | ███ | ███ |

---

[15] *Id.*

[16] As a matter of economics, any damages paid out by GE will be deducted from earnings, creating a tax benefit to GE.  As such, to prevent GE from a windfall gain, the correct measure of profit is the gross amount pre tax.

[17] Should the Court dictate that profits should be viewed from a post-tax perspective, GE's calculations should be adjusted to reflect GE's actual effective tax rate over the period, 21.55%, obtained from GE's 10-K annual reports filed with the US Securities and Exchange Commission.


ECONOMICS AND TECHNOLOGY, INC.

Declaration of Colin B. Weir
October 15, 2015
Page 8 of 8

## VI.  PUNITIVE/STATUROTY DAMAGES

18.  The calculations above do not take into account the substantial punitive and statutory damages allowed under the laws of some of the relevant states (i.e., Cal Civ. Code Sec. 1780(a), NY GBL 349/350).  Such damages, assessed as a matter of law, are beyond the scope of this report (which focuses on economic damages), but plainly could substantially increase Defendant's liability and class members' recovery.

## VII.  RESERVATION OF RIGHTS

These calculations and estimates are based on the information and data currently available to me.  I understand that additional, different and/or updated data may be obtained in advance of trial.  I therefore reserve the right to amend or modify my calculations and my testimony.

### VERIFICATION

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed at Boston, Massachusetts, this 15th day of October, 2015.

Colin B. Weir

ECONOMICS AND
TECHNOLOGY, INC.

**Exhibit 1**

**Statement of Qualifications
of**

**COLIN B. WEIR**



**Statement of Qualifications**

**COLIN B. WEIR**

Colin B. Weir is Vice President at Economics and Technology, Inc.  Mr. Weir conducts economic, statistical, and regulatory research and analysis, and testifies as an expert witness. Mr. Weir's work involves econometric and statistical analysis, multiple regression, surveys, statistical sampling, micro- and macroeconomic modeling, accounting and other economic analysis.  Such analysis often involves analysis of databases, call detail records, and other voluminous business records.  Mr. Weir  is familiar with common statistical and econometric software packages such as STATA and SHAZAM.  Mr. Weir assists with analysis of economic, statistical and other evidence; and preparation for depositions, trial and oral examinations. Mr. Weir has provided expert testimony before federal and state courts, the FCC, and state regulatory commissions, and has contributed research and analysis to numerous ETI publications and testimony at the state, federal, and international levels.  Prior to joining ETI, Mr. Weir worked at Stop and Shop Supermarkets as a cash department head, grocery/receiving clerk, and price-file maintenance head.

Mr. Weir's experience includes work on a variety of issues, including: economic harm and damage calculation;  liquidated damages provisions; lost profits; false claims; diminution in value; merger/antitrust analysis; diminution in value; Early Termination Fees (ETFs); Late Fees; determination of Federal Excise Tax burden; and development of macroeconomic analyses quantifying the economic impact of corporate actions upon the US economy and job markets.

Mr. Weir has conducted research and analysis in numerous litigation and regulatory matters on behalf of corporate, government and individual clients, including AT&T, MTS Allstream (Canada), The US Department of Justice, Office of the Attorney General of Illinois, Pennsylvania Department of Revenue,  Thomas v. Global Vision, (class action litigation, Superior Court, County of Alameda), Ayyad v. Sprint (class action litigation,  Superior Court, County of Alameda), Forcellati v. Hylands (class action, U.S. District Court, Central District of California), and Ebin v. Kangadis Foods (class action, U.S. District Court, Southern District of New York).

Mr. Weir holds an MBA with honors from Northeastern University.  He also holds a  Bachelor of Arts degree *cum laude* in Business Economics from The College of Wooster.

Mr. Weir is a member of the Boston Economic Club, a business member of the Boston Bar Association, and serves as the comptroller for the Sybaris Investment Partnership.

1

ECONOMICS AND
TECHNOLOGY, INC.

**Publications and Testimony of Colin B. Weir**

Mr. Weir has co-authored the following:

*Interoperability and Spectrum Efficiency: Achieving a Competitive Outcome in the US Wireless Market* (with Lee L. Selwyn) Economics and Technology, Inc., prepared on behalf of United States Cellular Corporation, July 2012.

*The Price Cap LECs' "Broadband Connectivity Plan": Protecting Their Past, Hijacking the Nation's Future* (with Lee L. Selwyn and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of United States Cellular Corporation, September 2011.

*Regulation, Investment and Jobs: How Regulation of Wholesale Markets Can Stimulate Private Sector Broadband Investment and Create Jobs* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of Cbeyond, Inc., Covad Communications Company, Integra Telecom, Inc., PAETEC Holding Corp, and tw telecom inc., February 2010.

*Revisiting Us Broadband Policy: How Re-regulation of Wholesale Services Will Encourage Investment and Stimulate Competition and Innovation in Enterprise Broadband Markets*, (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, February 2010.

*Longstanding Regulatory Tools Confirm BOC Market Power: A Defense of ARMIS* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, January 2010.

*Choosing Broadband Competition over Unconstrained Incumbent Market Power: A Response to Bell and TELUS* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, April 2009.

*The Role of Regulation in a Competitive Telecom Environment: How Smart Regulation of Essential Wholesale Facilities Stimulates Investment and Promotes Competition* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, March 2009.

*Special Access Overpricing and the US Economy: How Unchecked RBOC Market Power is Costing US Jobs and Impairing US Competitiveness* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, August 2007.

*The AWS Spectrum Auction: A One-Time Opportunity to Introduce Real Competition for Wireless Services in Canada* (with Lee L. Selwyn and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, June 2007.

*Comparison of Wireless Service Price Levels in the US and Canada* (with Lee L. Selwyn) Economics and Technology, Inc., prepared on behalf of MTS Allstream, May 2007.



*Hold the Phone! Debunking the Myth of Intermodal Alternatives for Business Telecom Users In New York* (with Susan M. Gately and Lee L. Selwyn) Economics and Technology, Inc., prepared for the UNE-L CLEC Coalition, August 2005.

Mr. Weir has submitted the following testimony:

**United States District Court, District of New Jersey,** *Lynne Avram, on behalf of herself and all others similarly situated, v. Samsung Electronics America Inc., and Lowe's Home Centers, Inc.*, Case No. 11-cv-6973-KM-MCA, on behalf of Faruqi & Faruqi LLP; Declaration filed July 15, 2015, Deposition September 29, 2015.

**United States District Court, District of Connecticut,** *Heidi Langan, on behalf of herself and all others similarly situated, v. Johnson & Johnson Consumer Companies, Inc.*, Case No. 3:13-cv-01471-RNC, on behalf of Izard Nobel LLP; Declaration filed June 23, 2015; Deposition on July 21, 2015.

**United States District Court, Eastern District of California,** *Yesenia Melgar, on behalf of herself and all others similarly situated, v. Zicam LLC, and Matrixx Initiatives, Inc.*, Case No. 2:14-cv-00160-MCE-AC, on behalf of Bursor & Fisher, PA; Declaration filed June 8, 2015.

**United States District Court, Central District of California, Eastern Division-Riverside** *Michael J. Otto, individually, and on behalf of other members of the general public similarly situated, v. Abbott Laboratories, Inc.*, Case No. 12-01411-SVW(DTBx), on behalf of Baron & Budd; Declaration filed May 25, 2015; Deposition on June 2, 2015; Supplemental Declaration filed July 6, 2015.

**United States District Court, Central District of California,** *Russell Minoru Ono, individually and on behalf of others similarly situated, v. Head Racquet Sports USA, a corp. and Head USA Inc.*, Case No. 13-04222-FMO, on behalf of Baron & Budd; Declaration filed April 24, 2015, Deposition on June 30, 2015; Reply Declaration filed July 2, 2015.

**United States District Court, Southern District of Florida,** *Vanessa Lombardo, on behalf of herself and all others similarly situated, v. Johnson & Johnson Consumer Companies and Neutrogena Corporation*, Case No. 13-60536-SCOLA, on behalf of Morgan & Morgan; Declaration filed March 31, 2015.

**United States District Court, Eastern District of New York,** *D. Joseph Kurtz, individually and on behalf all others similarly situated, v. Kimberly-Clark Corporation and Costco Corporation*, Case No. 14-01142-JBW, on behalf of Robbins Geller Rudman & Dowd LLP; Declaration filed February 27, 2015; Rebuttal Declaration filed March 27, 2015.

**United States District Court, Eastern District of New York,** *Anthony Belfiore, on behalf of himself and all others similarly situated, v. Procter & Gamble*, Case No. 14-04090-JBR, on behalf of Wolf Popper LLP; Declaration filed February 27, 2015; Rebuttal Declaration filed April 30, 2015.

3



**United States District Court, Northern District of California,** *Patrick Hendricks, individually and on behalf of all others similarly situated, v. StarKist Co.*, Case No. 13-0729-YGR, on behalf of Bursor & Fisher, PA; Declaration filed January 20, 2015; Deposition on February 10, 2015; Reply Declaration filed April 7, 2015.

**United States District Court, Northern District of California, San Francisco Division,** *Scott Miller and Steve Leyton, individually and on behalf themselves, the general public and those similarly situated v. Ghirardelli Chocolate Company*, Case No. 12-04936-LB, on behalf of Gutride Safier LLP, Declaration filed January 8, 2015; Reply Declaration filed February 5, 2015.

**United States Bankruptcy Court, Eastern District of New York,** *In re: Kangadis Food Inc., d/b/a The Gourmet Factory, Debtor*, Case No. 14-72649-REG, on behalf of Bursor & Fisher, PA; Declaration filed August 5th, 2014; Oral testimony on November 24, 2014.

**United States District Court, Southern District of New York,** *Joseph Ebin and Yeruchum Jenkins, individually and on behalf of all others similarly situated v. Kangadis Family Management LLC, Aristidia Kangadis a/k/a "Mr. Aris," Andromahi Kangadis a/k/a "Mrs. Mahi," and Themis Kangadis*, Case No. 14-cv-1324-JSR, on behalf of Bursor & Fisher, PA; Declaration filed August 5, 2014, Deposition on October 9, 2014.

**United States District Court, Northern District of California, San Francisco Division,** *Erin Allen, on behalf of herself and all others similarly situated, v. Con Agra Foods, Inc.*, Case No. 13-cv-01279-VC, on behalf of Hagens Berman Sobol Shapiro LLP and The Eureka Law Firm; Declaration filed August 11, 2014; Deposition on September 30, 2014.

**United States District Court, Eastern District of California,** *Kyle Dei Rossi and Mark Linthicum, on behalf of themselves and those similarly situated, v. Whirlpool Corporation*, Case No. 12-cv-00125-TLN-CKD, on behalf of Bursor & Fisher, P.A.; Declaration filed July 31, 2014, Deposition on August 20, 2014.

**United States District Court, Northern District of Illinois, Eastern Division,** *In re: Southwest Airlines Voucher Litigation.*, Case No. 11-cv-8176, Hon. Matthew Kennelly, on behalf of Siprut PC; Declaration filed June 4, 2014; Oral testimony and cross examination on June 16, 2014.

**United States District Court, Central District of California, Western Division,** *In re: ConAgra Foods, Inc.*, Case No. 11-cv-05379-MMM, MDL No. 2291, on behalf of Milberg LLP and Grant & Eisenhofer, P.A.; Declaration filed May 5, 2014; Deposition on May 23, 2014; Declaration filed June 30, 2014; Declaration filed September 8, 2014, Deposition on September 16, 2014, Declaration filed October 27, 2014.

**United States District Court, Southern District of New York,** *In re: Scotts EZ Seed Litigation*, Case No. 12-cv-4727-VB, on behalf of Bursor & Fisher, PA; Declaration filed March 31, 2014; Deposition on May 21, 2014.



**United States District Court, Central District of California,** *Julie Fagan, Michael Fagan, Melissa Pennalatore, Amy Sapeika and Shelley Trinchero, individually and on behalf of all others similarly situated v. Neutrogena Corporation*, Case No. 13-cv-01316-SVW, on behalf of Izard Nobel LLP; Declaration filed March 21, 2014; Deposition on April 3, 2014; Supplemental Declaration filed August 4, 2014; Deposition on August 13, 2014; Declaration filed September 9, 2014.

**United States District Court, Central District of California,** *Enzo Forcellati and Lisa Roemmich, individually and on behalf of all others similarly situated v. Hyland's Inc., Standard Homeopathic Laboratories, Inc. and Standard Homeopathic Company*, Case No. 12-cv-01983-GHK, on behalf of Faruqi and Faruqi; Declaration filed December 13, 2013; Deposition on February 27, 2014.

**United States District Court, Southern District of Florida,** *Adam Karhu, on behalf of himself and all others similarly situated, v. Vital Pharmaceuticals, Inc., d/b/a VPX Sports*, Case No. 13-cv-60768-JIC, on behalf of Thornton, Davis, & Fein, P.A., Declaration filed December 13, 2013; Declaration filed January 6, 2014; Declaration filed March 31, 2014.

**Trial Court of Massachusetts, District of Edgartown,** *Schepici v. JetBlue Airways Corp.,* on behalf of plaintiff; Mediation on December 4, 2013.

**Superior Court of California, County of Alameda,** *In re: Cellphone Termination Fee Cases, Ramzy Ayyad, et al, Plaintiff, v. Sprint Spectrum, L.P., Defendant,* JCCP No. 4332, Case No. RG03-121510, on behalf of the Executive Committee; Declaration filed September 18, 2013.

**United States District Court, Northern District of California,** *Maria Torres, Gabriel Rojas, and Ian Kerner, individually and on behalf of all others similarly situated v. JC Penney Corporation, Inc.; and JC Penney Company, Inc.,,* Case No. cv-12-01105-RS, on behalf of Bramson, Plutzik, Mahler and Birkhaeuser; Declaration filed September 13, 2013; Deposition on October 2, 2013.

**United States District Court, Southern District of New York,** *Joseph Ebin and Yeruchum Jenkins, individually and on behalf of all others similarly situated v. Kangadis Foods Inc*, Case No. 13-cv-02311-JSR, on behalf of Bursor & Fisher, PA; Declaration filed August 26, 2013, Deposition on October 21, 2013.

**United States District Court, Northern District of California,** *Desiree Moore, on behalf of themselves, the general public, and all those similarly situated, Plaintiffs v. Verizon Communications*, Case No. 4:09-cv-01823-SBA, on behalf of David Schachman and Associates PC, Jacobs Kolton Chtd., and Keller Grover, LLP; Declaration filed June 24, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on March 1, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 20, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 19, 2013.



**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 13, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 7, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 4, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on January 24, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on December 12, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on December 10, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on November 28, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant, Declarations filed October 4, 2012 and November 5, 2012; Oral testimony and cross examination on November 27, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant, Declaration filed April 16, 2012; Oral testimony and cross examination on May 11, 2012.

**United States District Court, District of Massachusetts,** *Marcy Cruz v. Justin Kagan, Arthur Hegarty, Ronald Teachman, and the City of New Bedford***,** Case No. 1:09-cv-11793-RGS, on behalf of Marcy Cruz, Expert Report filed February 28, 2011; Oral testimony and cross examination on December 1, 2011.

**United States District Court, Southern District of New York,** *Bursor & Fisher P.A., v. Federal Communications Commission***,** Case No. 1:11-cv-05457-LAK, on behalf of Bursor & Fisher P.A., Declaration filed August 17, 2011.

**United States District Court, District of New Jersey,** *In Re: Sprint Premium Data Plan Marketing and Sales Practices Litigation,* Master Case No. 10-6334 (SDW) MDL No. 2228**,** on behalf of Thornton, Davis, & Fein, P.A., Declaration filed August 11, 2011.

**United States District Court, Northern District of California,** *Patrick Hendricks, on behalf of himself and all others similarly situated, Plaintiffs, v. AT&T Mobility LLC, Defendant*, Case No. C11-00409, on behalf of Bursor & Fisher, P.A., Declaration filed August 7, 2011.

**Federal Communications Commission,** *In the Matter of Applications of AT&T Inc. & Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations*, WT Docket No. 11-65, on behalf of Butch Watson, Declaration filed June 20, 2011.



**California Public Utilities Commission,** *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. O1 Communication, Inc. (U 6065 C), Defendant*, Case No. C.08-03-001, on behalf of the O1 Communications, Inc., Reply Testimony filed November 6, 2009; Oral testimony and cross examination on November 16, 2009.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, Plaintiffs, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis, Defendants,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Oral testimony and cross examination on November 9, 2009.

**United States District Court, District of New Jersey,** *Judy Larson, Barry Hall, Joe Milliron, Tessie Robb, and Willie Davis, individually and on behalf of all others similarly situated, v. AT&T Mobility LLC f/k/a Cingular Wireless LLC and Sprint Nextel Corporation and Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company, Civ. Act. No. 07-5325 (JLL),* on behalf of PinilisHalpern, LLP and Law Offices of Scott A. Bursor, Declaration filed *under seal* October 19, 2009.

**California Public Utilities Commission,** *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. Pac-West Telecomm, Inc. (U 5266 C), Defendant*, Case No. C.08-09-017, on behalf of the Pac-West Telecomm, Inc., Rebuttal Testimony filed May 1, 2009.

**Illinois Commerce Commission,** Illinois Bell Telephone Company Annual Rate Filing for Non-Competitive Services Under an Alternative Form of Regulation, Ill. C. C. Docket No. 08-0249, on behalf of the People of the State of Illinois, Declaration filed May 2, 2008.

**Federal Communications Commission,** Qwest Petition for Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of AT&T Inc, For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of BellSouth Corporation For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of the Embarq Local Operating Companies for Forbearance Under 47 U.S.C. §160(c) From Application of *Computer Inquiry* and certain Title II Common Carriage Requirements; WC Docket Nos. 06-125 and 06-147, on behalf of the AdHoc Telecommunications Users Committee, Declaration filed October 9, 2007.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, Plaintiffs, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis, Defendants,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Declaration filed January 5, 2007; Deposition on November 13, 2007; Oral testimony and cross-examination on December 19, 2007; Oral testimony on January 9, 2008.

Mr. Weir has served as a consultative expert in numerous proceedings that did not result in testimony, and has contributed research and analysis to numerous additional publications and testimony at the state, federal, and international levels.



# Exhibit 2

# Documents Reviewed



-Class Action Complaint, filed June 4, 2015.

-Declaration of Dr. Thomas L. Read, October 15, 2015.

-Defendant's Second Supplemental Response to Plaintiffs' First Request for Production of Documents, filed November 19, 2014.

-Defendant's Supplemental Response to Plaintiffs' First Set of Interrogatories, filed November 19, 2014.

-Deposition of James Gothard, April 30, 2015 (as corrected by errata sheet) and associated exhibits.

-Deposition of Ryan Buente, April 30, 2015 and associated exhibits.

-Form 10-K 1998.pdf

-Form 10-K 1999.pdf

-Form 10-K 2000.pdf

-Form 10-K 2001.pdf

-Form 10-K 2002.pdf

-Form 10-K 2003.pdf

-Form 10-K 2004.pdf

-Form 10-K 2005.pdf

-Form 10-K 2006.pdf

-Form 10-K 2007.pdf

-Form 10-K 2008.pdf

-Form 10-K 2009.pdf

-Form 10-K 2010.pdf

-Form 10-K 2011.pdf

-Form 10-K 2012.pdf

-Form 10-K 2013.pdf

-Form 10-K 2014.pdf

-GE-MWO-NATIONAL-SALES-1090+1095MODELS-1996-PRESENT sent 7_24_2014.XLSX


ECONOMICS AND
TECHNOLOGY, INC.

-GE_RC063312_Confidential Harkey Financial Data.xlsx

-GE_RC063631-66

-GE_RC063833_Confidential_1090 1095 CA FL TX Sales Data2.xlsx

-GE_RC064115_Confidential_MWO_HARKEY prod final.XLSX

-Harkey Data Final (CEP edits).xlsx

-Harkey Data Final.xlsx

-Harkey -OH_NY_w_GSB all 1090_1095 MWO _from_1996_to_May_31_2014.XLSX

-http://www.census.gov/popest/

-http://www.bea.gov/regional/

-Second Amended Class Action Complaint, filed July 14, 2014.

-ST-EST00INT-01.xls

ECONOMICS AND
TECHNOLOGY, INC.

**Exhibit 3**

**Consumer Protection Law Subclass
Individual State Damage Calculations**



| GE Diminution in Value Damages Consumer Protection Law Subclass | | | |
|---|---|---|---|
| State | Number of Units | Cost to Repair | Diminution in Value Damages |
| Alaska | ■ | $252.98 | ■ |
| Arkansas | ■ | $252.98 | ■ |
| Connecticut | ■ | $252.98 | ■ |
| Delaware | ■ | $252.98 | ■ |
| District of Columbia | ■ | $252.98 | ■ |
| Hawaii | ■ | $252.98 | ■ |
| Illinois | ■ | $252.98 | ■ |
| Michigan | ■ | $252.98 | ■ |
| Missouri | ■ | $252.98 | ■ |
| Nebraska | ■ | $252.98 | ■ |
| New Jersey | ■ | $252.98 | ■ |
| Rhode Island | ■ | $252.98 | ■ |
| Vermont | ■ | $252.98 | ■ |
| Washington | ■ | $252.98 | ■ |
| Wisconsin | ■ | $252.98 | ■ |
| **Total** | | | ■ |


ECONOMICS AND TECHNOLOGY, INC.

| GE Disgorgement of Wholesale Damages Consumer Protection Law Subclass | | | |
|---|---|---|---|
| State | Number of Units | Revenue | Disgorgement Damages |
| Alaska | | | |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| District of Columbia | | | |
| Hawaii | | | |
| Illinois | | | |
| Michigan | | | |
| Missouri | | | |
| Nebraska | | | |
| New Jersey | | | |
| Rhode Island | | | |
| Vermont | | | |
| Washington | | | |
| Wisconsin | | | |
| **Total** | | | |

ECONOMICS AND TECHNOLOGY, INC.

| GE Disgorgement of Profit Damages Consumer Protection Law Subclass | | | |
|---|---|---|---|
| State | Number of Units | Profit | Disgorgement Damages |
| Alaska | | | |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| District of Columbia | | | |
| Hawaii | | | |
| Illinois | | | |
| Michigan | | | |
| Missouri | | | |
| Nebraska | | | |
| New Jersey | | | |
| Rhode Island | | | |
| Vermont | | | |
| Washington | | | |
| Wisconsin | | | |
| **Total** | | | |

ECONOMICS AND TECHNOLOGY, INC.

**Exhibit 4**

**PCE Data by State**



Bureau of Economic Analysis PCE by State: 1997 - 2012

| PCE | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Alabama | 1.41% | 1.38% | 1.34% | 1.30% | 1.28% | 1.31% | 1.33% | 1.34% | 1.38% | 1.39% | 1.42% | 1.42% | 1.45% | 1.43% | 1.40% | 1.39% | 1.37% |
| Alaska | 0.27% | 0.26% | 0.25% | 0.23% | 0.24% | 0.26% | 0.26% | 0.27% | 0.27% | 0.27% | 0.28% | 0.30% | 0.33% | 0.33% | 0.33% | 0.33% | 0.28% |
| Arizona | 1.83% | 1.86% | 1.82% | 1.87% | 1.86% | 1.87% | 1.90% | 2.02% | 2.18% | 2.30% | 2.22% | 2.09% | 1.96% | 1.93% | 2.04% | 2.10% | 1.99% |
| Arkansas | 0.81% | 0.80% | 0.79% | 0.79% | 0.78% | 0.80% | 0.82% | 0.82% | 0.82% | 0.81% | 0.82% | 0.84% | 0.89% | 0.89% | 0.88% | 0.88% | 0.83% |
| California | 10.76% | 10.99% | 11.36% | 11.86% | 12.36% | 12.09% | 12.20% | 11.98% | 12.10% | 12.20% | 12.00% | 11.57% | 11.49% | 11.64% | 11.73% | 11.71% | 11.75% |
| Colorado | 1.81% | 1.84% | 1.87% | 1.91% | 1.94% | 1.90% | 1.82% | 1.82% | 1.84% | 1.83% | 1.87% | 1.90% | 1.85% | 1.82% | 1.84% | 1.85% | 1.86% |
| Connecticut | 1.40% | 1.38% | 1.32% | 1.35% | 1.37% | 1.39% | 1.39% | 1.41% | 1.40% | 1.40% | 1.40% | 1.41% | 1.36% | 1.37% | 1.37% | 1.37% | 1.38% |
| Delaware | 0.24% | 0.24% | 0.24% | 0.24% | 0.24% | 0.25% | 0.25% | 0.26% | 0.26% | 0.25% | 0.25% | 0.24% | 0.23% | 0.23% | 0.23% | 0.22% | 0.24% |
| District of Columbia | 0.21% | 0.20% | 0.20% | 0.19% | 0.20% | 0.18% | 0.19% | 0.20% | 0.21% | 0.22% | 0.23% | 0.24% | 0.23% | 0.23% | 0.24% | 0.26% | 0.22% |
| Florida | 6.54% | 6.60% | 6.45% | 6.40% | 6.61% | 6.69% | 6.78% | 7.06% | 7.49% | 7.55% | 7.21% | 6.90% | 6.73% | 6.70% | 6.78% | 6.91% | 6.84% |
| Georgia | 3.23% | 3.16% | 3.18% | 3.09% | 3.08% | 2.99% | 3.06% | 3.04% | 2.94% | 2.97% | 2.98% | 2.89% | 2.85% | 2.88% | 2.78% | 2.75% | 2.99% |
| Hawaii | 0.42% | 0.39% | 0.39% | 0.40% | 0.42% | 0.42% | 0.45% | 0.47% | 0.49% | 0.49% | 0.50% | 0.51% | 0.52% | 0.52% | 0.51% | 0.52% | 0.46% |
| Idaho | 0.43% | 0.43% | 0.44% | 0.46% | 0.46% | 0.46% | 0.46% | 0.48% | 0.52% | 0.55% | 0.54% | 0.52% | 0.51% | 0.49% | 0.47% | 0.47% | 0.48% |
| Illinois | 4.55% | 4.37% | 4.21% | 4.41% | 4.29% | 4.25% | 4.16% | 4.06% | 4.00% | 3.89% | 4.00% | 3.87% | 3.81% | 3.78% | 3.71% | 3.65% | 4.06% |
| Indiana | 2.16% | 2.13% | 2.12% | 2.11% | 2.07% | 2.06% | 2.07% | 2.04% | 2.01% | 1.96% | 1.95% | 1.98% | 1.98% | 2.02% | 1.99% | 1.99% | 2.04% |
| Iowa | 1.02% | 1.00% | 0.99% | 0.95% | 0.92% | 0.93% | 0.94% | 0.94% | 0.91% | 0.90% | 0.90% | 0.93% | 0.99% | 0.96% | 0.97% | 0.97% | 0.95% |
| Kansas | 0.91% | 0.93% | 0.90% | 0.88% | 0.86% | 0.85% | 0.85% | 0.87% | 0.81% | 0.84% | 0.89% | 0.91% | 0.93% | 0.91% | 0.90% | 0.90% | 0.88% |
| Kentucky | 1.32% | 1.30% | 1.28% | 1.25% | 1.20% | 1.24% | 1.24% | 1.24% | 1.22% | 1.20% | 1.23% | 1.21% | 1.26% | 1.26% | 1.22% | 1.23% | 1.24% |
| Louisiana | 1.42% | 1.40% | 1.36% | 1.31% | 1.32% | 1.35% | 1.37% | 1.36% | 1.33% | 1.55% | 1.56% | 1.55% | 1.61% | 1.58% | 1.58% | 1.58% | 1.45% |
| Maine | 0.42% | 0.42% | 0.42% | 0.42% | 0.44% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.48% | 0.50% | 0.50% | 0.49% | 0.48% | 0.45% |
| Maryland | 1.94% | 1.92% | 1.93% | 1.89% | 1.96% | 2.07% | 2.08% | 2.15% | 2.14% | 2.11% | 2.06% | 2.01% | 2.02% | 2.02% | 2.01% | 2.01% | 2.02% |
| Massachusetts | 2.39% | 2.41% | 2.45% | 2.48% | 2.52% | 2.48% | 2.45% | 2.55% | 2.52% | 2.41% | 2.35% | 2.36% | 2.31% | 2.34% | 2.33% | 2.33% | 2.42% |
| Michigan | 3.67% | 3.67% | 3.70% | 3.66% | 3.53% | 3.48% | 3.33% | 3.27% | 3.05% | 2.89% | 2.79% | 2.80% | 2.82% | 2.83% | 2.81% | 2.83% | 3.20% |
| Minnesota | 1.90% | 1.92% | 1.95% | 2.00% | 1.93% | 1.95% | 1.94% | 1.95% | 1.81% | 1.75% | 1.73% | 1.75% | 1.75% | 1.72% | 1.72% | 1.71% | 1.84% |
| Mississippi | 0.79% | 0.79% | 0.82% | 0.80% | 0.77% | 0.78% | 0.79% | 0.78% | 0.81% | 0.88% | 0.85% | 0.85% | 0.88% | 0.87% | 0.85% | 0.85% | 0.82% |
| Missouri | 1.88% | 1.86% | 1.85% | 1.82% | 1.82% | 1.88% | 1.89% | 1.84% | 1.80% | 1.75% | 1.74% | 1.79% | 1.82% | 1.78% | 1.78% | 1.78% | 1.82% |
| Montana | 0.33% | 0.32% | 0.32% | 0.31% | 0.33% | 0.35% | 0.36% | 0.38% | 0.39% | 0.39% | 0.42% | 0.44% | 0.43% | 0.42% | 0.41% | 0.42% | 0.38% |
| Nebraska | 0.83% | 0.78% | 0.72% | 0.65% | 0.65% | 0.61% | 0.61% | 0.61% | 0.61% | 0.59% | 0.59% | 0.62% | 0.66% | 0.67% | 0.64% | 0.67% | 0.66% |
| Nevada | 0.78% | 0.77% | 0.81% | 0.84% | 0.87% | 0.90% | 0.93% | 0.99% | 1.06% | 1.06% | 1.02% | 1.00% | 0.96% | 0.95% | 0.94% | 0.93% | 0.92% |
| New Hampshire | 0.44% | 0.44% | 0.44% | 0.45% | 0.45% | 0.46% | 0.48% | 0.49% | 0.47% | 0.44% | 0.42% | 0.43% | 0.43% | 0.44% | 0.44% | 0.44% | 0.45% |
| New Jersey | 3.41% | 3.44% | 3.52% | 3.56% | 3.59% | 3.61% | 3.89% | 3.62% | 3.60% | 3.71% | 3.48% | 3.51% | 3.50% | 3.51% | 3.47% | 3.39% | 3.55% |
| New Mexico | 0.63% | 0.62% | 0.60% | 0.57% | 0.55% | 0.55% | 0.56% | 0.57% | 0.57% | 0.58% | 0.61% | 0.61% | 0.60% | 0.58% | 0.58% | 0.58% | 0.58% |
| New York | 5.82% | 5.74% | 5.86% | 5.88% | 5.97% | 6.05% | 5.95% | 5.98% | 5.84% | 5.80% | 6.06% | 6.34% | 6.36% | 6.45% | 6.57% | 6.62% | 6.08% |
| North Carolina | 3.16% | 3.18% | 3.18% | 3.19% | 3.11% | 3.06% | 3.03% | 3.01% | 3.08% | 3.05% | 3.12% | 3.13% | 3.09% | 3.01% | 3.00% | 3.01% | 3.09% |
| North Dakota | 0.25% | 0.25% | 0.23% | 0.22% | 0.22% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.24% | 0.26% | 0.26% | 0.28% | 0.31% | 0.24% |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ohio** | 4.20% | 4.14% | 3.98% | 3.94% | 3.82% | 3.77% | 3.66% | 3.55% | 3.35% | 3.19% | 3.18% | 3.10% | 3.05% | 2.99% | 3.03% | 3.02% | 3.50% |
| **Oklahoma** | 1.10% | 1.12% | 1.10% | 1.06% | 1.05% | 1.03% | 1.03% | 1.03% | 1.06% | 1.07% | 1.11% | 1.20% | 1.28% | 1.30% | 1.32% | 1.32% | 1.14% |
| **Oregon** | 1.39% | 1.35% | 1.37% | 1.30% | 1.25% | 1.24% | 1.25% | 1.28% | 1.31% | 1.36% | 1.39% | 1.37% | 1.32% | 1.33% | 1.30% | 1.30% | 1.32% |
| **Pennsylvania** | 4.11% | 4.01% | 3.97% | 3.93% | 3.95% | 3.95% | 3.92% | 3.92% | 3.86% | 3.75% | 3.79% | 3.91% | 3.94% | 3.92% | 3.87% | 3.79% | 3.91% |
| **Rhode Island** | 0.28% | 0.27% | 0.28% | 0.29% | 0.29% | 0.31% | 0.31% | 0.31% | 0.30% | 0.29% | 0.28% | 0.28% | 0.28% | 0.28% | 0.28% | 0.28% | 0.29% |
| **South Carolina** | 1.39% | 1.40% | 1.42% | 1.40% | 1.32% | 1.30% | 1.32% | 1.37% | 1.40% | 1.43% | 1.46% | 1.45% | 1.43% | 1.45% | 1.44% | 1.46% | 1.40% |
| **South Dakota** | 0.26% | 0.25% | 0.26% | 0.25% | 0.25% | 0.25% | 0.25% | 0.24% | 0.24% | 0.24% | 0.25% | 0.27% | 0.28% | 0.29% | 0.28% | 0.29% | 0.26% |
| **Tennessee** | 2.17% | 2.18% | 2.15% | 2.11% | 2.02% | 1.95% | 1.93% | 1.92% | 1.91% | 1.87% | 1.92% | 1.91% | 1.95% | 2.02% | 2.05% | 1.98% | 2.00% |
| **Texas** | 7.07% | 7.25% | 7.32% | 7.42% | 7.36% | 7.37% | 7.16% | 7.11% | 7.31% | 7.51% | 7.74% | 8.02% | 8.24% | 8.25% | 8.37% | 8.38% | 7.62% |
| **Utah** | 0.87% | 0.86% | 0.85% | 0.83% | 0.83% | 0.83% | 0.81% | 0.84% | 0.87% | 0.93% | 1.03% | 1.02% | 0.99% | 0.98% | 0.97% | 1.00% | 0.91% |
| **Vermont** | 0.19% | 0.18% | 0.19% | 0.20% | 0.21% | 0.22% | 0.22% | 0.22% | 0.22% | 0.21% | 0.21% | 0.21% | 0.22% | 0.21% | 0.21% | 0.21% | 0.21% |
| **Virginia** | 2.75% | 2.76% | 2.83% | 2.76% | 2.78% | 2.90% | 2.92% | 2.98% | 2.98% | 2.92% | 2.84% | 2.83% | 2.85% | 2.85% | 2.87% | 2.87% | 2.86% |
| **Washington** | 2.16% | 2.37% | 2.35% | 2.28% | 2.23% | 2.20% | 2.24% | 2.22% | 2.21% | 2.30% | 2.38% | 2.44% | 2.38% | 2.40% | 2.38% | 2.40% | 2.31% |
| **West Virginia** | 0.55% | 0.53% | 0.51% | 0.50% | 0.48% | 0.49% | 0.49% | 0.49% | 0.47% | 0.46% | 0.46% | 0.49% | 0.52% | 0.52% | 0.51% | 0.51% | 0.50% |
| **Wisconsin** | 1.98% | 1.96% | 1.96% | 1.85% | 1.82% | 1.82% | 1.83% | 1.83% | 1.75% | 1.69% | 1.65% | 1.67% | 1.70% | 1.69% | 1.65% | 1.56% | 1.78% |
| **Wyoming** | 0.16% | 0.17% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.15% | 0.16% | 0.17% | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.16% |

**Exhibit 5**

**GDP Data by State**



U.S. Bureau of Labor Statistics Real GDP by State: 1997 - 2012

| Real GDP | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| United States | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| Alabama | 1.23% | 1.23% | 1.21% | 1.19% | 1.19% | 1.20% | 1.20% | 1.22% | 1.22% | 1.20% | 1.19% | 1.19% | 1.18% | 1.19% | 1.18% | 1.17% | 1.20% |
| Alaska | 0.35% | 0.32% | 0.30% | 0.29% | 0.30% | 0.30% | 0.29% | 0.29% | 0.29% | 0.30% | 0.31% | 0.32% | 0.35% | 0.33% | 0.34% | 0.34% | 0.31% |
| Arizona | 1.47% | 1.53% | 1.58% | 1.60% | 1.62% | 1.64% | 1.69% | 1.69% | 1.76% | 1.82% | 1.84% | 1.80% | 1.70% | 1.68% | 1.69% | 1.68% | 1.67% |
| Arkansas | 0.71% | 0.70% | 0.70% | 0.68% | 0.67% | 0.68% | 0.69% | 0.70% | 0.70% | 0.70% | 0.69% | 0.71% | 0.70% | 0.71% | 0.72% | 0.71% | 0.70% |
| California | 12.06% | 12.31% | 12.65% | 13.09% | 12.93% | 13.02% | 13.20% | 13.28% | 13.38% | 13.45% | 13.47% | 13.60% | 13.37% | 13.23% | 13.20% | 13.26% | 13.09% |
| Colorado | 1.58% | 1.64% | 1.68% | 1.73% | 1.75% | 1.72% | 1.70% | 1.67% | 1.69% | 1.67% | 1.68% | 1.72% | 1.75% | 1.73% | 1.73% | 1.73% | 1.70% |
| Connecticut | 1.65% | 1.63% | 1.60% | 1.64% | 1.64% | 1.60% | 1.59% | 1.64% | 1.61% | 1.62% | 1.66% | 1.61% | 1.58% | 1.57% | 1.54% | 1.51% | 1.61% |
| Delaware | 0.39% | 0.39% | 0.40% | 0.40% | 0.40% | 0.39% | 0.39% | 0.40% | 0.40% | 0.40% | 0.39% | 0.37% | 0.39% | 0.39% | 0.39% | 0.37% | 0.39% |
| District of Columbia | 0.67% | 0.65% | 0.65% | 0.63% | 0.66% | 0.66% | 0.66% | 0.66% | 0.65% | 0.65% | 0.66% | 0.68% | 0.69% | 0.70% | 0.70% | 0.69% | 0.67% |
| Florida | 4.86% | 4.89% | 4.88% | 4.88% | 4.97% | 5.08% | 5.16% | 5.26% | 5.44% | 5.48% | 5.43% | 5.23% | 5.04% | 4.94% | 4.84% | 4.83% | 5.08% |
| Georgia | 2.85% | 2.92% | 2.98% | 2.97% | 2.97% | 2.93% | 2.92% | 2.89% | 2.91% | 2.88% | 2.89% | 2.86% | 2.83% | 2.79% | 2.79% | 2.76% | 2.88% |
| Hawaii | 0.48% | 0.45% | 0.43% | 0.42% | 0.42% | 0.42% | 0.43% | 0.44% | 0.45% | 0.45% | 0.45% | 0.46% | 0.46% | 0.46% | 0.46% | 0.46% | 0.45% |
| Idaho | 0.32% | 0.32% | 0.34% | 0.36% | 0.35% | 0.35% | 0.35% | 0.36% | 0.37% | 0.38% | 0.38% | 0.38% | 0.38% | 0.37% | 0.37% | 0.36% | 0.36% |
| Illinois | 4.99% | 4.94% | 4.88% | 4.85% | 4.79% | 4.73% | 4.68% | 4.63% | 4.56% | 4.56% | 4.54% | 4.48% | 4.48% | 4.42% | 4.44% | 4.43% | 4.65% |
| Indiana | 2.00% | 2.04% | 2.01% | 1.99% | 1.94% | 1.95% | 1.97% | 1.97% | 1.91% | 1.89% | 1.91% | 1.91% | 1.84% | 1.91% | 1.89% | 1.86% | 1.94% |
| Iowa | 0.97% | 0.94% | 0.91% | 0.92% | 0.90% | 0.91% | 0.92% | 0.96% | 0.95% | 0.94% | 0.94% | 0.96% | 0.96% | 0.96% | 0.97% | 0.98% | 0.94% |
| Kansas | 0.89% | 0.88% | 0.87% | 0.86% | 0.85% | 0.85% | 0.85% | 0.83% | 0.82% | 0.83% | 0.85% | 0.87% | 0.85% | 0.86% | 0.88% | 0.86% | 0.86% |
| Kentucky | 1.26% | 1.24% | 1.22% | 1.14% | 1.14% | 1.15% | 1.14% | 1.13% | 1.13% | 1.13% | 1.10% | 1.11% | 1.09% | 1.12% | 1.12% | 1.11% | 1.15% |
| Louisiana | 1.61% | 1.59% | 1.55% | 1.45% | 1.46% | 1.46% | 1.48% | 1.48% | 1.52% | 1.45% | 1.38% | 1.40% | 1.47% | 1.51% | 1.44% | 1.44% | 1.48% |
| Maine | 0.37% | 0.37% | 0.37% | 0.37% | 0.37% | 0.37% | 0.37% | 0.37% | 0.36% | 0.36% | 0.35% | 0.35% | 0.35% | 0.35% | 0.34% | 0.33% | 0.36% |
| Maryland | 1.94% | 1.95% | 1.94% | 1.92% | 1.98% | 2.02% | 2.02% | 2.04% | 2.05% | 2.04% | 2.04% | 2.07% | 2.12% | 2.13% | 2.12% | 2.09% | 2.03% |
| Massachusetts | 2.64% | 2.64% | 2.65% | 2.76% | 2.76% | 2.72% | 2.72% | 2.68% | 2.64% | 2.61% | 2.64% | 2.66% | 2.66% | 2.70% | 2.72% | 2.71% | 2.68% |
| Michigan | 3.46% | 3.40% | 3.41% | 3.33% | 3.21% | 3.24% | 3.23% | 3.10% | 3.04% | 2.92% | 2.84% | 2.71% | 2.56% | 2.63% | 2.64% | 2.63% | 3.02% |
| Minnesota | 1.82% | 1.84% | 1.83% | 1.88% | 1.87% | 1.88% | 1.90% | 1.90% | 1.89% | 1.83% | 1.81% | 1.83% | 1.81% | 1.84% | 1.85% | 1.84% | 1.85% |
| Mississippi | 0.71% | 0.70% | 0.68% | 0.66% | 0.65% | 0.64% | 0.65% | 0.64% | 0.63% | 0.63% | 0.64% | 0.65% | 0.65% | 0.64% | 0.63% | 0.64% | 0.65% |
| Missouri | 1.96% | 1.91% | 1.87% | 1.85% | 1.83% | 1.81% | 1.81% | 1.78% | 1.75% | 1.72% | 1.70% | 1.73% | 1.74% | 1.73% | 1.69% | 1.67% | 1.79% |
| Montana | 0.24% | 0.24% | 0.23% | 0.23% | 0.23% | 0.23% | 0.24% | 0.24% | 0.24% | 0.24% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.25% | 0.24% |
| Nebraska | 0.60% | 0.58% | 0.57% | 0.57% | 0.57% | 0.57% | 0.59% | 0.58% | 0.58% | 0.58% | 0.58% | 0.59% | 0.61% | 0.62% | 0.63% | 0.63% | 0.59% |
| Nevada | 0.76% | 0.76% | 0.78% | 0.78% | 0.79% | 0.80% | 0.82% | 0.88% | 0.92% | 0.93% | 0.92% | 0.89% | 0.83% | 0.81% | 0.80% | 0.78% | 0.83% |
| New Hampshire | 0.42% | 0.43% | 0.42% | 0.42% | 0.42% | 0.43% | 0.44% | 0.44% | 0.43% | 0.43% | 0.42% | 0.42% | 0.42% | 0.43% | 0.42% | 0.42% | 0.43% |
| New Jersey | 3.67% | 3.59% | 3.54% | 3.56% | 3.56% | 3.58% | 3.58% | 3.52% | 3.47% | 3.43% | 3.40% | 3.43% | 3.38% | 3.34% | 3.27% | 3.29% | 3.48% |
| New Mexico | 0.58% | 0.55% | 0.56% | 0.55% | 0.55% | 0.56% | 0.56% | 0.57% | 0.56% | 0.55% | 0.55% | 0.55% | 0.57% | 0.56% | 0.55% | 0.54% | 0.56% |
| New York | 8.22% | 8.03% | 8.05% | 7.98% | 8.14% | 7.99% | 7.80% | 7.77% | 7.86% | 7.87% | 7.84% | 7.60% | 7.98% | 8.09% | 8.07% | 8.16% | 7.97% |
| North Carolina | 2.72% | 2.69% | 2.72% | 2.71% | 2.75% | 2.74% | 2.73% | 2.73% | 2.77% | 2.84% | 2.79% | 2.83% | 2.86% | 2.86% | 2.84% | 2.79% | 2.77% |
| North Dakota | 0.19% | 0.19% | 0.18% | 0.18% | 0.18% | 0.19% | 0.19% | 0.19% | 0.19% | 0.19% | 0.19% | 0.21% | 0.22% | 0.23% | 0.25% | 0.30% | 0.21% |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ohio | 4.00% | 3.97% | 3.88% | 3.81% | 3.73% | 3.75% | 3.72% | 3.69% | 3.61% | 3.52% | 3.46% | 3.41% | 3.33% | 3.33% | 3.38% | 3.37% | 3.62% |
| Oklahoma | 0.98% | 0.96% | 0.94% | 0.93% | 0.95% | 0.95% | 0.94% | 0.94% | 0.94% | 0.96% | 0.96% | 1.00% | 1.00% | 1.00% | 1.01% | 1.02% | 0.97% |
| Oregon | 1.01% | 1.02% | 1.00% | 1.04% | 1.02% | 1.03% | 1.04% | 1.09% | 1.08% | 1.15% | 1.17% | 1.24% | 1.26% | 1.30% | 1.34% | 1.31% | 1.13% |
| Pennsylvania | 4.27% | 4.21% | 4.14% | 4.10% | 4.13% | 4.11% | 4.08% | 4.02% | 3.95% | 3.90% | 3.89% | 3.93% | 3.95% | 3.96% | 3.94% | 3.89% | 4.03% |
| Rhode Island | 0.35% | 0.35% | 0.34% | 0.34% | 0.35% | 0.35% | 0.36% | 0.36% | 0.35% | 0.35% | 0.34% | 0.33% | 0.33% | 0.33% | 0.33% | 0.32% | 0.34% |
| South Carolina | 1.18% | 1.18% | 1.18% | 1.16% | 1.16% | 1.16% | 1.17% | 1.14% | 1.13% | 1.13% | 1.14% | 1.14% | 1.13% | 1.12% | 1.13% | 1.11% | 1.15% |
| South Dakota | 0.21% | 0.21% | 0.21% | 0.22% | 0.22% | 0.24% | 0.24% | 0.24% | 0.23% | 0.23% | 0.24% | 0.25% | 0.26% | 0.26% | 0.27% | 0.26% | 0.24% |
| Tennessee | 1.82% | 1.85% | 1.83% | 1.77% | 1.77% | 1.79% | 1.80% | 1.81% | 1.77% | 1.76% | 1.72% | 1.75% | 1.73% | 1.72% | 1.74% | 1.76% | 1.77% |
| Texas | 7.33% | 7.53% | 7.50% | 7.48% | 7.60% | 7.59% | 7.44% | 7.54% | 7.44% | 7.66% | 7.88% | 7.96% | 8.16% | 8.21% | 8.39% | 8.73% | 7.78% |
| Utah | 0.68% | 0.69% | 0.69% | 0.69% | 0.70% | 0.70% | 0.70% | 0.71% | 0.72% | 0.76% | 0.80% | 0.79% | 0.80% | 0.79% | 0.80% | 0.79% | 0.74% |
| Vermont | 0.18% | 0.17% | 0.17% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.17% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% |
| Virginia | 2.64% | 2.66% | 2.67% | 2.67% | 2.72% | 2.69% | 2.72% | 2.73% | 2.78% | 2.77% | 2.76% | 2.77% | 2.86% | 2.87% | 2.85% | 2.81% | 2.75% |
| Washington | 2.34% | 2.39% | 2.43% | 2.37% | 2.29% | 2.29% | 2.27% | 2.23% | 2.29% | 2.30% | 2.40% | 2.44% | 2.45% | 2.45% | 2.43% | 2.44% | 2.36% |
| West Virginia | 0.50% | 0.48% | 0.48% | 0.46% | 0.45% | 0.45% | 0.44% | 0.43% | 0.43% | 0.43% | 0.42% | 0.43% | 0.44% | 0.44% | 0.45% | 0.42% | 0.45% |
| Wisconsin | 1.83% | 1.82% | 1.80% | 1.78% | 1.78% | 1.78% | 1.79% | 1.79% | 1.77% | 1.74% | 1.72% | 1.72% | 1.72% | 1.73% | 1.74% | 1.72% | 1.76% |
| Wyoming | 0.20% | 0.20% | 0.20% | 0.20% | 0.21% | 0.21% | 0.21% | 0.21% | 0.21% | 0.23% | 0.24% | 0.26% | 0.26% | 0.26% | 0.25% | 0.23% | 0.22% |

**Exhibit 6**

**US Census Population Data by State**



U.S. Census Population Estimates by State: 2000 - 2012

| Population | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **United States** | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |
| **Alabama** | 1.58% | 1.57% | 1.56% | 1.55% | 1.55% | 1.55% | 1.55% | 1.55% | 1.55% | 1.55% | 1.55% | 1.54% | 1.53% | 1.55% |
| **Alaska** | 0.22% | 0.22% | 0.22% | 0.22% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% | 0.23% |
| **Arizona** | 1.83% | 1.85% | 1.88% | 1.90% | 1.93% | 1.98% | 2.02% | 2.05% | 2.07% | 2.07% | 2.07% | 2.08% | 2.09% | 1.98% |
| **Arkansas** | 0.95% | 0.94% | 0.94% | 0.94% | 0.94% | 0.94% | 0.95% | 0.95% | 0.95% | 0.94% | 0.94% | 0.94% | 0.94% | 0.94% |
| **California** | 12.05% | 12.10% | 12.12% | 12.15% | 12.15% | 12.12% | 12.07% | 12.03% | 12.04% | 12.05% | 12.07% | 12.09% | 12.12% | 12.09% |
| **Colorado** | 1.53% | 1.55% | 1.56% | 1.56% | 1.56% | 1.57% | 1.58% | 1.59% | 1.61% | 1.62% | 1.63% | 1.64% | 1.65% | 1.59% |
| **Connecticut** | 1.21% | 1.20% | 1.20% | 1.20% | 1.19% | 1.19% | 1.18% | 1.17% | 1.17% | 1.16% | 1.16% | 1.15% | 1.14% | 1.18% |
| **Delaware** | 0.28% | 0.28% | 0.28% | 0.28% | 0.28% | 0.29% | 0.29% | 0.29% | 0.29% | 0.29% | 0.29% | 0.29% | 0.29% | 0.29% |
| **District of Columbia** | 0.20% | 0.20% | 0.20% | 0.20% | 0.19% | 0.19% | 0.19% | 0.19% | 0.19% | 0.19% | 0.20% | 0.20% | 0.20% | 0.20% |
| **Florida** | 5.69% | 5.74% | 5.80% | 5.86% | 5.95% | 6.04% | 6.09% | 6.10% | 6.09% | 6.08% | 6.09% | 6.13% | 6.16% | 5.99% |
| **Georgia** | 2.92% | 2.94% | 2.96% | 2.97% | 2.99% | 3.02% | 3.07% | 3.10% | 3.13% | 3.14% | 3.14% | 3.15% | 3.16% | 3.05% |
| **Hawaii** | 0.43% | 0.43% | 0.43% | 0.43% | 0.43% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% |
| **Idaho** | 0.46% | 0.46% | 0.47% | 0.47% | 0.48% | 0.48% | 0.49% | 0.50% | 0.50% | 0.51% | 0.51% | 0.51% | 0.51% | 0.49% |
| **Illinois** | 4.41% | 4.38% | 4.35% | 4.33% | 4.30% | 4.27% | 4.24% | 4.21% | 4.19% | 4.17% | 4.15% | 4.13% | 4.10% | 4.25% |
| **Indiana** | 2.16% | 2.15% | 2.14% | 2.14% | 2.13% | 2.12% | 2.12% | 2.12% | 2.11% | 2.11% | 2.10% | 2.09% | 2.08% | 2.12% |
| **Iowa** | 1.04% | 1.03% | 1.02% | 1.01% | 1.01% | 1.00% | 1.00% | 1.00% | 0.99% | 0.99% | 0.99% | 0.98% | 0.98% | 1.00% |
| **Kansas** | 0.95% | 0.95% | 0.94% | 0.94% | 0.93% | 0.93% | 0.93% | 0.92% | 0.92% | 0.92% | 0.92% | 0.92% | 0.92% | 0.93% |
| **Kentucky** | 1.43% | 1.43% | 1.42% | 1.42% | 1.42% | 1.42% | 1.41% | 1.41% | 1.41% | 1.41% | 1.41% | 1.40% | 1.40% | 1.41% |
| **Louisiana** | 1.58% | 1.57% | 1.56% | 1.56% | 1.55% | 1.55% | 1.44% | 1.45% | 1.46% | 1.46% | 1.47% | 1.47% | 1.47% | 1.51% |
| **Maine** | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.45% | 0.44% | 0.44% | 0.44% | 0.43% | 0.43% | 0.43% | 0.42% | 0.44% |
| **Maryland** | 1.88% | 1.89% | 1.89% | 1.89% | 1.89% | 1.89% | 1.89% | 1.88% | 1.87% | 1.87% | 1.87% | 1.87% | 1.88% | 1.88% |
| **Massachusetts** | 2.25% | 2.25% | 2.23% | 2.21% | 2.19% | 2.17% | 2.15% | 2.14% | 2.13% | 2.12% | 2.12% | 2.12% | 2.12% | 2.17% |
| **Michigan** | 3.53% | 3.51% | 3.48% | 3.46% | 3.43% | 3.40% | 3.36% | 3.32% | 3.27% | 3.23% | 3.19% | 3.17% | 3.15% | 3.35% |
| **Minnesota** | 1.75% | 1.75% | 1.74% | 1.74% | 1.74% | 1.73% | 1.73% | 1.73% | 1.73% | 1.72% | 1.72% | 1.72% | 1.71% | 1.73% |
| **Mississippi** | 1.01% | 1.00% | 0.99% | 0.99% | 0.99% | 0.98% | 0.97% | 0.97% | 0.97% | 0.96% | 0.96% | 0.96% | 0.95% | 0.98% |
| **Missouri** | 1.99% | 1.98% | 1.97% | 1.97% | 1.96% | 1.96% | 1.96% | 1.95% | 1.95% | 1.94% | 1.94% | 1.93% | 1.92% | 1.96% |
| **Montana** | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% | 0.32% |
| **Nebraska** | 0.61% | 0.60% | 0.60% | 0.60% | 0.60% | 0.60% | 0.59% | 0.59% | 0.59% | 0.59% | 0.59% | 0.59% | 0.59% | 0.60% |
| **Nevada** | 0.72% | 0.74% | 0.76% | 0.78% | 0.80% | 0.82% | 0.85% | 0.86% | 0.87% | 0.88% | 0.87% | 0.87% | 0.88% | 0.82% |
| **New Hampshire** | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.44% | 0.43% | 0.43% | 0.43% | 0.42% | 0.42% | 0.43% |
| **New Jersey** | 2.99% | 2.98% | 2.97% | 2.96% | 2.95% | 2.93% | 2.90% | 2.88% | 2.86% | 2.85% | 2.85% | 2.84% | 2.83% | 2.91% |
| **New Mexico** | 0.65% | 0.64% | 0.65% | 0.65% | 0.65% | 0.65% | 0.66% | 0.66% | 0.66% | 0.66% | 0.67% | 0.67% | 0.66% | 0.66% |
| **New York** | 6.73% | 6.70% | 6.65% | 6.61% | 6.55% | 6.47% | 6.40% | 6.35% | 6.32% | 6.29% | 6.27% | 6.26% | 6.24% | 6.45% |
| **North Carolina** | 2.86% | 2.88% | 2.89% | 2.90% | 2.92% | 2.95% | 2.99% | 3.03% | 3.06% | 3.08% | 3.09% | 3.10% | 3.10% | 2.99% |
| **North Dakota** | 0.23% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% | 0.22% |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ohio** | 4.03% | 4.00% | 3.97% | 3.94% | 3.91% | 3.88% | 3.85% | 3.82% | 3.79% | 3.76% | 3.73% | 3.70% | 3.68% | 3.85% |
| **Oklahoma** | 1.22% | 1.22% | 1.21% | 1.21% | 1.20% | 1.20% | 1.20% | 1.21% | 1.21% | 1.21% | 1.22% | 1.21% | 1.22% | 1.21% |
| **Oregon** | 1.22% | 1.22% | 1.22% | 1.22% | 1.22% | 1.22% | 1.23% | 1.24% | 1.24% | 1.24% | 1.24% | 1.24% | 1.24% | 1.23% |
| **Pennsylvania** | 4.35% | 4.32% | 4.29% | 4.27% | 4.24% | 4.21% | 4.19% | 4.17% | 4.15% | 4.13% | 4.11% | 4.09% | 4.07% | 4.20% |
| **Rhode Island** | 0.37% | 0.37% | 0.37% | 0.37% | 0.37% | 0.36% | 0.36% | 0.35% | 0.35% | 0.34% | 0.34% | 0.34% | 0.34% | 0.36% |
| **South Carolina** | 1.43% | 1.43% | 1.43% | 1.43% | 1.44% | 1.44% | 1.46% | 1.48% | 1.49% | 1.50% | 1.50% | 1.50% | 1.50% | 1.46% |
| **South Dakota** | 0.27% | 0.27% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.26% | 0.27% | 0.26% |
| **Tennessee** | 2.02% | 2.02% | 2.02% | 2.02% | 2.02% | 2.03% | 2.04% | 2.05% | 2.05% | 2.06% | 2.05% | 2.05% | 2.06% | 2.04% |
| **Texas** | 7.42% | 7.48% | 7.54% | 7.59% | 7.65% | 7.71% | 7.83% | 7.91% | 7.99% | 8.08% | 8.16% | 8.23% | 8.31% | 7.84% |
| **Utah** | 0.80% | 0.80% | 0.81% | 0.81% | 0.82% | 0.83% | 0.85% | 0.86% | 0.88% | 0.89% | 0.90% | 0.90% | 0.91% | 0.85% |
| **Vermont** | 0.22% | 0.21% | 0.21% | 0.21% | 0.21% | 0.21% | 0.21% | 0.21% | 0.21% | 0.20% | 0.20% | 0.20% | 0.20% | 0.21% |
| **Virginia** | 2.52% | 2.53% | 2.53% | 2.54% | 2.55% | 2.56% | 2.57% | 2.57% | 2.58% | 2.58% | 2.59% | 2.60% | 2.61% | 2.56% |
| **Washington** | 2.09% | 2.10% | 2.10% | 2.10% | 2.11% | 2.12% | 2.14% | 2.15% | 2.16% | 2.17% | 2.18% | 2.19% | 2.20% | 2.14% |
| **West Virginia** | 0.64% | 0.63% | 0.63% | 0.62% | 0.62% | 0.62% | 0.61% | 0.61% | 0.61% | 0.60% | 0.60% | 0.60% | 0.59% | 0.61% |
| **Wisconsin** | 1.90% | 1.90% | 1.89% | 1.89% | 1.88% | 1.88% | 1.87% | 1.86% | 1.86% | 1.85% | 1.84% | 1.83% | 1.82% | 1.87% |
| **Wyoming** | 0.18% | 0.17% | 0.17% | 0.17% | 0.17% | 0.17% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% | 0.18% |