Eꜱʜɪʙɪᴛ B1



**Harkey, et al. v. GE, Case No. 3:13-cv-1799-WWE Declaration of Paul Verghese, Ph.D.**

*confidential*

E*ponent·

**Harkey, et al. v. GE, Case No. 3:13-cv-1799-WWE Declaration of Paul Verghese, Ph.D.**

*confidential*

Prepared for

Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103

Prepared by

Paul Verghese, Ph.D.
Exponent
9 Strathmore Road
Natick, MA  01760

January 5, 2016

© Exponent, Inc.

1404447.000 - 7832

January 5, 2016

# Contents

Page

**List of Figures**                                                                          iv

**Acronyms and Abbreviations**                                                               ix

**1      Introduction**                                                                       1

**2      Qualifications**                                                                     4

**3      Information Reviewed and Relied Upon**                                               5

**4      Dr. Thomas Read's Opinions in this Matter**                                          6

**5      BIMWO Inspections**                                                                  8

        5.1    Model JEB1095SB002, S/N ZA957799S                                             11

        5.2    Model JEB1095SB002, S/N TA952733S                                             19

        5.3    Model ZMC1095SF03, S/N VH900197B                                              27

        5.4    Model ZMC1095SF001, S/N FG908735S                                             34

        5.5    Model JEB1095WB002, S/N DG971107S                                             42

        5.6    Model ZMC1095SF02, S/N GH900070B                                              49

        5.7    Model JEB1095SB002, S/N HG900033B                                             53

        5.8    Model JEB1090BV001, S/N TR919047S                                             58

        5.9    Model JEB1095WB04, S/N LH900023B                                              64

        5.10   Model ZMC1095BB001, S/N LZ900540S                                             71

        5.11   Replacement Outer Glass Panel at Mequet Residence                            78

**6      Analysis**                                                                          82

        6.1    Six BIMWOs inspected did not have an identifiable fracture origin             82

        6.2    Two distinct fracture origin types were found in 5 outer glass panels         82

        6.3    Variation in spring coil contact to glass                                     83

        6.4    Samsung's tolerance analysis showed no interference between the spring and the
               outer glass                                                                   85

January 5, 2016

6.5    Samsung used tempered outer glass panels                                    86

6.6    Vast majority of the BIMWOs survived past their reasonable useful life        88

**7    Conclusions**                                                                **94**

Appendix A    Curriculum Vitae                                                      96

Appendix B    Materials Reviewed and/or Relied Upon                                99

1404447.000 - 7832

January 5, 2016

## List of Figures

Page

Figure 1.    Model JEB1095SB002, S/N ZA957799S; photographs of the externals and with the door in the open position    13

Figure 2.    Model JEB1095SB002, S/N ZA957799S; top photograph shows the left hinge spring and the fracture origin of the outer glass; bottom photograph shows the glass fragments at the fracture origin    14

Figure 3.    Model JEB1095SB002, S/N ZA957799S; photograph of right hinge and corresponding location on outer glass panel    15

Figure 4.    Model JEB1095SB002, S/N ZA957799S; optical micrograph of left hinge spring with evidence of contact with the outer glass panel    15

Figure 5.    Model JEB1095SB002, S/N ZA957799S; SEM image of fracture origin    16

Figure 6.    Model JEB1095SB002, S/N ZA957799S; EDS spectrum of the glaze on the back of the outer glass. Major peaks in the spectrum include Si, O, Pb, and Cr.    16

Figure 7.    Model JEB1095SB002, S/N ZA957799S; SEM image showing the fracture surface at the origin.    17

Figure 8.    Model JEB1095SB002, S/N ZA957799S; photograph showing fragments from outer glass fracture    17

Figure 9.    Model JEB1095SB002, S/N ZA957799S; side views of spring and bracket; top photo – left hinge, bottom photo – right hinge    18

Figure 10.    Model JEB1095SB002, S/N TA952733S; photographs of the externals and with the door in the open position    21

Figure 11.    Model JEB1095SB002, S/N TA952733S; photograph of left hinge spring and the fracture origin of the outer glass    21

Figure 12.    Model JEB1095SB002, S/N TA952733S; photograph of right hinge and corresponding location on outer glass panel    22

Figure 13.    Model JEB1095SB002, S/N TA952733S; photograph of left hinge spring with evidence of contact with the outer glass panel    22

Figure 14.    Model JEB1095SB002, S/N TA952733S; top photo – fracture origin on the outer glass panel at location of spring contact; bottom photo – glass fragments containing the fracture origin    23

January 5, 2016

Figure 15.   Model JEB1095SB002, S/N TA952733S; top image is an optical
micrograph of the fracture surface at the origin; bottom image is an SEM
image of the fracture surface at the origin.                                      24

Figure 16.   Model JEB1095SB002, S/N TA952733S; EDS spectrum of the glaze on the
back of the outer glass. Major peaks in the spectrum include Si, O, Pb, and
Cr.                                                                                25

Figure 17.   Model JEB1095SB002, S/N TA952733S; photograph showing fragments
from outer door glass fracture                                                     25

Figure 18.   Model JEB1095SB002, S/N TA952733S; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                                 26

Figure 19.   Model ZMC1095SF03, S/N VH900197B; photographs of the externals and
with the door in the open position                                                 28

Figure 20.   Model ZMC1095SF03, S/N VH900197B; photograph of the glass and metal
trim at the right handle attachment location where fracture initiated              29

Figure 21.   Model ZMC1095SF03, S/N VH900197B; photographs of the handle
attachment screw (top) and the plastic washer and sleeve (bottom)                  30

Figure 22.   Model ZMC1095SF03, S/N VH900197B; photographs of left and right
hinges and corresponding locations on outer glass panel                            31

Figure 23.   Model ZMC1095SF03, S/N VH900197B; photographs of the outer glass
panel at locations corresponding to left and right spring contact                  31

Figure 24.   Model ZMC1095SF03, S/N VH900197B; photograph showing fragments
from outer door glass fracture                                                     32

Figure 25.   Model ZMC1095SF03, S/N VH900197B; side views of spring and bracket;
upper photo – left hinge, lower photo – right hinge                                33

Figure 26.   Model ZMC1095SF001, S/N FG908735S; photographs of the externals and
with the door in the open position                                                 36

Figure 27.   Model ZMC1095SF001, S/N FG908735S; photograph of right hinge spring
and the fracture origin of the outer glass                                         36

Figure 28.   Model ZMC1095SF001, S/N FG908735S; photograph of right hinge spring
with evidence of contact with the outer glass panel                                37

Figure 29.   Model ZMC1095SF001, S/N FG908735S; fracture origin on the outer glass
panel at location of spring contact                                                37

Figure 30.   Model ZMC1095SF001, S/N FG908735S; optical micrographs of the
mating fracture surfaces at the origin                                             38

Figure 31.   Model ZMC1095SF001, S/N FG908735S; photograph of left hinge and
corresponding location on the outer glass panel                                    39

1404447.000 - 7832

January 5, 2016

Figure 32.  Model ZMC1095SF001, S/N FG908735S; photograph showing fragments
from outer door glass fracture                                              40

Figure 33.  Model ZMC1095SF001, S/N FG908735S; photograph of right hinge,
showing the bracket, shaft, and spring end; the spring is fully unloaded in
this image                                                                  40

Figure 34.  Model ZMC1095SF001, S/N FG908735S; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                          41

Figure 35.  Model JEB1095WB002, S/N DG971107S; photographs of the externals and
with the door in the open position                                          43

Figure 36.  Model JEB1095WB002, S/N DG971107S; photograph of left hinge spring
and corresponding location on the outer glass                               44

Figure 37.  Model JEB1095WB002, S/N DG971107S; top photograph – mark on glaze
coating on the outer glass panel from contact with the spring; bottom
photograph – evidence on spring surface of contact with the door's outer
glass panel                                                                 45

Figure 38.  Model JEB1095WB002, S/N DG971107S; photographs of right hinge
spring and corresponding location on the outer glass                        46

Figure 39.  Model JEB1095WB002, S/N DG971107S; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                          47

Figure 40.  Model JEB1095WB002, S/N DG971107S; photograph of the innermost end
of the left hinge hardware                                                  48

Figure 41.  Model JEB1095WB002, S/N DG971107S; photographs of the handle
attachment screw and bracket for the left and right ends of the handle,
respectively                                                               48

Figure 42.  Model ZMC1095SF02, S/N GH900070B; photographs of the externals and
with the door in the open position                                          50

Figure 43.  Model ZMC1095SF02, S/N GH900070B; photographs of left and right
hinges and corresponding locations on outer glass panel                     50

Figure 44.  Model ZMC1095SF02, S/N GH900070B; photographs of contact location
between right hinge spring and outer glass panel                            51

Figure 45.  Model ZMC1095SF02, S/N GH900070B; photographs of contact location
between left hinge spring and outer glass panel                             51

Figure 46.  Model ZMC1095SF02, S/N GH900070B; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                          52

Figure 47.  Model ZMC1095SF02, S/N GH900070B; photographs of the handle
attachment hardware for the left (top photo) and right (bottom photo) ends of
the handle                                                                  53

1404447.000 - 7832

January 5, 2016

Figure 48.    Model JEB1095SB002, S/N HG900033B; photographs of the externals and
with the door in the open position                                                                                  55

Figure 49.    Model JEB1095SB002, S/N HG900033B; photographs of left and right
hinges and corresponding locations on outer glass panel                                         55

Figure 50.    Model JEB1095SB002, S/N HG900033B; photographs of contact location
between right hinge spring and outer glass panel                                                      56

Figure 51.    Model JEB1095SB002, S/N HG900033B; photographs of contact location
between left hinge spring and outer glass panel                                                        56

Figure 52.    Model JEB1095SB002, S/N HG900033B; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                                                  57

Figure 53.    Model JEB1095SB002, S/N HG900033B; photograph of left hinge spring
and associated hardware                                                                                                58

Figure 54.    Model JEB1090BV001, S/N TR919047S; photographs of the externals and
with the door in the open position                                                                                  59

Figure 55.    Model JEB1090BV001, S/N TR919047S; photographs of the left (top
photo) and right (bottom photo) hinges                                                                        60

Figure 56.    Model JEB1090BV001, S/N TR919047S; photographs of the left (top
photo) and right (bottom photo) hinges with evidence of contact with the
outer glass panel surface                                                                                                61

Figure 57.    Model JEB1090BV001, S/N TR919047S; photographs showing the glass
remnants at the left and right handle attachment points                                          62

Figure 58.    Model JEB1090BV001, S/N TR919047S; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                                                  63

Figure 59.    Model JEB1095WB04, S/N LH900023B; photographs of the externals and
with the door in the open position                                                                                  65

Figure 60.    Model JEB1095WB04, S/N LH900023B; photographs of the left (top photo)
and right (bottom photo) hinges                                                                                      66

Figure 61.    Model JEB1095WB04, S/N LH900023B; photographs of the left (top photo)
and right (bottom photo) hinges at innermost coil location                                      67

Figure 62.    Model JEB1095WB04, S/N LH900023B; photographs of the innermost end
of the right (top photo) and left (bottom photo) hinge hardware                            68

Figure 63.    Model JEB1095WB04, S/N LH900023B; photographs showing the absence
of glass remnants at the left and right handle attachment points                            69

Figure 64.    Model JEB1095WB04, S/N LH900023B; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                                                  70

1404447.000 - 7832

January 5, 2016

Figure 65.   Model ZMC1095BB001, S/N LZ900540S; photographs of the externals and
with the door in the open position                                                                                72

Figure 66.   Model ZMC1095BB001, S/N LZ900540S; photographs showing the glass
remnants at the left and right handle attachment points                                          73

Figure 67.   Model ZMC1095BB001, S/N LZ900540S; photographs of the left (top
photo) and right (bottom photo) hinges                                                                      74

Figure 68.   Model ZMC1095BB001, S/N LZ900540S; photographs of the left (top
photo) and right (bottom photo) hinges at innermost coil location                        75

Figure 69.   Model ZMC1095BB001, S/N LZ900540S; photographs of the innermost
end of the right (top photo) and left (bottom photo) hinge hardware                    76

Figure 70.   Model ZMC1095BB001, S/N LZ900540S; side views of spring and bracket;
top photo – left hinge, bottom photo – right hinge                                                  77

Figure 71.   Photographs of the labels on the outside of the shipping box containing the
replacement outer door glass panel                                                                          79

Figure 72.   Photograph of the back of the replacement glass panel, showing the
fractured glass                                                                                                            79

Figure 73.   Photograph of the front of the replacement glass panel, with stainless steel
trim                                                                                                                          80

Figure 74.   Photographs of the front of the replacement glass panel; left photo –
through-hole for the handle attachment at left corner; right photo – bottom
edge of panel showing a witness mark near and parallel to the bottom edge
of the trim piece                                                                                                      80

Figure 75.   Photograph of the fracture origin at the left handle attachment location          81

Figure 76.   Levy's photo of the fractured outer glass from his BIMWO (JEB1095WB04
LH900023B)                                                                                                            90

Figure 77.   Mequet's photos of fractured outer glass from his BIMWO
(ZMC1095BB001 LZ900540S)                                                                            91

Figure 78.   Harris's photos of fractured outer glass from her BIMWO (JEB1095SB002
TA952733S)                                                                                                            92

Figure 79.   Glass's photos of fractured outer glass from her BIMWO (JEB1095SB002
ZA957799S)                                                                                                            93

1404447.000 - 7832

January 5, 2016

## Acronyms and Abbreviations

| | |
|---|---|
| AHAM | Association of Home Appliance Manufacturers |
| BIMWO | built-in microwave oven |
| Cr | chromium |
| EDS | energy dispersive X-ray spectroscopy |
| GE | General Electric Company |
| O | oxygen |
| Pb | lead |
| SEM | scanning electron microscopy |
| Si | silicon |

1404447.000 - 7832

January 5, 2016

# 1    Introduction

1.      I was asked by Robinson & Cole LLP, on behalf of GE, to investigate the plaintiffs' allegations that four specific model families of GE's built-in combination microwave and convection ovens (BIMWO) – models JEB1090, ZMC1090, JEB1095, and ZMC1095 – contain a common design defect that causes fracture of the outer glass screen in their doors.

2.      This declaration presents my opinions and the basis for these opinions regarding my investigation of the aforementioned allegations. This declaration has been prepared solely for purposes of this litigation.

3.      My opinions expressed herein are based on information that I had when I wrote this report. The findings presented herein are made to a reasonable degree of scientific and engineering certainty. I have endeavored to be accurate and complete in my assignment. If new data become available or there are perceived omissions or misstatements in this report, I ask that they are brought to my attention as soon as possible so that I have the opportunity to address them. I reserve the right to amend or modify my opinions should additional information become available. To the extent any opinions in the Dr. Thomas Read Report not mentioned herein are directly or indirectly in conflict with any of my opinions expressed herein, I disagree with Dr. Read. Nothing herein should be understood as an agreement with any opinions expressed in the Read Report, except where I expressly state that I agree with Dr. Read.

4.      A summary of my core opinions in this matter, reserving any rights as described above, is as follows.

1.  There is no evidence to conclude to a reasonable degree of engineering and scientific certainty, that the four subject BIMWO models have a common design defect.

2.  Dr. Read's conclusion that the four subject BIMWO models have a common design defect is not supportable for several reasons, including but not limited to the following.

January 5, 2016

a. Six of the ten BIMWOs that Dr. Read inspected and relied upon did not have identifiable fracture origins and the outer door glass fractures associated with those units were of an undetermined cause.

b. Dr. Read does not know the use history of the BIMWOs he inspected and relied upon, even though he conceded that their use history can affect the occurrence of outer glass fracture.

c. Dr. Read's conclusions are based on his examination of a small sampling of BIMWOs, where he also conceded that not all of the outer glass fractures were because of the alleged design defect.

3. For units with outer glass fractures that were confirmed to have initiated at the hinge spring contact location, manufacturing variability, not a common design defect, was the major contributor to glass fracture.

4. Not all BIMWOs of the four subject models that were produced will experience outer glass fracture associated with spring coil contact; the vast majority have not and will not experience this type of failure for the duration of their reasonable product life expectancy.

5. One would need to look at individual units on a case-by-case basis to substantiate which units had outer door glass fracture involving mechanical interference with a hinge spring. Unit-to-unit variability would require individual examination of several variables to determine the source of the mechanical interference in a particular BIMWO unit, including but not limited to,

a. Position of the outer glass with respect to the door

b. The spring diameter

c. The diameter of the spring's central shaft

d. The position and size of the hole connecting the spring's shaft to the hinge bracket

e. The thickness of the plastic sleeve and its position relative to the spring

f. The hinge bracket dimensions

January 5, 2016

6. Factors that can contribute to outer glass fracture on the four subject BIMWO models include, without being limited to,

    a. External forces acting on the door such as mechanical impact, mechanical shock, thermal stresses, vibration, service usage

    b. Cumulative damage to the surfaces, edges, through-holes, or corners of the outer glass during the life of the unit

    c. Variability in the manufactured condition of the tempered outer glass placed in the door

7. The design alternatives suggested by Dr. Read lack specificity and may have unknown consequences regarding efficacy, manufacturability, quality, and reliability. Depending on the design and implementation details, about which he does not elaborate, there may be unintended consequences that need to be explored through testing and validation. Dr. Read did not demonstrate to a reasonable degree of engineering or scientific certainty that his proposed alternative designs are feasible or would result in a safer or more reliable product.

8. For these the four subject BIMWO models, the presence of a hinge spring did not mean it contacted the outer glass panel, contact between a hinge spring and the outer glass panel glass did not necessarily cause incipient damage to the glass, and surface damage to the glass inflicted at the spring contact location did not necessarily cause fracture of the outer glass panel. It is my opinion that one would need to look at individual units on a case-by-case basis to substantiate which units had outer door glass fracture involving mechanical interference with a hinge spring.

5.    It is noted that the summarized opinions given in this Introduction cannot encompass all of my analysis, conclusions, and opinions. Hence, the main part of this declaration is at all times the controlling document.

1404447.000 - 7832

3

January 5, 2016

## 2   Qualifications

6.      I am employed as a Senior Managing Engineer in the Materials and Corrosion
Engineering practice of Exponent, Inc., a scientific and engineering consulting firm.
Prior to joining Exponent, I was employed by product manufacturing companies where I
had roles in engineering design, manufacturing engineering, and reliability engineering. I
have a Bachelor of Science degree in Materials Science and Engineering from North
Carolina State University, and a Doctor of Philosophy degree in Materials from the
University of California, Santa Barbara. I am a registered professional metallurgical
engineer in Massachusetts. I am a certified Reliability Engineer (American Society for
Quality).

7.      I have been applying my background in materials engineering and reliability to
the analysis of cracking and other material degradation modes for over 20 years. I have
researched and published peer-reviewed journal articles on brittle material fracture,
including tempered glass.

8.      In 2015, Exponent was compensated $350 per hour of my time. In 2016,
Exponent is compensated $375 per hour of my time.

9.      I provided deposition and trial testimony as an expert witness in one litigation
matter: *States v. Fernwood Hotel and Resorts Group*, United States District Court,
Middle District of Pennsylvania, Case No. 3:12-CV-00906; deposition on July 15, 2013;
trial on January 28, 2014.

10.     My curriculum vitae is included as Appendix A.

January 5, 2016

# 3    Information Reviewed and Relied Upon

11.     In developing my opinions for this report, I relied on engineering and scientific principles, my experience and background, available scientific literature on the topic, including specific references listed in Appendix B, and on my review of the information in the sources listed in Appendix B.

January 5, 2016

# 4    Dr. Thomas Read's Opinions in this Matter

12.    Dr. Read opined in his report that "the 1090/1095 model line has a design defect that causes that glass door to shatter of its own accord, without any misuse by the consumer," and "This is a design defect because there should be either more clearance or there should be a protective barrier between the hinge spring and the glass." I disagree with this opinion because there were examples where spring contact did not cause glass fracture, including instances where fracture initiated at the handle, manufacturing variability was the major contributor as to whether or to what degree there was spring contact to the outer glass panel, and the vast majority of the units sold survived well past their expected life without outer glass fracture.[1]

13.    Dr. Read concluded in his report that the three BIMWOs he inspected in their owner's residences – the Dickens, Levy, and Mequet units – all had outer door glass fractures caused by a spring rubbing against the glass. I disagree with this opinion because the fractured glass was not available for fractographic examination to determine whether fracture initiated at the handle, other areas of the glass, or a hinge spring coil, and because there were examples where spring contact did not lead to glass fracture.

14.    Dr. Read opined in his report that one of the BIMWOs he inspected had outer glass fracture initiating at a door handle through-hole (i.e. at a location different than where the hinge springs are located in the door). I agree with this opinion.

15.    Dr. Read opined in his report that three of the BIMWOs he inspected – the Harris, Glass, and Pelfrey units – had fracture origins that were found and were located at a point of mechanical interference between a spring coil and the inner surface of the outer glass. He concluded for these three units that outer door glass fracture was caused by mechanical interference between the spring coil and the glass. I agree with this opinion, but I disagree that such a finding means that there is a common design defect in the four subject BIMWO models. Indeed, each of these units was in service for ten years or more before glass fracture occurred, longer than the BIMWOs' expected life.

16.    Dr. Read testified in deposition for this case that "there are other contributing factors that could cause a variation in contact between the side of the spring and the glass" including "length

---

[1]    The detailed reasons for my agreement or disagreement with Dr. Read's opinions are given in the rest of my declaration. The reasons given in this section are not intended to be exhaustive.

1404447.000 - 7832

January 5, 2016

of the spring, thickness of the base of the bracket...variations in the plastic tube", and "variations in the bracket." He also testified that there was variation in the way the outer glass is set in the channel-shaped bracket along its bottom edge, and that this affected mechanical interference between the spring and glass. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p82-84, p156] I agree with these opinions.

17.     Dr. Read testified in deposition for this case that there was variability in the degree of tempering from unit to unit based on his inspection observations, and that this introduced variability in the glass strength. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p73-77] I agree with this opinion.

18.     Dr. Read testified in deposition for this case that he did not know the usage histories of the units he inspected, and to rule out abnormal consumer use for population of BIMWOs with reported glass fracture he would have to look at the various units. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p101-104] I agree with this opinion.

19.     Dr. Read testified in deposition for this case that in his opinion, eventually the outer glass will break in all units of the subject BIMWO models if the coil wears on the glass. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p157] I disagree with this opinion. Given the variability and uncertainties resulting from the inspection of ten BIMWOs, including evidence of spring-to-glass contact that did not cause glass fracture, as well as instances where fracture initiated at the handle, and the high survival rate and long service life of the population, it would be unreasonable to extrapolate that all instances of spring-to-glass contact would eventually lead to fracture.

January 5, 2016

# 5    BIMWO Inspections

20.     Ten BIMWOs were made available for me to inspect. The BIMWOs were inspected jointly by Dr. Thomas Read, retained by the plaintiffs, and me. The table below lists information about these units, as well as their respective inspection location and date.

**Table 1.    BIMWOs inspected**

| Model | Serial No. | Name[†] | Finish | Location | Date | Observations |
|---|---|---|---|---|---|---|
| JEB1095SB002 | ZA957799S | Glass | Stainless steel | Read, Exponent | 9,10-Jul-2015 | Fracture origin at left spring |
| JEB1095SB002 | TA952733S | Harris | Stainless steel | Read, Exponent | 9,10-Jul-2015 | Fracture origin at left spring |
| ZMC1095SF03 | VH900197B | Fabro | Stainless steel | GE Appliance Park | 13-Aug-2015 | Fracture origin at right handle through-hole |
| ZMC1095SF001 | FG908735S | Pelfrey | Stainless steel | GE Appliance Park | 13-Aug-2015 | Fracture origin at right spring |
| JEB1095WB002 | DG971107S | Knorr | White | GE Appliance Park | 13-Aug-2015 | Glass intact |
| ZMC1095SF02 | GH900070B | | Stainless steel | GE Appliance Park | 13-Aug-2015 | Glass intact |
| JEB1095SB002 | HG900033B | | Stainless steel | GE Appliance Park | 13-Aug-2015 | Glass intact |
| JEB1090BV001 | TR919047S | Dickens | Black | Dickens residence | 9-Sept-2015 | Undetermined fracture origin; missing glass |
| JEB1095WB04 | LH900023B | Levy | White | Levy residence | 28-Sept-2015 | Undetermined fracture origin; missing glass |
| ZMC1095BB001 | LZ900540S | Mequet | Black | Mequet residence | 29-Sept-2015 | Undetermined fracture origin; missing glass |

† Last name of the last known owner of the BIMWO

21.     The ten BIMWOs in Table 1 include three of the four subject model numbers. No ZMC1090 was made available for inspection.

22.     The inspections included examination of the units' externals and oven cavity; removal, disassembly and examination of the door; examination of the hinges; examination of handle components; and examination of the remaining glass. For units with remaining fractured glass, I conducted a fractographic analysis in order to positively identify the fracture origin.

23.     Fractographic analysis, or fractography, has been described as "the science of interpreting the fracture surfaces, the overall breakage patterns, and as much background

1404447.000 - 7832

January 5, 2016

information about the processing, the microstructure and the testing or service conditions as possible." [Quinn, GD, "Fractography of Brittle Materials: Analysis of Fractures in Ceramics and Glasses," Microscopy and Microanalysis, July 2008] Conducting a fractographic analysis requires specific technical expertise, usually including specific education and experience in material fracture.

24.     For a fractured component, fractographic examination of the crack patterns and fracture surfaces, and identification of the fracture origin, are important parts of establishing the cause of component fracture. Several texts and articles on fractography and failure analysis reinforce this point.

> "The topographical surface features of the broken glass and the resulting crack patterns of the reconstructed glass object will accurately, objectively, and faithfully document the history of the glass fracture event." [Bradt, "The Fractography and Crack Patterns of Broken Glass," Journal of Failure Analysis and Prevention, 2011]

> "Fractography, or post-mortem fracture analyses are extremely powerful tools for explaining the sequence of events leading to a failure involving the fracture of an artifact. Those analyses rely on observing Nature's precise and exacting record of the events which occurred during fracture. They can be absolutely relied upon for the truth as to exactly what happened during the fracture process." And "Nature very precisely and accurately records that sequence in the geometry of the macrocrack fracture pattern and in the various topological markings on the newly formed fracture surfaces." And "If large pieces are missing and the fracture origin itself is not available, it may not be possible to recreate the failure sequence in a faithful manner."[Bradt, "Fractography, Some Legal Aspects and Challenges," Key Engineering Materials, v409, 2009]

> "The first rule of fractography is that you must have the glass pieces to work with. As a famous Fractographer once remarked, 'If you do not have the glass, you are just waving your hands!' " [Ropp, Handbook of Glass Fractography, 2008]

1404447.000 - 7832

January 5, 2016

"The key to understanding strength and failure of test specimens and
manufactured parts is identifying the cause of fracture, that is, the fracture origin."
[ASM Handbook, Failure Analysis and Prevention, Vol 11, 2002]

25.    Dr. Read did not conduct a fractographic examination on six of the ten BIMWO units
that he inspected because either the outer glass was not fractured or the fractured glass was not
available for inspection. It would be unreasonable to extrapolate that all fractures were due to
spring contact because there were examples where spring contact did not cause glass fracture.
Yet, without fractography results, and with clear evidence in several units that the mere
presence of witness marks on the spring coil need not correspond to glass fracture initiating at
the spring, Dr. Read concluded that a witness mark on the spring coil is sufficient physical
evidence to assign fracture causality to mechanical interference between the spring coil and
glass. I disagree with his conclusion.

26.    Fractography is an important component of a glass fracture investigation, but cannot
always be relied upon by itself. One should also consider the history of the component and its
service life in developing a more complete understanding of the cause of fracture.

27.    The BIMWO doors on all ten units shared several features, including an outward facing
tempered glass inlay screen through which the handle attaches to the door, and two plates of
glass on the inner side of the door.  The latter two plates of glass are generally referred to in this
report as the "inner" glass.  The outward facing glass inlay screen will be referred to as the
"outer" glass or "screen".  The doors also featured similar spring-loaded hinges at the bottom
left and right corners, allowing the door to open and close by rotation about a horizontal axis; in
other words, they were downward swinging doors.

28.    The BIMWO doors with a stainless steel finish, as indicated in the table above, had a
stainless steel trim piece laminated with a sheet of adhesive to the outer glass. Those units with
a black or white finish did not have a trim piece on the outer glass. All outer glass that was
examined had a black or white glaze on the back surface, forming a wide border around a
central transparent area of the glass.

January 5, 2016

## 5.1  Model JEB1095SB002, S/N ZA957799S

29.     The above referenced unit was a GE Profile model with stainless steel trim, manufactured in December 2001 in Korea, and was inspected at Read's office in Santa Rosa, CA (Figure 1). This unit belonged to Melissa Glass and reportedly had its outer glass fracture approximately 13 years after the unit was manufactured.

30.     The outer glass had fractured and the inner glass plates were not fractured. The outer glass was mostly present, with relatively small areas of fragments absent at corners and edges. The presence of the outer glass allowed for a fractographic examination to identify the fracture origin.

31.     The door was removed from the BIMWO for further inspection and disassembly. In examining the inner surface of the fractured glass, the crack pattern was followed back to the fracture origin near the bottom left corner of the outer glass (Figure 2).

32.     The right hinge and bottom right corner of the glass were also examined. I did not observe evidence of contact between the right hinge spring and the back of the outer glass. There was no observable contact damage to the glaze and no witness mark on the spring (Figure 3).

33.     Fracture initiated where the innermost coil of the left hinge spring contacted the glass. Contact between the outer glass and the left spring generated a witness mark on the innermost coil of the spring (Figure 4). The glass fragments containing the fracture origin were examined using a scanning electron microscope (SEM). Figure 5 shows an SEM image of the fracture surface at the origin. The back surface of the glass can also be seen. The bright layer on the surface of the glass is the glaze. In the SEM, the chemical composition of the glaze was obtained by energy dispersive X-ray analysis (EDS), with the resultant spectrum shown in Figure 6. This EDS spectrum is dominated by silicon, oxygen, lead, and chromium, and is consistent with an inorganic silicate-based glaze.

34.     A high magnification image of the fracture surface at the origin is shown in Figure 7. Taken together, Figure 5 and Figure 7 indicate that damage progressed first through the glaze, and then into the underlying glass until a crack reached a critical depth into the glass, at which point the tensile stresses near the middle of the tempered glass's thickness initiated fracture of the entire panel. The damage pattern is characteristic of tempered glass fracture.

1404447.000 - 7832

January 5, 2016

35.    Prior to fracture of the screen, the crack near the spring contact location advanced in discrete steps, that is, in small increments with pauses in between. Crack arrest lines, arcing features that demarcated these pauses, are present in Figure 7, and were caused by time-varying stresses acting on the glass. Fracture did not occur from a one-time loading event; instead the progressive damage to the glass surface prior to fracture was dictated by the particular history of stresses at the contact location between the left spring coil and glass for this particular unit. Usage history has an effect on the fracture process because it can change the contact between the spring and glass. This unit's history played a role in this particular fracture, and its particular history may have differed from that of other units.

36.    The overall pattern of glass fragmentation in the fractured outer glass provides an indication of the degree of tempering. Figure 8 shows a large area of the glass where different fragment sizes were observed, with sizes of several inches.

37.    I examined the spring position relative to the hinge hardware (Figure 9). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.7 mm (left spring) and 1.9 mm (right spring) relative to the top of the hinge bracket.

38.    Outer glass fracture in Melissa Glass' unit initiated at the left spring contact location approximately 13 years after it was manufactured.

1404447.000 - 7832

12

January 5, 2016



Figure 1.    Model JEB1095SB002, S/N ZA957799S; photographs of the externals and with the door in the open position

January 5, 2016





Figure 2.    Model JEB1095SB002, S/N ZA957799S; top photograph
shows the left hinge spring and the fracture origin of the outer
glass; bottom photograph shows the glass fragments at the
fracture origin

January 5, 2016



Figure 3.        Model JEB1095SB002, S/N ZA957799S; photograph of
                right hinge and corresponding location on outer glass panel



Figure 4.        Model JEB1095SB002, S/N ZA957799S; optical
                micrograph of left hinge spring with evidence of
                contact with the outer glass panel

1404447.000 - 7832

January 5, 2016



Figure 5.    Model JEB1095SB002, S/N ZA957799S; SEM image of fracture origin



Figure 6.    Model JEB1095SB002, S/N ZA957799S; EDS spectrum of the glaze on the back of the outer glass. Major peaks in the spectrum include Si, O, Pb, and Cr.

1404447.000 - 7832

16

January 5, 2016



Figure 7.        Model JEB1095SB002, S/N ZA957799S; SEM
                image showing the fracture surface at the origin.



Figure 8.        Model JEB1095SB002, S/N ZA957799S; photograph
                showing fragments from outer glass fracture

January 5, 2016





Figure 9.    Model JEB1095SB002, S/N ZA957799S; side views of spring and bracket; top photo – left hinge, bottom photo – right hinge

## 5.2   Model JEB1095SB002, S/N TA952733S

39.      The above referenced unit was a GE Profile model with stainless steel trim, manufactured in October 2001 in Korea, and was inspected at Read's office in Santa Rosa, CA (Figure 10). This unit belonged to Lauren Harris but she was not the original owner of the unit and acquired it through her home purchase in 2011, thus we do not know the usage history of this unit prior to 2011. [Deposition Transcript of Lauren Harris, Case No. 3:13-cv-01799 and Case No. 3:15-cv-00857, August 20, 2015; p75] This unit reportedly had its outer glass fracture approximately 13 years after the unit was manufactured.

40.      The outer glass had fractured and the inner glass plates were not fractured. The outer glass was mostly present, with relatively small areas of fragments absent at corners and edges. The presence of the outer glass allowed me to conduct a fractographic examination to identify the fracture origin.

41.      The door was removed from the BIMWO for further inspection and disassembly. In examining the inner surface of the fractured glass, the crack pattern was followed back to the fracture origin near the bottom left corner of the outer glass (Figure 11).

42.      The right hinge and bottom right corner of the glass were also examined. I did not observe evidence of contact between the right hinge spring and the back of the outer glass. There was no observable contact damage to the glaze and no witness mark on the spring (Figure 12).

43.      Fracture initiated where the innermost coil of the left hinge spring contacted the glass. Contact between the outer glass and the left spring generated a witness mark on the innermost coil of the spring (Figure 13). The glass fragments containing the fracture origin were examined using an optical microscope and SEM. Figure 14 shows damage to the back surface of the screen at the fracture origin and two glass fragments at the origin that were removed for further examination.

44.      Figure 15 shows microscope images of the fracture surface at the origin. In the SEM image, the back surface of the glass can also be seen. The bright layer on the surface of the glass is the glaze. In the SEM, the chemical composition of the glaze was obtained by energy dispersive X-ray analysis (EDS), with the resultant spectrum shown in Figure 16. This EDS

1404447.000 - 7832

January 5, 2016

spectrum is dominated by silicon, oxygen, lead, and chromium, and is consistent with an inorganic silicate-based glaze.

45.    The microscope images of the fracture surface at the origin (Figure 15) indicate that damage progressed first through the glaze, and then into the underlying glass until a crack reached a critical depth into the glass, at which point the tensile stresses near the middle of the tempered glass's thickness initiated fracture of the entire panel. The damage pattern is characteristic of tempered glass fracture.

46.    Prior to fracture of the screen, the crack near the spring contact location advanced in discrete steps, that is, in small increments with pauses in between. Crack arrest lines, arcing features that demarcated these pauses, are present in Figure 15, and were caused by time-varying stresses acting on the glass. Fracture did not occur from a one-time loading event; instead the progressive damage to the glass surface prior to fracture was dictated by the particular history of stresses at the contact location between the left spring coil and glass for this particular unit. Descriptions of this type of fracture surface feature and of progressive damage dependent on details of contact and stresses are reported in several technical sources on glass fracture. [Quinn ,GD. Fractography of Ceramics and Glass, 2007; Lawn, BD. Fracture of Brittle Solids, 1993]

47.    The overall pattern of glass fragmentation in the fractured outer glass provides an indication of the degree of tempering. Figure 17 shows a large area of the glass where different fragment sizes were observed, with sizes of several inches.

48.    I examined the spring position relative to the hinge hardware (Figure 18). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.4 mm (left spring) and 1.7 mm (right spring) relative to the top of the hinge bracket.

49.    Outer glass fracture in Lauren Harris' unit initiated at the left spring contact location approximately 13 years after it was manufactured.

January 5, 2016



Figure 10.    Model JEB1095SB002, S/N TA952733S; photographs of the externals
and with the door in the open position



Figure 11.    Model JEB1095SB002, S/N TA952733S; photograph of left
hinge spring and the fracture origin of the outer glass

January 5, 2016



Figure 12.    Model JEB1095SB002, S/N TA952733S; photograph of right hinge and corresponding location on outer glass panel



Figure 13.    Model JEB1095SB002, S/N TA952733S; photograph of left hinge spring with evidence of contact with the outer glass panel

1404447.000 - 7832

January 5, 2016





Figure 14.    Model JEB1095SB002, S/N TA952733S; top photo – fracture origin on the outer glass panel at location of spring contact; bottom photo – glass fragments containing the fracture origin

1404447.000 - 7832

January 5, 2016



Figure 15.    Model JEB1095SB002, S/N TA952733S; top image is an optical micrograph of the fracture surface at the origin; bottom image is an SEM image of the fracture surface at the origin.

1404447.000 - 7832

24

January 5, 2016



Figure 16.    Model JEB1095SB002, S/N TA952733S; EDS spectrum of the glaze on the back of the outer glass. Major peaks in the spectrum include Si, O, Pb, and Cr.



Figure 17.    Model JEB1095SB002, S/N TA952733S; photograph showing fragments from outer door glass fracture

January 5, 2016



Figure 18.    Model JEB1095SB002, S/N TA952733S; side views of
spring and bracket; top photo – left hinge, bottom photo –
right hinge

## 5.3   Model ZMC1095SF03, S/N VH900197B

50.      The above referenced unit was a GE Monogram model with stainless steel trim, manufactured in November 2005 in Malaysia, and inspected at GE Appliance Park in Louisville, KY (Figure 19). This unit belonged to Dean Fabro and reportedly had its outer glass fracture approximately 8 years after the unit was manufactured.

51.      The outer glass had fractured and the inner glass plates were not fractured. The outer glass was mostly present, with relatively small areas of fragments absent at corners and edges. The presence of the outer glass allowed me to conduct a fractographic examination to identify the fracture origin.

52.      The door was removed from the BIMWO for further inspection and disassembly. In examining the inner surface of the fractured glass, the crack pattern was followed back to the fracture origin near the right handle attachment location of the outer glass (Figure 20). Fracture of the outer glass in this unit initiated due to elevated stresses in the glass where the right end of the handle attaches to the door. I agree with Dr. Read that glass fracture in this unit was unrelated to either hinge spring.

53.      Each end of the door handle attaches to the door by a screw and a bracket (Figure 21). The screw went through a hole in the screen. Plastic washers and a sleeve were on the metal screw. The sleeve was intended to act as a spacer between the screw threads and the edges of the hole. As seen in Figure 21, the sleeve has an irregular shape along its end

54.      I examined the hinges and adjacent areas of the glass and observed evidence of contact between the each hinge spring and the back of the outer glass panel (Figure 22 and Figure 23). Contact between the outer glass and the innermost coil of each spring generated a witness mark on those particular spring coils in this unit. Those coil marks distract from the actual fracture origin – the right handle attachment location in this case – and in the absence of a fractographic examination, it would have been speculative to conclude that a spring coil was causal to the outer glass fracture.

55.      The overall pattern of glass fragmentation in the fractured outer glass provides an indication of the degree of tempering. Figure 24 shows a representative large area of the glass where relatively uniform fragment sizes were observed, with sizes less than one inch.

January 5, 2016

56.     I examined the spring position relative to the hinge hardware (Figure 25). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.3 mm (left spring) and 1.0 mm (right spring) relative to the top of the hinge bracket.

57.     Outer glass fracture in Dean Fabro's unit initiated at the right handle through-hole, unrelated to either hinge, approximately 8 years after it was manufactured.



Figure 19.     Model ZMC1095SF03, S/N VH900197B; photographs of the externals and with the door in the open position

January 5, 2016



Figure 20.    Model ZMC1095SF03, S/N VH900197B; photograph of the glass and metal trim at the right handle attachment location where fracture initiated

January 5, 2016





Figure 21.    Model ZMC1095SF03, S/N VH900197B; photographs of
the handle attachment screw (top) and the plastic washer
and sleeve (bottom)

January 5, 2016



Figure 22.    Model ZMC1095SF03, S/N VH900197B; photographs of left and right hinges and corresponding locations on outer glass panel



Figure 23.    Model ZMC1095SF03, S/N VH900197B; photographs of the outer glass panel at locations corresponding to left and right spring contact

January 5, 2016



Figure 24.    Model ZMC1095SF03, S/N VH900197B; photograph showing
fragments from outer door glass fracture

January 5, 2016



Figure 25.    Model ZMC1095SF03, S/N VH900197B; side views of spring and bracket; upper photo – left hinge, lower photo – right hinge

January 5, 2016

## 5.4  Model ZMC1095SF001, S/N FG908735S

58.     The above referenced unit was a GE Monogram model with stainless steel trim, manufactured in March 2004 in Korea, and inspected at GE Appliance Park in Louisville, KY (Figure 26). This unit belonged to Kevin Pelfrey and reportedly had its outer glass fracture approximately 10 years after the unit was manufactured.

59.     The outer glass had fractured and the inner glass plates were not fractured. The outer glass was mostly present, with relatively small areas of fragments absent at corners and edges. The presence of the outer glass allowed me to conduct a fractographic examination to identify the fracture origin.

60.     The door was removed from the BIMWO for further inspection and disassembly. In examining the inner surface of the fractured glass, the crack pattern was followed back to the fracture origin near the bottom right corner of the outer glass (Figure 27).

61.     Fracture initiated where the innermost coil of the right hinge spring contacted the glass. Contact between the outer glass and the right spring generated a witness mark on the innermost coil of the spring, shown in Figure 28. That figure also shows that the plastic sleeve around the shaft does not extend to the end of the innermost spring coil. Figure 29 shows damage to the back surface of the screen at the fracture origin and two glass fragments at the origin that were removed for further examination. The glass fragments containing the fracture origin were examined using an optical microscope.

62.     The microscopic examination of the fracture surface at the origin (Figure 30) indicated that damage progressed first through the glaze, and then into the underlying glass until a crack reached a critical depth into the glass, at which point the tensile stresses near the middle of the tempered glass's thickness initiated fracture of the entire panel. The damage pattern is characteristic of tempered glass fracture.

63.     Prior to fracture of the screen, the crack near the right spring contact location advanced in discrete steps, that is, in small increments with pauses in between. Crack arrest lines, arcing features that demarcated these pauses, are present in Figure 30, and were caused by time-varying stresses acting on the glass. These are not to be confused with Wallner lines, also seen on the fracture surface, which are due to elastic strain waves that interacted with the advancing crack front during fracture. Fracture did not occur from a one-time loading event; instead the

January 5, 2016

progressive damage to the glass surface prior to fracture was dictated by the particular history of stresses at the contact location between the right spring coil and glass for this particular unit.

64. I examined the left hinge and bottom left corner of the glass. I did not observe evidence of contact between the left hinge spring and the back of the outer glass. There was no observable contact damage to the glaze and no witness mark on the spring (Figure 31).

65. The overall pattern of glass fragmentation in the fractured outer glass provides an indication of the degree of tempering. Figure 32 shows a large area of the glass where relatively uniform fragment sizes were observed, with sizes approximately one inch or smaller.

66. The right hinge was removed from the door for further examination. A photograph of the innermost end of the right hinge assembly is shown in Figure 33. At this end the shaft is retained in the bracket by passing through a hole in the bracket, and in this case the hole is non-circular and elongated in the direction facing the outer glass. The shaft, which affects the spring's position, can move relative to the outer glass due to the shape of the hole in this particular bracket.

67. I examined the spring position relative to the hinge hardware (Figure 34). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.5 mm (left spring) and 2.6 mm (right spring) relative to the top of the hinge bracket.

68. Outer glass fracture in this unit initiated at the right spring contact location approximately 10 years after it was manufactured.

January 5, 2016



Figure 26.    Model ZMC1095SF001, S/N FG908735S; photographs of the externals and with the door in the open position



Figure 27.    Model ZMC1095SF001, S/N FG908735S; photograph of right hinge spring and the fracture origin of the outer glass

1404447.000 - 7832

36

January 5, 2016



Figure 28.    Model ZMC1095SF001, S/N FG908735S; photograph of right hinge spring with evidence of contact with the outer glass panel



Figure 29.    Model ZMC1095SF001, S/N FG908735S; fracture origin on the outer glass panel at location of spring contact

January 5, 2016





Figure 30.    Model ZMC1095SF001, S/N FG908735S; optical micrographs of the mating fracture surfaces at the origin

January 5, 2016



Figure 31.    Model ZMC1095SF001, S/N FG908735S;
photograph of left hinge and corresponding location
on the outer glass panel

1404447.000 - 7832

January 5, 2016



Figure 32.    Model ZMC1095SF001, S/N FG908735S; photograph
showing fragments from outer door glass fracture



Figure 33.    Model ZMC1095SF001, S/N FG908735S; photograph of
right hinge, showing the bracket, shaft, and spring end; the
spring is fully unloaded in this image

January 5, 2016



Figure 34.    Model ZMC1095SF001, S/N FG908735S; side views of spring and bracket; top photo – left hinge, bottom photo – right hinge

January 5, 2016

## 5.5   Model JEB1095WB002, S/N DG971107S

69.      The above referenced unit was a white GE Profile model, manufactured in February 2004 in Korea, and inspected at GE Appliance Park in Louisville, KY (Figure 35). This unit belonged to Royce Knorr and was later returned to GE. GE conducted testing on this unit to investigate repeat claims that its outer glass fractured.

70.      All three pieces of door glass were present in this unit. Neither the outer glass nor the two inner glass plates were fractured. The door was removed from the BIMWO for further inspection and disassembly.

71.      I examined the left hinge and bottom left corner of the glass (Figure 36). Contact between the outer glass and the left spring generated a witness mark on the innermost coil of the spring and on the glaze on back of the outer glass at the corresponding location (Figure 37).

72.      I examined the right hinge and bottom right corner of the glass. I did not observe evidence of contact between the right hinge spring and the back of the outer glass. There was no observable contact damage to the glaze and no witness mark on the spring (Figure 38).

73.      I examined the spring position relative to the hinge hardware (Figure 39). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.0 mm (left spring) and 1.3 mm (right spring) relative to the top of the hinge bracket.

74.      A photograph of the innermost end of the right hinge assembly is shown in Figure 40. At this end the shaft was retained in the bracket by passing through a hole in the bracket, and in this case the hole did not appear elongated in the direction facing the outer glass, unlike the unit shown in Figure 33.

75.      The hardware that attached the door handle to the door was removed for examination. The hardware in this particular unit did not include plastic washers between the bracket and the glass and the length of the plastic sleeves varies for the two screws (Figure 41). Variability in the hardware from unit to unit can be expected to affect stresses transmitted from the handle to the glass at the handle attachment locations.

January 5, 2016

76.     The outer glass inspected in this unit had not fractured and significant variability in the degree of spring contact to the glass panel was found for the two hinges – no contact by the right spring and very slight contact to the glaze by the left spring.



Figure 35.     Model JEB1095WB002, S/N DG971107S; photographs of the externals and with the door in the open position

January 5, 2016



Figure 36.    Model JEB1095WB002, S/N DG971107S; photograph of
left hinge spring and corresponding location on the outer
glass

January 5, 2016



Figure 37.    Model JEB1095WB002, S/N DG971107S; top photograph
– mark on glaze coating on the outer glass panel from
contact with the spring; bottom photograph – evidence on
spring surface of contact with the door's outer glass panel

January 5, 2016





Figure 38.    Model JEB1095WB002, S/N DG971107S; photographs of right hinge spring and corresponding location on the outer glass

1404447.000 - 7832

46

January 5, 2016



Figure 39.    Model JEB1095WB002, S/N DG971107S; side views of
spring and bracket; top photo – left hinge, bottom photo –
right hinge

January 5, 2016



Figure 40.     Model JEB1095WB002, S/N DG971107S; photograph of
the innermost end of the left hinge hardware



Figure 41.     Model JEB1095WB002, S/N DG971107S; photographs of the handle
attachment screw and bracket for the left and right ends of the handle,
respectively

January 5, 2016

## 5.6    Model ZMC1095SF02, S/N GH900070B

77.    The above referenced unit was a GE Monogram model with stainless steel trim, manufactured in April 2005 in Malaysia, and inspected at GE Appliance Park in Louisville, KY (Figure 42). This unit reportedly was in GE's warehouse and had not been used by a consumer.

78.    All three pieces of door glass were present in this unit. Neither the outer glass nor the two inner glass plates were fractured. The door was removed from the BIMWO for further inspection and disassembly.

79.    I examined both door hinges and the corresponding areas near the bottom corners of the glass (Figure 43). I observed evidence of contact between the right hinge spring and the back of the outer glass. There was a small witness mark on the glaze on back of the outer glass and on the surface of the innermost spring coil (Figure 44). Figure 44 also shows that the plastic sleeve around the shaft does not extend to the end of the innermost spring coil. I also observed evidence of contact between the left hinge spring and the back of the outer glass, though noticeably less pronounced compared to the right hinge. Contact at the left hinge spring location was relatively light, as seen by the faint witness mark on the glaze and lack of an apparent corresponding mark on the spring coil (Figure 45).

80.    I examined the spring position relative to the hinge hardware (Figure 46). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 0.9 mm (left spring) and 1.5 mm (right spring) relative to the top of the hinge bracket.

81.    The hardware that attached the door handle to the door was removed for examination. The hardware in this particular unit included two plastic washers between the bracket and the glass and no plastic sleeves around the screw threads (Figure 47). Variability in the hardware from unit to unit can be expected to affect stresses transmitted from the handle to the glass at the handle attachment locations.

82.    The outer glass inspected in this unit had not fractured and significant variability in the degree of spring contact to the glass panel was found for the two hinges – very slight contact by the right spring and even less contact to the glaze by the left spring.

January 5, 2016



Figure 42.    Model ZMC1095SF02, S/N GH900070B; photographs of the externals and
with the door in the open position



Figure 43.    Model ZMC1095SF02, S/N GH900070B; photographs of left and
right hinges and corresponding locations on outer glass panel

1404447.000 - 7832

January 5, 2016



Figure 44.    Model ZMC1095SF02, S/N GH900070B; photographs of contact location between right hinge spring and outer glass panel



Figure 45.    Model ZMC1095SF02, S/N GH900070B; photographs of contact location between left hinge spring and outer glass panel

January 5, 2016





Figure 46.    Model ZMC1095SF02, S/N GH900070B; side views of
spring and bracket; top photo – left hinge, bottom photo –
right hinge

January 5, 2016





Figure 47.    Model ZMC1095SF02, S/N GH900070B; photographs of the handle attachment hardware for the left (top photo) and right (bottom photo) ends of the handle

## 5.7   Model JEB1095SB002, S/N HG900033B

83.    The above referenced unit was a GE Profile model with stainless steel trim, manufactured in May 2004 in Malaysia, and inspected at GE Appliance Park in Louisville, KY (Figure 48). No information regarding ownership of this unit was provided to me, thus I do not

January 5, 2016

know the history of usage for this unit. The stains and debris on the unit suggested that it had seen use.

84.      All three pieces of door glass were present in this unit. Neither the outer glass nor the two inner glass plates were fractured. The door was removed from the BIMWO for further inspection and disassembly.

85.      I examined both door hinges and the corresponding areas near the bottom corners of the glass (Figure 49). I observed evidence of contact between the right hinge spring and the back of the outer glass. There was a small witness mark on the glaze on back of the outer glass and on the surface of the innermost spring coil (Figure 50). Contact at the right hinge spring location was relatively light, as seen by the faint witness mark on the glaze and corresponding mark on the spring coil. I also observed evidence of contact between the left hinge spring and the back of the outer glass, though more pronounced compared to the right hinge (Figure 51). Figure 50 and Figure 51 also show that the plastic sleeves around the shafts do not extend past the end of the innermost spring coil for both the left and the right hinges in this particular unit.

86.      I examined the spring position relative to the hinge hardware (Figure 52). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.7 mm (left spring) and 1.4 mm (right spring) relative to the top of the hinge bracket.

87.      A photograph of the innermost end of the left hinge assembly is shown in Figure 53. At this end the shaft is retained in the bracket by passing through a hole in the bracket, and in this case the hole is non-circular and somewhat elongated – note the crescent shaped opening between the lower portion of the shaft and the bracket in Figure 53. The shaft, which affects the spring's position, can move relative to the outer glass due to the shape of the hole in this particular bracket.

88.      The outer glass inspected in this unit had not fractured and significant variability in the degree of spring contact to the glass panel was found for the two hinges – very light contact by the right spring and slightly more contact to the glaze by the left spring.

January 5, 2016



Figure 48.    Model JEB1095SB002, S/N HG900033B; photographs of the externals and with the door in the open position



Figure 49.    Model JEB1095SB002, S/N HG900033B; photographs of left and right hinges and corresponding locations on outer glass panel

1404447.000 - 7832

January 5, 2016



Figure 50.    Model JEB1095SB002, S/N HG900033B; photographs of contact location between right hinge spring and outer glass panel



Figure 51.    Model JEB1095SB002, S/N HG900033B; photographs of contact location between left hinge spring and outer glass panel

January 5, 2016





Figure 52.    Model JEB1095SB002, S/N HG900033B; side views of spring and bracket; top photo – left hinge, bottom photo – right hinge

1404447.000 - 7832

January 5, 2016



Figure 53.    Model JEB1095SB002, S/N HG900033B; photograph of left
hinge spring and associated hardware

## 5.8   Model JEB1090BV001, S/N TR919047S

89.    The above referenced unit was a black GE Profile model, manufactured in October 1996
in Korea, and was inspected at the home of the consumer, David Dickens, in Point Pleasant,
WV (Figure 54).

90.    The outer glass was absent from the door and not available for inspection, with the
exception of a few remaining fragments of glass at the handle attachment locations. The inner
glass plates were present in the door assembly and had not fractured. The door was removed
from the BIMWO for further inspection and disassembly.

91.    I examined both door hinges (Figure 55). I observed a witness mark on the surface of the
innermost spring coil of each hinge spring. These witness marks were similar to those produced
by contact between the spring and the outer glass panel observed on some of the other doors that
were inspected. However, the glass fracture could not have originated simultaneously on both
springs; therefore, one or both of the spring coils with contact marks did not cause failure of the

1404447.000 - 7832

58

outer glass. The plastic sleeves around the shafts in the hinge assembly extend past the end of the innermost spring coil for both the left and the right hinges in this particular unit.

92.      Nearly none of the glass was available for fractographic examination to identify where the outer glass fracture initiated in this particular unit. There were a few fragments remaining at the door handle attachment locations, as seen in Figure 57. In this case, I examined the remaining glass at those two locations and did not observe a fracture origin in what remained. A portion of the glass was missing and unavailable for examination around the left handle attachment screw hole. I did not locate the fracture origin of the outer glass for this unit.

93.      I examined the spring position relative to the hinge hardware (Figure 57). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.8 mm (left spring) and 1.9 mm (right spring) relative to the top of the hinge bracket.

94.      Because the fracture origin was not identified, and considering the evidence of other causes of glass fracture, the cause of outer glass fracture for this unit was undetermined. David Dickens' BIMWO had a service life of more than 18 years by 2015 when Mr. Dickens contacted GE to inquire about replacing the broken glass. [GEDOOR-000327]



Figure 54.      Model JEB1090BV001, S/N TR919047S; photographs of the externals and with the door in the open position

1404447.000 - 7832

January 5, 2016





Figure 55.    Model JEB1090BV001, S/N TR919047S; photographs of
the left (top photo) and right (bottom photo) hinges

January 5, 2016





Figure 56.    Model JEB1090BV001, S/N TR919047S; photographs of the left (top photo) and right (bottom photo) hinges with evidence of contact with the outer glass panel surface

January 5, 2016



Figure 57.    Model JEB1090BV001, S/N TR919047S; photographs showing the
glass remnants at the left and right handle attachment points

January 5, 2016



Figure 58.    Model JEB1090BV001, S/N TR919047S; side views of spring and bracket; top photo – left hinge, bottom photo – right hinge

January 5, 2016

## 5.9  Model JEB1095WB04, S/N LH900023B

95.    The above referenced unit was a white GE Profile model, manufactured in June 2005 in Malaysia, and was inspected at the home of the consumer, Daniel Levy, in Carlsbad, CA (Figure 59). This unit reportedly had its outer glass fracture approximately 10 years after the unit was manufactured.

96.    The outer glass was absent from the door and not available for inspection. The inner glass plates were present in the door assembly and had not fractured. The door was removed from the BIMWO for further inspection and disassembly.

97.    I examined both door hinges (Figure 60). I observed a witness mark on the surface of the innermost spring coil of the right hinge spring (Figure 61). This witness mark was similar to those produced by contact between the spring and the outer glass panel observed on some of the other doors that were inspected. The left hinge spring did not have a witness mark on the spring coil in this particular unit (Figure 61). In comparing the left and right hinge assemblies, the plastic sleeve around the spring's central shaft terminates at different positions in this unit (Figure 61). The right spring's shaft had a smaller diameter at the last spring coil, likely because of wear. Variability in the shaft diameter can affect the radial displacement of the spring coils.

98.    Photographs of the innermost end of the two hinge assemblies are shown in Figure 62. At this end the shaft is retained in the bracket by passing through a hole in the bracket. For this unit, the photographs show a difference in hole shape for the two hinges – note the crescent shaped opening between the shaft and the bracket for the right hinge compared to the left hinge. The shaft, which affects the spring's position, can move relative to the outer glass due to the shape of the hole, which differs in the right hinge versus the left hinge in this unit's door.

99.    None of the glass was available for fractographic examination to identify the where outer glass fracture initiated in this particular unit. No glass fragments remained at the door handle attachment locations, as seen in Figure 63. Dr. Read, in his report, stated that "the only remaining glass was under the handle." His statement is inconsistent with the inspection observations – see Figure 63. One small, relatively equiaxed fragment of glass was resting beneath the door on the bottom edge of the BIMWO's external white trim around the front of the unit (i.e. not the door). This fragment did not contain the fracture origin. I did not locate the fracture origin of the outer glass for this unit.

January 5, 2016

100.    I examined the spring position relative to the hinge hardware (Figure 64). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.8 mm (left spring; approximately 1.0 mm, with respect to the bracket edge) and 3.4 mm (right spring) relative to the edge of the black door enclosure.

101.    Because the fracture origin was not identified, and considering the evidence of other causes of glass fracture, the cause of outer glass fracture for this unit was undetermined. Daniel Levy's BIMWO had a service life of almost 10 years when the outer glass fractured.



Figure 59.    Model JEB1095WB04, S/N LH900023B; photographs of the externals and with the door in the open position

January 5, 2016





Figure 60.    Model JEB1095WB04, S/N LH900023B; photographs of
the left (top photo) and right (bottom photo) hinges

January 5, 2016





Figure 61.    Model JEB1095WB04, S/N LH900023B; photographs of
the left (top photo) and right (bottom photo) hinges at
innermost coil location

January 5, 2016





Figure 62.    Model JEB1095WB04, S/N LH900023B; photographs of
the innermost end of the right (top photo) and left (bottom
photo) hinge hardware

1404447.000 - 7832

68

January 5, 2016



Figure 63.    Model JEB1095WB04, S/N LH900023B; photographs showing the
absence of glass remnants at the left and right handle attachment points

January 5, 2016



Figure 64.    Model JEB1095WB04, S/N LH900023B; side views of
spring and bracket; top photo – left hinge, bottom photo –
right hinge

January 5, 2016

## 5.10 Model ZMC1095BB001, S/N LZ900540S

102.    The above referenced unit was a black GE Monogram model, manufactured in June 2000 in Korea, and inspected at the home of David Mequet in Dallas, TX (Figure 65). This unit belonged to David Mequet. He was not the original owner of the unit and had acquired it through his home purchase in 2013, thus I do not know the usage history of this unit prior to 2013. [Deposition Transcript of David Mequet, Case No. 3:13-cv-01799, September 23, 2015; p38 and p58] This unit reportedly had its outer glass fracture approximately 15 years after the unit was manufactured.

103.    The outer glass was absent from the door and not available for inspection, with the exception of a few remaining fragments of glass at the handle attachment locations (Figure 66). The inner glass plates were present in the door assembly and had not fractured. The door was removed from the BIMWO for further inspection and disassembly.

104.    Nearly none of the glass was available for fractographic examination to identify where the outer glass fracture initiated in this particular unit. There were a few fragments remaining at the door handle attachment locations, as seen in Figure 66. In this case, I examined the remaining glass at those two locations and did not observe a fracture origin in what remained. A portion of the glass was missing and unavailable for examination around both the left and the right handle attachment screw holes. I did not locate the fracture origin of the outer glass for this unit.

105.    I examined both door hinges of this unit (Figure 67 and Figure 68). I observed a witness mark on the surface of the innermost spring coil of each hinge spring, and there was a notable difference in the size of the marks on the two springs. These witness marks were similar to those produced by contact between the spring and the outer glass panel observed on some of the other doors that were inspected. The witness mark on the right hinge spring was very faint compared to that on the left spring in this particular unit. In comparing the left and right hinge assemblies in Mr. Mequet's appliance, the plastic sleeve around each spring's shaft extended past the innermost coil but terminates at slightly different positions with respect to the end of the bracket.

106.    Photographs of the innermost end of the two hinge assemblies are shown in Figure 69. At this end the shaft is retained in the bracket by passing through a hole in the bracket. For this

January 5, 2016

unit, the hole shape for the two hinges did not appear elongated compared to its appearance in the hinge brackets of some of the other units that I inspected.

107.     I examined the spring position relative to the hinge hardware (Figure 70). In this unit, the spring coils furthest from the bottom corners of the door, i.e. the innermost coils, were displaced in the direction of the outer glass. For comparison purposes, they appeared to be displaced approximately 1.6 mm (left spring) and 1.5 mm (right spring) relative to the top of the hinge bracket.

108.     Because the fracture origin was not identified, and considering the evidence of other causes of glass fracture, the cause of outer glass fracture for this unit was undetermined. David Mequet's BIMWO had a service life of almost 15 years when the outer glass fractured.



Figure 65.     Model ZMC1095BB001, S/N LZ900540S; photographs of the externals and with the door in the open position

January 5, 2016



Figure 66.    Model ZMC1095BB001, S/N LZ900540S; photographs showing the glass
remnants at the left and right handle attachment points

January 5, 2016





Figure 67.    Model ZMC1095BB001, S/N LZ900540S; photographs of
the left (top photo) and right (bottom photo) hinges

January 5, 2016





Figure 68.    Model ZMC1095BB001, S/N LZ900540S; photographs of
the left (top photo) and right (bottom photo) hinges at
innermost coil location

January 5, 2016





Figure 69.    Model ZMC1095BB001, S/N LZ900540S; photographs of the innermost end of the right (top photo) and left (bottom photo) hinge hardware

January 5, 2016



Figure 70.     Model ZMC1095BB001, S/N LZ900540S; side views of
spring and bracket; top photo – left hinge, bottom photo –
right hinge

January 5, 2016

## 5.11  Replacement Outer Glass Panel at Mequet Residence

109.    During the BIMWO inspection at David Mequet's residence, Mr. Mequet provided for inspection a replacement outer glass panel he received after reporting to GE that the outer glass in his appliance had shattered.

110.    The replacement panel was in a previously opened cardboard box, which was shipped to Mr. Mequet from a parts distribution center operated by Legacy SCS in Indiana, as indicated on the shipping label (Figure 71).

111.    Mr. Mequet indicated that when he first unpackaged the replacement glass from its box, he saw that it was fractured. He had repackaged it in its original shipping materials and stored it at his house. He presented it in this state for me to inspect.

112.    The inside and outside of the replacement outer glass panel are shown in Figure 72 and Figure 73. The glass fractured into many fragments, with sizes up to several inches long in some instances. The fracture pattern was consistent with fracture of tempered glass.

113.    The panel included a stainless steel trim piece laminated onto the glass by an adhesive layer. Circular marks encompassing the handle attachment holes (Figure 74) suggested a handle had been attached to this panel. Along the bottom edge of the stainless steel trim piece, a witness mark on the steel, parallel to and near the bottom edge of the trim, suggested that this outer glass panel had been secured with the bracket that attaches the bottom edge of the outer glass to the door enclosure.

114.    I examined the fractured glass in the replacement panel. In examining the inner surface of the fractured glass, the crack pattern was followed back to the fracture origin near the left handle attachment location of the outer glass (Figure 75). Fracture of the outer glass in this panel initiated due to elevated stresses in the glass left through-hole for handle attachment. Glass fracture in Mr. Mequet's replacement outer glass panel was unrelated to a hinge spring.

January 5, 2016



Figure 71.    Photographs of the labels on the outside of the shipping box
              containing the replacement outer door glass panel



Figure 72.    Photograph of the back of the replacement glass panel,
              showing the fractured glass

January 5, 2016



Figure 73.    Photograph of the front of the replacement glass panel, with stainless steel trim



Figure 74.    Photographs of the front of the replacement glass panel; left photo – through-hole for the handle attachment at left corner; right photo – bottom edge of panel showing a witness mark near and parallel to the bottom edge of the trim piece

1404447.000 - 7832

January 5, 2016



Figure 75.    Photograph of the fracture origin at the left handle
attachment location

January 5, 2016

# 6    Analysis

## 6.1    Six BIMWOs inspected did not have an identifiable fracture origin

115.    Six BIMWOs that were inspected did not have an identifiable fracture origin. In three of these, the outer glass panel had not fractured[2], and the remaining three[3] were missing the vast majority of their outer glass at the time of the inspections. For the three units missing most of their outer glass, the fracture origin location could not be substantiated. The only portions of the outer glass that could be excluded from fracture initiation were the few fragments retained at the handle attachment holes in two of the three units. Even so, not all of the glass bordering the holes was available to be inspected, so the fracture may have initiated within the missing glass fragments at the handle through-holes. It would be unreasonable to conclude that all fractures were due to spring contact because there were examples where spring contact did not cause glass fracture. Yet, without fractography results, and with clear evidence in several units that the mere presence of witness marks on the spring coil need not correspond to glass fracture initiating at the spring, Dr. Read concluded that a witness mark on the spring coil is sufficient physical evidence to assign fracture causality to mechanical interference between the spring coil and glass. Dr. Read in his deposition testimony conceded to the importance of identifying the fracture origin in establishing root cause. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p164] Given the variability and uncertainties resulting from the inspection of ten BIMWOs, one cannot conclude to a reasonable degree of engineering and scientific certainty that outer glass fracture in the six units with undetermined fracture origins or with intact glass resulted from mechanical interference between the spring and glass.

## 6.2    Two distinct fracture origin types were found in 5 outer glass panels

116.    The fracture origin was identified in each of the fractured outer glass panels that were examined during the aforementioned inspections, five panels in total. The fractured panels

---

[2] Knorr unit, unit ZMC1095SF02 S/N GH900070B, and unit JEB1095SB002 S/N HG900033B

[3] Dickens, Levy, and Mequet units

consisted of four that were each attached to a BIMWO at the time of the inspections, and one that was an isolated component – Mr. Mequet's replacement screen. Of the five total fracture origins, three were located where a hinge spring contacted the glass and two were located at a handle through-hole. There are many potential locations where outer glass fracture can initiate, and the inspection findings of two distinctly different origin locations – spring contact location and handle through-hole – support that opinion with reliable physical evidence.

## 6.3    Variation in spring coil contact to glass

117.    It is evident from the hinge assembly that dimensional variability at many different parts of the assembly can each affect the amount of clearance between the spring coil and the surface of the outer glass panel. Dr. Read agreed in his deposition testimony that variability in the hinge assembly affects contact between the spring coil and the outer glass, and I agree with him on that point. Some examples of sources of spring contact variability include, but are not limited to, the position of the outer glass with respect to the door, the spring diameter, the diameter of the spring's central shaft, the position and shape of the hole connecting the spring's shaft to the hinge bracket, the thickness of the plastic sleeve and its position relative to the spring, and the hinge bracket dimensions. As shown in the inspection results, there was variability in the radial position of the spring coil towards the door's outer glass. For example, my comparative measurements of spring coil displacement in the units I inspected showed a range of approximately 0.9 mm to 2.6 mm of radial displacement past the spring bracket. There was also variability in the position of the plastic sleeve with respect to the spring coils. The presence or absence of the plastic sleeve at the innermost spring coil affects the spring coil's radial position, thus affecting the stresses in the glass. There was variability in the diameter of the spring's shaft at the innermost coil because of wear of the shaft.  The diameter of the shaft at the innermost coil affects the spring's radial position, and thus the extent of mechanical interference between it and the outer glass. This variability contributed to unit to unit differences in the contact stresses should the spring coil touch the outer glass.

118.    In the BIMWOs that were inspected, evidence was found that some hinge spring coils contacted the outer glass panel. Of the hinge springs that made contact with the outer glass panel, there were instances where the glass fracture origin was at the coil contact location, instances where contact had occurred but did not initiate outer glass fracture, and instances

January 5, 2016

where the outer glass fracture origin was completely unrelated to the coil contact location. The extent of marking on the outer glass panel at the contact location varied among those units where coil contact had occurred. Other instances were found where the glaze coating the back of the glass was marked from the contact. Yet other instances occurred where the contact had worn through the glaze and damaged the glass surface. Lastly, several instances were found where one hinge spring did not contact the outer glass panel sufficiently, if at all, to produce an observable witness mark on either the glaze or the spring coils. I concluded that the details of contact damage created from the outer glass contacting the spring coil vary significantly from unit to unit, as supported by these observations.

119.    Glass is not highly resistant to fracture, owing to its relatively low fracture toughness. It is brittle and susceptible to failure through fracture. Its low fracture toughness makes glass susceptible to strength degradation because of surface damage. Glass articles can have surface damage due to processing, and can accumulate damage during life after processing. However, the mere presence of contact, marking, or damage does not necessarily lead to glass fracture. Glass strength is a statistically distributed quantity, a random variable. Whether and when glass fractures varies, and the susceptibility of glass to strength degradation for a given damage scenario varies with additional factors, for example surface stresses in the glass due to tempering. The reduction in the strength of glass because of surface damage also varies because of additional factors, including the extent of surface damage, for example the depth of surface cracks. The depth of surface cracks can increase over time. Cracks can grow subcritically, that is without rapid separation of the glass article into two or more pieces, and the growth of cracks can start or stop depending on the level of stress acting on the crack. The stresses acting on the crack can include residual stresses in the glass, such as from tempering, and externally applied stresses acting on the glass article. Externally applied stresses on the glass can vary over time. Sources of time varying stresses include sudden temporary loads like impact or other dynamic movements, stresses induced by thermal expansion and contraction, and more sustained stresses such as from fixtures that hold the glass to restrict its movement. Given these facts about glass behavior – subcritical cracking, threshold stress for crack growth, statistical nature of glass fracture strengths – and the time varying stresses, there can be a lot of uncertainty in whether or when a particular glass article will fracture during its life.

120.    For the three BIMWOs where I identified the fracture origin at the spring coil contact location, mechanical interference between the spring coil and the outer glass panel was contributory to fracture of the screen. However, such a finding does not mean that there is a common design defect in the four subject BIMWO models. Fracture at that location occurred once a subcritical crack reached a depth sufficient for the stored, residual tensile stresses from glass tempering, in addition to any externally generated stresses acting on the crack, to propagate the crack throughout the outer glass. A key component of the failure mode in these three BIMWOs is that the subcritical crack had to reach a critical size first. The damage evolution in the screen from the as-manufactured condition to the condition of a critical crack size depends on the time history of stresses acting at that location. The stress history of the door's outer glass is unknown. Stresses in the glass at the origin determined when complete fracture occurred.  The force due to bulging of the spring is one source of stresses in the glass at the origin. Other forces may or may not have been present at the origin prior to and at the time of complete glass fracture; some examples of possible sources of other forces are impact, mechanical shock, vibration, thermal and seismic loads.

## 6.4    Samsung's tolerance analysis showed no interference between the spring and the outer glass

121.    Samsung performed a tolerance analysis to evaluate the design reliability with respect to the proximity of the spring coils to the outer glass panel surface. The design intent was to have an air gap between all the spring coils and the door's outer glass panel. Samsung's tolerance analysis used the extreme value method, the most conservative method of determining worst case. [The Reliability Engineer Primer, Sec. V. Reliability in Design and Development, Quality Council of Indiana, 2009] Their tolerance analysis result was that there would be 0.3 mm of clearance between the spring coil and the door's outer glass panel in the worst case if the manufactured door met the design requirements. Samsung concluded that the design intent was met even with the expected manufacturing tolerances.

January 5, 2016

## 6.5   Samsung used tempered outer glass panels

122.    Samsung used tempered glass in the outer glass panel that was incorporated into the four subject GE BIMWO models. Tempered glass can support higher applied mechanical stress prior to fracture than can the same glass in the non-tempered, annealed state. This benefit is the result of residual compressive stress in the surface and near-surface region of tempered glass, which provides closure forces on surface cracks and other flaws. The residual compressive stresses at the surface are balanced by tensile stresses towards the center of the glass. Because of these residual stresses, tempered glass has stored elastic strain energy that upon fracture is rapidly released, resulting in extensive fragmentation of the glass article. The resulting fragments are typically much smaller than those generated when annealed glass fractures under like loading scenarios. In addition, the surface compressive stresses in tempered glass tend to deflect cracks during fragmentation such that cracks exit the glass nearly parallel to its surface, reducing the sharpness of the fragments compared to annealed glass. Annealed glass breaks in a more unsafe manner relative to tempered glass due to the relatively larger size of the glass fragments and sharp edges. Although Dr. Read proposed in his report that annealed glass be used instead of tempered glass, he neither tested nor otherwise demonstrated that such a change would actually be safer, more reliable, or even feasible for these particular BIMWO models. In my experience, and in reports in the technical literature, glass fracture most often initiates at surfaces, edges and corners of glass articles, and often occurs due to impact followed either by immediate fracture or delayed fracture. In tempered glass, edges are in some ways more susceptible to fracture initiation due to the difficulty in obtaining optimal edge tempering. Nickel sulfide inclusions are another well-documented fracture origin in tempered glass. These inclusions can become incorporated in the glass during glass processing from the melt and may subsequently lead to delayed fracture of tempered glass panels. In general, they occur infrequently and specific conditions must be present for them to initiate fracture, including their location within the glass, and the amount of residual stress from tempering. However they do occur sometimes in tempered glass and can result in unanticipated fracture.

123.    The plaintiffs' photographs of their BIMWOs after outer glass fracture, as well as my observations of the inspected units containing fractured glass, confirm the use of tempered glass. The level of residual stresses from tempering varied between these units, with some units having

1404447.000 - 7832

small fragment sizes and others having larger fragment sizes, as discussed earlier and as seen in the plaintiffs' photos (see for example Figure 76 through Figure 79). The size of fragments produced upon fracture of tempered glass is an indication of the residual stress level in the glass – small fragments indicate high internal tension, larger fragments indicate lower internal tension. Resistance of glass surfaces to contact damage improves with the degree of tempering. [Lawn, BR, Physics and Chemistry of Glasses, v18, n7, 1977, pp7-18] The strength of tempered glass also varies with the degree of tempering. [Schiavonato, M. Stress Measurement, Fragmentation and Mechanical Strength, Glass Processing Days 2005] Thus manufacturing variability in the degree of outer glass tempering is another parameter that can affect the susceptibility of the screen to glass fracture during its life.

124.    Comparing failure modes of fractured outer glass in units with and without the stainless steel trim piece laminated to the outer glass, there were obvious differences in the amount of outer glass released from the door. Mr. Levy's BIMWO was a model that did not have the laminated trim piece. Photographs of his unit, reportedly taken soon after outer glass fracture, show that the majority of the shattered glass fragments fell vertically onto the floor in front of the microwave (Figure 76). Mr. Mequet's BIMWO also was a model that did not have the laminated trim piece. His photographs, reportedly taken soon after outer glass fracture, showed large areas of the outer glass retained in the door assembly (Figure 77), and showed outer glass fragments resting on the floor immediately below his unit. Compared to Mr. Mequet's outer glass, the fractured glass in Mr. Levy's unit diced into very small fragments, indicative of a relatively high degree of tempering and consistent with other observations of variability in outer glass tempering seen among the various units I examined. In units I inspected that had fractured outer glass and the stainless steel trim piece, most of the outer glass was retained by the door because of adhesive bonding between the outer glass and trim piece, as I observed during the inspections and as seen in plaintiffs' photographs of the units in their homes (Figure 78 and Figure 79). This difference in failure mode between the two types of finish – with and without laminated outer glass trim – resulted in far less glass liberated from the units with the trim piece compared to those without. From reviewing GE's sales information for the subject models, slightly more than half of the total number of units sold of these models had the stainless steel trim piece on the outer glass. Thus, more than half of the units sold would not be expected to

January 5, 2016

liberate much of their outer glass should that glass fracture in the manner I observed and described above.

## 6.6    Vast majority of the BIMWOs survived past their reasonable useful life

125.    The subject BIMWO model families were manufactured until about mid-2007. According to GE's sales information for these models, approximately 95% of the total number of units sold of these models occurred from 1996 through 2006, or between 9 and 20 years ago. The published average life expectancy, or useful life, for microwave ovens is 9 years. [Appliance Magazine, Annual Report of the U.S. Appliance Industry: Statistics, 2002-2009; Association of Home Appliance Manufacturers, 2010 Study] Dr. Abraham Wyner, a statistician retained by the plaintiffs, asserted that in aggregate the four subject BIMWO models "have average glass door breakage rates of 1 %," based on his review of GE's safety database and sales data. [Expert Report of Abraham J. Wyner, Ph.D., Case No. 3:13-cv-01799, October 15, 2015] Stated similarly using his figure, 99 % of the glass doors in these models have survived from their manufacturing date to the present. Taken together with the sales figure mentioned above, this survival rate figure would indicate that the vast majority of the population of BIMWOs from the four subject models have exceeded their reasonable useful life expectancy and have survived without experiencing outer glass fracture.

126.    Dr. Wyner's 1 % breakage rate figure represents GE Safety database entries that were coded as "05B Broken Glass – Door." The database includes this "Origin Code" field and the model number, but also includes additional information, specifically an "Incident Description" field, containing a written description of the incident recorded from GE's communication with a consumer, and a "Comments" field, containing written information from internal GE resources, such as field service information, or insurance claim information. These two fields sometimes gave additional details about the reported "05B Broken Glass – Door."  Each BIMWO door in the four subject models has three separate glass components: the outer glass, and the two inner glass plates, as described previously. Code 05B does not specify which of these three glass components allegedly broke – one or both of the inner, the outer, or a combination. In reviewing this database, most of the 05B entries I saw did not state which glass in the door broke. For entries that did specify which glass in the door broke, most that I reviewed referred to the outer

1404447.000 - 7832

January 5, 2016

glass. However, I also found several entries stating that both the inner and outer glass broke, as well as entries stating that the inner glass broke. The hinge springs were nowhere near the inner glass plates and did not cause the inner glass fracture. Dr. Read testified in deposition that the alleged design defect of the coil rubbing on the glass would only cause the outer glass to break, not the inner glass. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p119-120] I also saw in the description and comment fields that the circumstances around the claimed 05B glass breakage varied. For example, the following descriptions or comments were associated with the "Incident" numbers listed below and were found during my review of GE's safety database:

"was working on appliance, tightened screws and glass shattered" (Incident34845)

"he removed 2 screws and door fell shattering glass" (Incident27999)

"the exterior door glass fell out and shattered on the floor" (Incident119794)

"opened the door and it fell on his foot and glass shattered. Mrs did know for a while that the door was loose but failed to call to get it fix" (Incident147866)

"glass shattered because it was overtightened at installation previously" (Incident35110)

127.    Given these uncertainties regarding the applicability of the database claims to hinge spring related fracture of the glass, together with the physical evidence of outer glass fracture unrelated to hinge springs, and the low number of substantiated fracture origins at spring contact locations (three in total), one would have very low confidence in asserting that all, or a large majority of, the "05B Broken Door – Glass" database entries are for actual fracture of the outer glass due to contact at a hinge spring. Furthermore, the confidence would be even significantly lower in asserting that all of the BIMWOs produced in the four subject models will eventually experience outer glass fracture from contact between the spring coil and outer glass. One would need to look at individual units on a case-by-case basis to investigate which units had mechanical interference between the outer glass panel and a hinge spring, and whether or not that contributed to outer door glass fracture. Dr. Read's conclusions are weakened by his failure

1404447.000 - 7832

89

January 5, 2016

to have reviewed the database entries in any detail, as he testified to in deposition, or to have done a case-by-case analysis of reported 05B entries. [Deposition Transcript of Thomas L. Read, Ph.D., Case No. 3-13-cv-01799, p104]



Figure 76.     Levy's photo of the fractured outer glass from his BIMWO (JEB1095WB04 LH900023B)

1404447.000 - 7832

January 5, 2016





Figure 77.     Mequet's photos of fractured outer glass from his
                    BIMWO (ZMC1095BB001 LZ900540S)

January 5, 2016





Figure 78.    Harris's photos of fractured outer glass from her BIMWO
(JEB1095SB002 TA952733S)

January 5, 2016





Figure 79.    Glass's photos of fractured outer glass from her BIMWO
(JEB1095SB002 ZA957799S)

January 5, 2016

# 7    Conclusions

128.    Based on the inspection results described above, and my review of the information that was made available to me, I refer again to the core opinions given above.

1.  There is no evidence to conclude to a reasonable degree of engineering and scientific certainty, that the four subject BIMWO models have a common design defect.

2.  Dr. Read's conclusion that the four subject BIMWO models have a common design defect is not supportable for several reasons, including but not limited to the following.

    a.  Six of the ten BIMWOs that Dr. Read inspected and relied upon did not have identifiable fracture origins and the outer door glass fractures associated with those units were of an undetermined cause.

    b.  Dr. Read does not know the use history of the BIMWOs he inspected and relied upon, even though he conceded that their use history can affect the occurrence of outer glass fracture.

    c.  Dr. Read's conclusions are based on his examination of a small sampling of BIMWOs, where he also conceded that not all of the outer glass fractures were because of the alleged design defect.

3.  For units with outer glass fractures that were confirmed to have initiated at the hinge spring contact location, manufacturing variability, not a common design defect, was the major contributor to glass fracture.

4.  Not all BIMWOs of the four subject models that were produced will experience outer glass fracture associated with spring coil contact; the vast majority have not and will not experience this type of failure for the duration of their reasonable product life expectancy.

5.  One would need to look at individual units on a case-by-case basis to substantiate which units had outer door glass fracture involving mechanical interference with a hinge spring. Unit-to-unit variability would require individual examination of several variables to determine the source of the mechanical interference in a particular BIMWO unit, including but not limited to,

    a.  Position of the outer glass with respect to the door

1404447.000 - 7832

January 5, 2016

    b.  The spring diameter

    c.  The diameter of the spring's central shaft

    d.  The position and size of the hole connecting the spring's shaft to the hinge bracket

    e.  The thickness of the plastic sleeve and its position relative to the spring

    f.  The hinge bracket dimensions

6. Factors that can contribute to outer glass fracture on the four subject BIMWO models include, without being limited to,

    a.  External forces acting on the door such as mechanical impact, mechanical shock, thermal stresses, vibration, service usage

    b.  Cumulative damage to the surfaces, edges, through-holes, or corners of the outer glass during the life of the unit

    c.  Variability in the manufactured condition of the tempered outer glass placed in the door

7. The design alternatives suggested by Dr. Read lack specificity and may have unknown consequences regarding efficacy, manufacturability, quality, and reliability. Depending on the design and implementation details, about which he does not elaborate, there may be unintended consequences that need to be explored through testing and validation. Dr. Read did not demonstrate to a reasonable degree of engineering or scientific certainty that his proposed alternative designs are feasible or would result in a safer or more reliable product.

8. For the four subject BIMWO models, the presence of a hinge spring did not mean it contacted the outer glass panel, contact between a hinge spring and the outer glass panel did not necessarily cause incipient damage to the glass, and surface damage to the glass inflicted at the spring contact location did not necessarily cause fracture of the outer glass panel. It is my opinion that one would need to look at individual units on a case-by-case basis to substantiate which units had outer door glass fracture involving mechanical interference with a hinge spring.

January 5, 2016

# Appendix A.  Curriculum Vitae

### Paul M. Verghese, Ph.D., P.E., CRE
**Senior Managing Engineer**

### Professional Profile

Dr. Paul M. Verghese is a Senior Managing Engineer in Exponent's Materials and Corrosion Engineering practice.  Dr. Verghese specializes in materials engineering, and is experienced at failure analysis, product development, reliability engineering, material characterization, and materials selection.  He has investigated materials issues in a number of areas, including glass articles (containers, windows/glazing, guard rails, electronic displays, tables/shelves, laminated glass, toughened glass), consumer electronics, consumer appliances, active and passive medical devices and implants, semiconductor devices, fiber optic subsystems and components, electric power infrastructure, building materials, and fittings and fasteners.  Key areas of investigation include fracture of glass, ceramics, semiconductors, metals, and polymers; delamination and debonding; corrosion, fatigue, and environmentally assisted cracking; fretting and wear; contaminant analysis; failures of adhesives and seals; electronic material failures (varistors, integrated circuit chips, printed circuit boards, solder joints, metallic whiskers); thin film and coating failures (anodization, inks, paints, dielectrics, oleophobic and hydrophobic coatings); cosmetic defects; and materials-based design reviews.

Dr. Verghese has prior industry experience in product development, manufacturing, and quality and reliability of microelectromechanical systems (MEMS), high frequency microelectronics, and fiber optic components and systems.  Before joining Exponent, Dr. Verghese was a reliability engineer in the Semiconductor Products Group at Agilent Technologies, Inc., and a product development engineer at Axsun Technologies, Inc.  At Agilent, he was responsible for reliability assessment and qualification of high volume RF devices.  At Axsun, he led a MEMS device team and developed test capabilities, packaging processes, and yield improvements for a fiber optic spectrometer.  Dr. Verghese has also taught "Introduction to Materials" in the College of Engineering at San Jose State University.

### Academic Credentials and Professional Honors

Ph.D., Materials Science, University of California, Santa Barbara, 1999
B.S., Materials Science and Engineering, North Carolina State University (*magna cum laude*),
    1991

### Licenses and Certifications

Registered Professional (Metallurgical) Engineer, Massachusetts, #48473

Certified Reliability Engineer (CRE), #7837

1404447.000 - 7832

January 5, 2016

**Patents**

US Patent 7,420,738: Dual Membrane Single Cavity Fabry-Perot MEMS Filter, September 2008 (Verghese P).

**Publications**

Wodin-Schwartz S, Verghese P, Bove R, Kennedy E. Falling body impact behavior of fiberglass stepladders with plastic knee braces. Proceedings, ASME 2015 International Mechanical Engineering Congress and Exposition, IMECE2015, Houston, TX, November 13–19, 2015.

Marr KC, Verghese PM, Braff WA, Morse T. Analysis of arc erosion on thermal switch contacts. Proceedings, 7th International Symposium on Fire Investigation Science and Technology, College Park, MD, September 22–24, 2014.

Dugnani R, Zednik RJ, Verghese P. Analytical model of dynamic crack evolution in tempered and strengthened glass plates. International Journal of Fracture 2014; 190(1-2):75–86.

Dugnani R, Verghese P. Failure analysis of modern silicon dice. International Journal of Applied Ceramic Technology 2014; 11(4):783–792.

Guyer EP, Eiselstein L, Verghese P. Accelerated testing of active implantable medical devices. Paper No. 09464, Corrosion 2009, NACE International, Atlanta, GA, 2009.

Verghese P, Clarke DR. Piezoelectric contributions to the electrical behavior of ZnO varistors. Journal of Applied Physics 2000; 87(9):4430–4438.

Verghese P, Clarke DR. Surface textured zinc oxide films. Journal of Materials Research 1999; 14(3):1039–1045.

Tavernier PR, Verghese P, Clarke DR. Photoluminescence from laser assisted debonded epitaxial GaN and ZnO films. Applied Physics Letters 1999; 74:18:2678–2680.

**Selected Presentations**

Verghese P, Marr KC, Trenkle JC, Somandepalli V. The secret to engineering good products: failure analysis and forensics. American Society of Mechanical Engineers, Natick, MA, 2015.

Budiansky N, Trenkle JC, Verghese P. Evaluating the role of thread compounds in brass stress corrosion cracking. Materials Science & Technology (MS&T), Pittsburgh, PA, 2014.

Trenkle JC, Budiansky N, Verghese P. Detection and analysis of sub-surface corrosion by computed X-ray tomography (CT). Materials Science & Technology (MS&T), Pittsburgh, PA, 2014.

1404447.000 - 7832

January 5, 2016

Verghese P, Dugnani R.  Fractography of high strength silicon.  Materials Science & Technology (MS&T), Montreal, QC, 2013.

Budiansky N, Trenkle JC, Verghese P.  The failure of brass gas line fittings: cause or consequence of fire.  Materials Science & Technology (MS&T), Montreal, QC, 2013.

Verghese P, Carlo S, Wu M.  Consumer product surface modification and analysis.  238th National Meeting of the American Chemical Society (ACS), Washington, DC, 2009.

**Teaching Experience**

- Lecturer, Department of Chemical and Materials Engineering, San Jose State University, 2005

January 5, 2016

# Appendix B. Materials Reviewed and/or Relied Upon

Third Amended Class Action Complaint, Case No. 3:13-cv-01799, May 21, 2015

Amended Consolidated Class Action Complaint, Case No. 3:13-cv-01799-WWE, December 21, 2015

Deposition Transcript and Exhibits of Daryl Williams, Case No. 3:13-cv-01799, April 28, 2015

Deposition Transcript and Exhibits of Patrick Galbreath, Case No. 3:13-cv-01799, March 3, 2015

Deposition Transcript and Exhibits of John Todd, Case No. 3:13-cv-01799, February 24, 2015

Deposition Transcript and Exhibits of Rule 30(b)(6) witness John Todd, Case No. 3:13-cv-01799, April 29, 2015

Deposition Transcript and Exhibits of Ruler 30(b)(6) witness John Todd, Case No. 3:13-cv-01799, September 28, 2015

Deposition Transcript and Exhibits of Charles Ulmer, Case No. 3:13-cv-01799, April 29, 2015

Deposition Transcript and Exhibits of Rule 30(b)(6) witness Richard Rynkiewicz, Case No. 3:13-cv-01799, April 10, 2015

Deposition Transcript and Exhibits of Doreen Mazzanti, Case No. 3:13-cv-01799, September 4, 2014

Deposition Transcript and Exhibits of Glen Grayson, Case No. 3:13-cv-01799, September 30, 2014

1404447.000 - 7832

January 5, 2016

Deposition Transcript and Exhibits of Daniel Levy, Case No. 3:13-cv-01799, September 22, 2015

Deposition Transcript and Exhibits of David Mequet, Case No. 3:13-cv-01799, September 23, 2015

Deposition Transcript and Exhibits of Lauren Harris, Case No. 3:13-cv-01799 and Case No. 3:15-cv-00857, August 20, 2015

Deposition Transcript and Exhibits of Rule 30(b)(6) witness Lee Cetrone, Case No. 3:13-cv-01799, April 10, 2015

Deposition Transcript and Exhibits of Calvin Kim, Case No. 3:13-cv-01799, July 1, 2015

Deposition Transcript and Exhibits of Edwin Mora, Case No. 3:13-cv-01799, October 1, 2014

Deposition Transcript and Exhibits of James Gothard, Case No. 3:13-cv-01799, April 30, 2015

Deposition Transcript and Exhibits of Rocco Mele, Jr., Case No. 3:13-cv-01799, October 2, 2014

Deposition Transcript and Exhibits of Thomas L. Read, Ph.D., Case No. 3:13-cv-01799 and Case No. 3:15-cv-00857, November 11, 2015

Deposition Transcript and Exhibits of Abraham J. Wyner, Ph.D., Case No. 3:13-cv-01799, November 19, 2015

Plaintiffs' June 4 Production (GEDOOR-000149 – GEDOOR-000182)

Plaintiffs' Production (GEDOOR-000183 – GEDOOR-000227; GEDOOR-000245 – GEDOOR-000329; GEDOOR-000370 – GEDOOR-000380; GEDOOR-000381 – GEDOOR-000388; GEDOOR-000507 – GEDOOR-000527; GEDOOR-000528 – GEDOOR-000565; GEDOOR-000566 – GEDOOR-000570; GEDOOR-000571 – GEDOOR-000576)

1404447.000 - 7832

January 5, 2016

Tecla Levy's Responses and Objections to Defendants' Subpoena for Production of Documents

Dr. Read Images Rec'd 9.23.15 and all documents produced by Dr. Read

Built-In Microwave Oven Production Summary (GE_RC001879)

MS Excel file, GE_RC000939 - GE-MWO-NATIONAL-SALES-1090+1095MODELS-1996-2014 - Produced 7.31.14

MS Excel file, GE_RC064084_Confidential_Copy of Copy of GE-MWO-NATIONAL-SALES-1996-PRESENTper unit basis sent 12 3

MS Excel file, GE_RC063553_Confidential_Copy%20of%20Harkey%20MWO_Serv_Hist(2)%20-prod(1)

MS Excel file, GE_RC063557_Confidential_Copy of Harkey MWO_Serv_Hist(2) -prod

MS Excel file, Harkey-05A-05B-05C-05D_AllMWO-092414

Expert Report of Abraham J. Wyner, Ph.D., Case No. 3:13-cv-01799, October 15, 2015

Declaration of Thomas L. Read, Ph.D., Case No. 3:13-cv-01799, October 15, 2015

Declaration of Colin B. Weir, Case No. 3:13-cv-01799, October 15, 2015

Harkey v. GE - Expert Inspection Protocol

Appliance Magazine, Annual Report of the U.S. Appliance Industry: Statistics, 2002, 2004-2009

Association of Home Appliance Manufacturers, 2010 Study

National Association of Home Builders, Study of Life Expectancy of Home Components, 2007

1404447.000 - 7832

January 5, 2016

Bradt, RC. "The Fractography and Crack Patterns of Broken Glass," Journal of Failure Analysis and Prevention, 2011

Bradt, RC. "Fractography, Some Legal Aspects and Challenges," Key Engineering Materials, v409, 2009

Lawn, BD. Contact Fracture Resistance of Physically and Chemically Tempered Glass Plates: a Theoretical Model, Physics and Chemistry of Glasses, v18, n1, 1977

Chantikul, P. Contact-Induced Static Fatigue of Annealed and Tempered Glass, Journal of the American Ceramic Society, v61, n9-10, 1978

Schiavonato, M. Stress Measurement, Fragmentation and Mechanical Strength – a Review of Test Results According to EN 12150:2000 and EN 1863:2000, Glass Processing Days, 2005

Quinn, GD. Fractography of Ceramics and Glass, NIST SP 960-16, 2007

Lawn, BD. Fracture of Brittle Solids, Cambridge University Press, 1993

Ropp, RC. Handbook of Glass Fractography, AuthorHouse, 2008

ASM Handbook – vol. 11 Failure Analysis and Prevention, ASM International, 2002

ASM Handbook – vol. 12 Fractography, ASM International, 1987

ASTM C1256-93, Standard Practice for Interpreting Glass Fracture Surface Features, American Society for Testing and Materials, 1993

The Reliability Engineer Primer, Sec. V. Reliability in Design and Development, Quality Council of Indiana, 2009