# EXHIBIT 6



**CONFIDENTIAL**

*Harkey, et al. v.* **General Electric Company**

**Expert Rebuttal Report Duane L. Steffey, Ph.D.**

**CONFIDENTIAL**

*Harkey, et al. v.* **General Electric Company**

**Expert Rebuttal Report**
**Duane L. Steffey, Ph.D.**

**United States District Court**
**for the District of Connecticut**

**Case No. 3:13-cv-01799-WWE**

Prepared for

Jeffrey J. White, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103

Prepared by

Duane Steffey, Ph.D.
Principal Scientist
Exponent, Inc.
149 Commonwealth Drive
Menlo Park, CA 94025

January 2016

© Exponent, Inc.

Doc. no.  1508334.000 1914

# Contents

Page

**Summary Opinions**     **1**

**Basis and Foundation for Opinions**     **3**

Background     3

Misplaced Emphasis on Relative Risk     4

    Distinctive Capabilities of GE's Model 1090/1095 Family     4

    Professional Codes of Conduct in Communicating Risk     5

Flawed Measure of Glass Door Breakage Risk     5

Unacknowledged Variation in Glass Door Breakage Rate     6

Misinterpretation of Six Sigma Standard     8

    The Six Sigma Approach in Practice     8

    Rare Events and the 1.5-Sigma Mean Shift     9

Unsupported Statements About Current Failure Rates     10

Unsupported Statements About Future Failure Rates     11

**Data and Information Considered**     **13**

**Curriculum Vitae and Publications**     **15**

**List of Previous Testimony, 2012-2015**     **25**

**Compensation**     **28**

# Summary Opinions

As an employee of Exponent, I was retained by Robinson & Cole LLP, counsel to General Electric Company (GE), to evaluate the statistical analysis and associated opinions formed by Professor Abraham Wyner, a statistical expert retained by plaintiffs in the ongoing litigation titled *Harkey, et al. v. General Electric Company*, which relates to alleged glass door breakage in certain models of GE-branded microwave ovens (MWOs).

The referenced litigation involves the 1090/1095 family of microwave ovens, considered by GE to include models with prefix JEB1090, JEB1095, ZMC1090, or ZMC1095. Manufactured by Samsung for GE, these models have dual capabilities in that they can be operated as a convection oven or as a microwave oven. Records produced by GE indicate between 1996 and 2008, 68,163 model 1090/1095 MWOs were sold, representing 0.14% of approximately 48 million total MWOs sold by GE during that period.

After reviewing Professor Wyner's declaration and associated documents, I have formed several summary opinions pertaining to his assessment in this matter:

1. **Misplaced Emphasis on Relative Risk:** A prominent finding in Professor Wyner's report is the higher observed rate of glass door breakage in model 1090/1095 MWOs relative to other GE-branded MWOs. Because model 1090/1095 MWOs have distinct functional capabilities compared to other MWOs manufactured or sold by GE, the relative risk of glass breakage for different model families is less informative and, in any case, cannot be meaningfully interpreted without reference to their absolute risk—which is the measure that ultimately affects consumers.

2. **Flawed Measure of Glass Door Breakage Risk:** For model 1090/1095 MWOs and for other GE-branded MWOs Professor Wyner defines the incident rate for each manufacturing year as the number of breakage incidents divided by the number of MWOs manufactured or sold in that year. This risk metric does not account for the substantial difference in service life accumulated by MWOs made, for example, in 1996 versus 2008.

3. **Unacknowledged Variation in Glass Door Breakage Rate:** Professor Wyner's finding that "the relative incident rate has been fairly constant" disregards and is inconsistent with significant fluctuations over time in the reported rates of glass door breakage in model 1090/1095 MWOs.

4. **Misinterpretation of Six Sigma Standard:** Professor Wyner's statement that "the 1090/1095 glass door failure rate violates GE's own Six Sigma standard" constitutes misinterpretation of the Six Sigma concept as a field performance target rather than an aspirational goal for improving quality in individual process steps during manufacturing.

5. **Unsupported Statements About Current Failure Rates:**  Professor Wyner's contention that the current failure rates calculated from GE records "are, if anything, serious under estimates" is speculative and ignores the presence in GE's database of records describing glass door failures unrelated to the alleged design defect.

6. **Unsupported Statements About Future Failure Rates:**  Professor Wyner's statement that one can expect the future rate of glass door breakage in model 1090/1095 MWOs to be "much higher than 1%" is not supported by any analysis and fails to recognize that the presumed time in service of the vast majority of the manufactured units already exceeds their expected product life.

I hold these opinions with a reasonable degree of scientific certainty, based on the case materials reviewed and on my education, experience, and knowledge.  This report may be supplemented or modified based on review of additional material as it becomes available through ongoing discovery and/or through any additional work or review of additional work performed by others.

# Basis and Foundation for Opinions

## Background

The statistical evaluation of product field performance requires two types of data,[1] both of which GE gathered and reported for its branded MWO models:

- "numerator" data on failure counts, typically from records of field incidents involving the failure mode(s) of interest and identifying in each case the affected unit's date of manufacture and date of failure;

- "denominator" data on the size and age of the at-risk population of units, typically obtained from production, shipment, or sales records showing the quantities involved and dates of transactions.

GE's MWO safety database[2] contains records of 2,389 incidents of glass breakage in MWOs reported from 1996 through mid-2015.[3]  Of these, 1,571 were coded as glass door breakage (i.e., assigned the "05B" origin code).  Model 1090/1095 MWOs manufactured between 1996 and 2008 accounted for 650 of these reported incidents.  In addition to the incident date, the safety database records the purchase date and manufacturing date of the involved MWO unit.  The manufacturing date appears to be accurate to the month of manufacture; the date reported is always the first day of the month.

GE also provided data on national sales for all its branded models, including the 1090/1095 model family, from fiscal years 1996 through 2014.[4]  (According to information available from its corporate website, GE's fiscal year corresponds to the calendar year.)  For each fiscal year and MWO model, the sales data file provides an associated quantity.  Professor Wyner's report focuses on MWOs manufactured or sold between 1996 and 2008.  By 2008 sales of the model 1090/1095 MWOs had declined sharply, ████████████████████████████, with even fewer numbers sold annually after 2008.

In his analysis, Professor Wyner divided the GE MWO population into two subpopulations of interest:  MWOs in the 1090/1095 model family and all other GE-branded MWOs.  For each subpopulation and each year between 1996 and 2008, Professor Wyner calculated a glass breakage rate in three steps:  (1) from the records in the safety database, count the number of glass door breakage incidents involving a unit from that subpopulation manufactured in that year;[5] (2) from the sales data file, calculate the associated total quantity for that year by summing

---

[1] George, L. (2005), "Kaplan-Meier Reliability Estimation Spreadsheet," *Reliability Review*, **25**, 6-12.
[2] GE_RC001318, supplemented by GE_RC063558.
[3] The most recent incident date recorded in the database is June 18, 2015.
[4] GE_RC064084.
[5] Deposition of Abraham J. Wyner, November 19, 2015 ("Wyner Deposition"), 27:18-25.

the quantities for all models in that subpopulation;[6] (3) divide in the incident count in step (1) by the total quantity in step (2) to obtain the glass breakage rate for each subpopulation in each year.

Professor Wyner's report contains three major findings identified as bold headings in his declaration:

A. "A 1090/1095 MWO Is 1000 Times More Likely To Have A Glass Door Breakage Than Other Models"
B. "The 1090/1095 Glass Door Failure Rate Violates GE's Own Six Sigma Standard"
C. "GE's 1090/1095 MWOs Fail at a Rate of At Least 1%"

After review of the available information, I have concluded each of these findings is deficient in one or more respects.

# Misplaced Emphasis on Relative Risk

For each MWO subpopulation and year, the glass door breakage rate calculated by Professor Wyner represents an estimate of absolute risk: what is the estimated probability an MWO unit will experience a glass door breakage incident during its service life?  Professor Wyner's report emphasizes the relative risk of glass door breakage in 1090/1095 models compared to that in all other MWO models sold by GE.  The relative risk, calculated as the ratio of glass breakage rates, conveys how much higher or lower the absolute risk is for the numerator subpopulation (model 1090/1095 MWOs) than the denominator subpopulation (all other GE-branded MWOs).  The emphasis on the relative risk of a particular mode of failure in 1090/1095 MWOs is misplaced, because the information is insufficient to judge the overall reliability or safety of the product.

## Distinctive Capabilities of GE's Model 1090/1095 Family

Comparing the glass door breakage rates of model 1090/1095 MWOs to the rates of all other GE models is of limited value in the context of this matter, because the 1090/1095s are distinctly different from other GE MWOs.  Manufactured by Samsung for GE, the 1090/1095 models have dual capabilities in that they can be operated as a convection oven or as a microwave oven, and they also feature a drop-down glass door instead of one opening to the side.  One of the persons designated by GE as being most knowledgeable about MWO issues pertaining to this case has testified that, of the more than 1,200 MWO models sold by GE between 1996 and 2008, other than the 1090/1095s, only some Advantium models are convection MWOs with drop-down glass doors.[7]  Thus, the vast majority of units used as a benchmark for comparison are substantially different from the 1090/1095 family in function and design, are therefore likely to experience different patterns of use by consumers, potentially involving different levels of risk of glass door breakage.  The differences in design may result in different features, benefits, and uses of the ovens, resulting in different failure modes and risks.

---

[6] *Ibid.*, 49:24 to 53:14.
[7] Deposition of John Todd, February 24, 2015, 54:13 to 56:13.

## Professional Codes of Conduct in Communicating Risk

The emphasis placed in Professor Wyner's report on relative risk is also contrary to professional guidance in applications of statistics to public health and medicine. For example, the trade association representing the British pharmaceutical industry has established a code of practice containing a provision noting the potential for distortion in relying on relative risk to measure efficacy:

> "Referring only to relative risk, especially with regard to risk reduction, can make a medicine appear more effective than it actually is. In order to assess the clinical impact of an outcome, the reader also needs to know the absolute risk involved. In that regard relative risk should never be referred to without also referring to the absolute risk. Absolute risk can be referred to in isolation."[8]

Absolute risk, rather than relative risk, is ultimately what matters, because it is what affects consumers. Consequently, absolute risk is the input to many of the available methods and tools used by enforcement authorities in assessing the safety of consumer products.[9] Furthermore, a stated purpose of the statute establishing the Consumer Product Safety Commission was "to protect the public against unreasonable risks of injury associated with consumer products."[10] By implication, "[a] safe product is one that has reasonable risks, given the magnitude of the benefit expected and the alternatives available."[11] The relative incident rate calculations in Professor Wyner's report were derived without considering whether the other GE-branded MWO models were viable alternatives and had such a low risk that the subject model 1090/1095 MWOs, with different features and a higher glass breakage rate, still have an acceptably low risk. Thus, the relative incident rate conveys inadequate information about the reliability or safety of model 1090/1095 MWOs.

## Flawed Measure of Glass Door Breakage Risk

Professor Wyner chooses in his report to express the glass door breakage rate in terms of the number of incidents "per million MWOs manufactured"[12]—more correctly, per million MWOs sold, since his values are calculated from national sales data produced by GE.[13] This metric fails to account for the substantial difference in service life accumulated by MWOs made, for example, in 1996 versus 2008. When a more appropriate reliability metric is used, accounting for time in service, the year-to-year variation in glass breakage rates—already suggested by Figure 1 of Professor Wyner's report—becomes even more apparent, as explained below.

---

[8] Association of the British Pharmaceutical Industry, *Code of Practice for the Pharmaceutical Industry*, 2015.

[9] Floyd, P., et al. (2006), *Establishing a Comparative Inventory of Approaches and Methods Used by Enforcement Authorities for the Assessment of the Safety of Consumer Products Covered by Directive 2001/95/EC on General Product Safety and Identification of Best Practices*, Risk & Policy Analysts Limited, Norfolk.

[10] Consumer Product Safety Act (1972), 15 U.S.C. §§ 2051−2089.

[11] Iyer M., Zhao K., Steffey D.L. (2008), "Managing risks of consumer products," pp. 1040–1044, in *Encyclopedia of Quantitative Risk Analysis and Assessment,* Melnick E. and Everitt B., eds., Chichester, UK: John Wiley & Sons Ltd.

[12] Expert Report of Abraham J. Wyner, Ph.D., October 15, 2015 ("Wyner Report"), paragraph 13.

[13] Wyner Deposition, 52:11 to 53:5.

## Unacknowledged Variation in Glass Door Breakage Rate

From his comparison of glass breakage rates for 1090/1095 MWOs and other MWOs sold by GE, Professor Wyner concludes "the relative incident rate has been fairly constant in every year that the 1090/1095 MWOs have been made."[14] No formal statistical analysis accompanies and provides support for this statement, which is inconsistent with the data.

For each calendar year of sale, the second column of Table 1 lists the relative incident rate calculated by Professor Wyner in comparing Model 1090/1095 MWOs to other MWOs sold by GE. The third column shows the ratio of each value in the second column relative to the value for 1997, the year with the lowest relative incident rate. Thus, one can observe that the relative incident rate for models sold in 2004 was more than 16 times greater than the corresponding rate for models sold in 1997.

Table 1.  Relative Incident Rates (as calculated by Professor Wyner) and Model 1090/1095 Glass Breakage Rates per Cumulative Time in Service, by Year of Sale (1996-2008)

| Year Sold | 1090/1095 vs. Other GE MWOs | | Model 1090/1095 MWOs Only | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Relative Incident Rate* | Ratio to 1997 Rate | Incidents | Units Sold | Rate per Unit Sold | Average Years in Service | Rate per 10 Years in Service | Ratio to 1997 Rate |
| 1996 | 1410.8 | 6.2 | 32 | | 0.68% | 19 | 0.36% | 6.9 |
| 1997 | 228.6 | 1.0 | 3 | | 0.09% | 18 | 0.05% | 1.0 |
| 1998 | 1008.2 | 4.4 | 14 | | 0.39% | 17 | 0.23% | 4.4 |
| 1999 | 1123.1 | 4.9 | 21 | | 0.54% | 16 | 0.34% | 6.5 |
| 2000 | 1616.4 | 7.1 | 52 | | 0.82% | 15 | 0.55% | 10.6 |
| 2001 | 585.0 | 2.6 | 28 | | 0.39% | 14 | 0.28% | 5.4 |
| 2002 | 793.3 | 3.5 | 25 | | 0.32% | 13 | 0.24% | 4.7 |
| 2003 | 1343.8 | 5.9 | 125 | | 1.73% | 12 | 1.44% | 27.8 |
| 2004 | 3672.3 | 16.1 | 198 | | 2.83% | 11 | 2.57% | 49.7 |
| 2005 | 938.6 | 4.1 | 88 | | 1.11% | 10 | 1.11% | 21.4 |
| 2006 | 811.5 | 3.5 | 50 | | 0.81% | 9 | 0.89% | 17.3 |
| 2007 | 411.0 | 1.8 | 13 | | 0.46% | 8 | 0.58% | 11.1 |
| 2008 | 626.1 | 2.7 | 1 | | 0.77% | 7 | 1.10% | 21.2 |

*as calculated by Professor Wyner[15]

The remaining columns in Table 1 pertain only to the model 1090/1095 MWOs at issue in this matter. Dividing the number of glass breakage incidents by the number of units sold yields the glass breakage rate per unit sold as defined by Professor Wyner. By mid-year 2015 the oldest units sold in 1996 will have accumulated an average of 19 years in service (not accounting for product retirement), compared to an average of 7 years in service for the youngest units sold in

---

[14] Wyner Report, paragraph 15.
[15] GEDOOR-000500 (Comparison Table).xlsx.

2008.  Expressing the glass breakage rate per 10 years in service, rather than per unit sold, the rightmost column shows the rate in 2004 is nearly 50 times greater than the rate in 1997.

Figure 1 displays both the relative incident rates calculated using Professor Wyner's metric and the absolute incident rates for 1090/1095 MWOs calculated using the years-in-service metric.  A formal analysis (using the chi-square test[16]) confirms the year-to-year fluctuations are statistically significant[17] and indicative of real differences in glass breakage rates over time.



Figure 1.  Statistically significant fluctuations in relative and absolute glass door.breakage incident rates for model 1090/1095 MWOs.

In response to questioning in deposition, Professor Wyner acknowledged he thought the variations in the 1090/1095 glass breakage rate from year to year are statistically significant—an opinion with which I concur—but expressed his belief that they are practically unimportant.  However, he also conceded the observed fluctuations may be practically important and that he is not qualified to render an opinion on their practical importance.[18]

---

[16] In this context the chi-square test compares, for each year, the observed count of glass door breakage incidents to the count expected if the rate of glass door breakage were the same for all years of MWO manufacture and sale.

[17] The finding of statistical significance here means the observed year-to-year differences in glass door breakage rates are greater than what could plausibly be attributed to chance variation assuming the same glass door breakage rate for all years.

[18] Wyner Deposition, 59:25 to 66:2.

In contrast to Professor Wyner's assessment, counsel for the plaintiffs characterized as "dramatic"[19] the variation in glass breakage incident counts during 2003 and 2004, which was acknowledged by GE's person most knowledgeable to be consistent with variation in the manufacturing process.[20]

## Misinterpretation of Six Sigma Standard

Using the metric of incidents per unit sold, Professor Wyner calculates a glass breakage rate of 1% for model 1090/1095 MWOs, equates that value to a "2 sigma standard," and concludes it is inconsistent with GE's policies requiring adherence to a six sigma standard. This assessment contains some technical errors and, more importantly, mischaracterizes how the Six Sigma approach to quality improvement is actually implemented in practice.

### The Six Sigma Approach in Practice

A key premise of the Six Sigma approach is that overall product quality will improve by achieving and maintaining high levels of quality in the numerous individual process steps during manufacturing. An organization employing Six Sigma focuses on reducing variation in the production process in order to improve quality results for the customer, but does not necessarily expect a level of three or four defects per million units in use by consumers. Thus, the Six Sigma concept is properly understood as an aspirational goal for improving quality throughout the process steps required to manufacture the product rather than as a specific field performance target.

This understanding of Six Sigma and its implications are acknowledged in a peer-reviewed, published article, the co-authors of which include two GE employees: "In practice, few processes actually operate at or near Six Sigma—even though we might like them to."[21] Instead, the authors encourage attention to

> "…the real and more important focus of Six Sigma—that of elevating the importance of satisfying customers' needs and using a highly disciplined, quantitative approach to gaining improvements."[22]

According to a widely cited reference on quality control, "[m]ost organizations operate at the Three Sigma level… for most of their processes and at a Four or Five Sigma level in some of the mission-critical processes."[23]

---

[19] Deposition of Daryl Williams, April 28, 2015, 237:12.
[20] *Ibid.*, 236:14-17.
[21] Hahn, Gerald J., et al. (1999), "The Impact of Six Sigma Improvement—A Glimpse Into the Future of Statistics," *The American Statistician*, **53**, p. 212.
[22] *Ibid.*
[23] Juran, J.M. and De Feo, J.A. (2010), *Juran's Quality Handbook*, 6th edition, New York: McGraw-Hill, p. 358.

In his deposition testimony Professor Wyner conceded he is not an expert in the Six Sigma standard or the way that standard is implemented in business.[24]  He also acknowledged he cannot cite any MWO manufacturer—or, for that matter, any home appliance manufacturer—that has adopted, let alone achieved, a criterion of three or four failures per million units as a field performance goal.[25]

The rarity of such low defect rates in practice is also implicitly recognized in widely used acceptance sampling plans published by the American Society for Quality (ASQ) in cooperation with the American National Standards Institute (ANSI).[26]  These published plans were developed assuming the worst tolerable percentage of units nonconforming (i.e., failing to meet a specification requirement) could range from 0.1% to 10%[27]—much higher than the Six Sigma rate.  At Exponent I personally have used these plans in assisting product manufacturers in quality control projects unrelated to litigation.

Thus, from the perspective of the GE authors, and consistent with my own professional experience, Professor Wyner's statement that "the 1090/1095 glass door failure rate violates GE's own Six Sigma standard" constitutes gross misapplication of the concept.

## Rare Events and the 1.5-Sigma Mean Shift

Professor Wyner's report also contains two misstatements of fact regarding Six Sigma:

- "Six standard deviations (sic) events inevitably do occur, but only very, very rarely: 3-4 times out of a million trials."[28]

Actually, events six standard deviations above (or below) the mean occur even more rarely than stated in Professor Wyner's report: about once in a <u>billion</u> trials.  The correct derivation of the often cited Six Sigma defect rate is provided in the previously referenced article:

> "Statisticians may notice that having specification limits six standard deviations away from the average of an assumed normal distribution will *not* result in 3.4 defects per million [emphasis in original].  The number is arrived at by assuming that, in addition to random variability, the process average drifts over the long term by 1.5 standard deviations, despite our best efforts to control it.  This results in a one-sided integration under the normal curve beyond 4.5 standard deviations—an area of about 3.4/1,000,000."[29]

---

[24] Wyner Deposition, 76:6-9.
[25] *Ibid.*, 83:24 to 84:3.
[26] American Society for Quality (2003), Sampling Procedures and Tables for Inspection by Variables for Percent Nonconforming, ANSI/ASQ Z1.9-2003.
[27] *Ibid.* p. 2.
[28] Wyner Report, paragraph 17.
[29] Hahn, *et al.*, *op cit.*, p. 208.

Contrary to the statement in Professor Wyner's report and his testimony in deposition,[30] an occurrence rate of 3 to 4 times in a million trials corresponds to an event 4.5 standard deviations above (or below) the mean.  The Six Sigma concept allows for the possibility that the process mean could shift over time by as much as 1.5 standard deviations to a point at which it is only 4.5 standard deviations below (or above) the tolerance threshold.

- "[A] part, like the glass doors in the 1090/1095 MWOs, that has at least a 1% chance of failure, …is adhering to approximately a 2 sigma standard."[31]

Setting aside Professor's Wyner's misapplication of the Six Sigma concept, a process with a 1% chance of exceeding the tolerance threshold is, in the language of Six Sigma, approximately a four-sigma process,[32] not a two-sigma process, for the reason explained above.  An occurrence rate of 1% corresponds to an event approximately 2.3 standard deviations above (or below) the mean.  Adding 1.5 standard deviations to allow for a shift in process mean leads to characterization of the process, in Six Sigma terms, as a 3.8-sigma process.

## Unsupported Statements About Current Failure Rates

In his report Professor Wyner contends "the figures presented above for the relative breakage risk and failure rate of GE's 1090/1095 MWO glass doors are, if anything, serious under estimates."[33]  He offers two arguments to support this contention:

- An internal GE document[34] references a higher number of glass breakage claims in the 1095 models than found in the GE safety database used to calculate breakage rates;
- More recently purchased 1090/1095 MWOs can be expected to experience additional glass breakage incidents as they accrue more time in service.

These arguments are speculative, weakly supported, and flawed.  When asked in deposition about the 918 glass break claims for 1095 models noted in the GE document, Professor Wyner testified he had no knowledge about the context in which the GE document was created, the records in the "SAS Database," and how the reported count was obtained.[35]  He also did not recall the source of the comparison count of 376 claims cited in his report as being recorded in GE's MWO Safety Database and indicated that value may have been provided to him.[36]

Furthermore, any underreporting, if it exists, in the GE MWO Safety Database would affect the relative breakage risk values only to the extent there is differential underreporting—i.e., higher rates of underreporting for model 1090/1095 MWOs than for other GE MWOs.  Professor Wyner

---

[30] Wyner Deposition, 84:10-13.
[31] Wyner Report, paragraph 18.
[32] See, e.g., Juran and De Feo, *op. cit.*, p. 359.
[33] *Ibid.*, paragraph 20.
[34] GE_RC000549.
[35] Wyner Deposition, 108:10 to 111:3.
[36] *Ibid.*, 114:2-7.

acknowledged this point elsewhere in his deposition.[37]  Also, the occurrence of additional glass breakage incidents in model 1090/1095 MWOs will necessarily increase the failure rates calculated by Professor Wyner only because, as previously noted, he is using a risk metric that does not account for time in service.

Finally, Professor Wyner's contention ignores the presence in GE's MWO Safety Database of records describing glass door failures unrelated to the alleged design defect:

- "tech was working on 27 door  and lost his grip and the door slipped out of his hands and fell on the floor and the glass shattered on cns ceramic floor"
- "his microwave lights are not coming on..........tech replaced bulbs ......tech concluded that it is not the bub it is the board..tech came out and fixed board.......after a coulpe of days"
- "cust called in and her new unit she just got replace has a loose door."
- "stated that the glass fell out while baking ...said that it slide onto her bake good"[38]

These incident descriptions are intended to be illustrative and not an exhaustive list of such records in the GE's MWO Safety Database.  Including in Professor Wyner's analysis these and similar incidents, which are coded as 05B but are clearly inapplicable to the alleged design defect, will have the effect of overestimating, rather than underestimating, glass breakage rates pertinent to the current matter.

## Unsupported Statements About Future Failure Rates

For the reasons described above, Professor Wyner concludes,

> "we can expect the glass door breakage incident rate in GE's 1090/1095 MWOs to be much higher than 1% once it is remeasured many years into the future, after enough time has passed for the recently purchased MWOs to be out of service."

This statement is not supported by any analysis and fails to recognize the presumed time in service of many manufactured units already exceeds their expected product life.  A 2010 study for the Association of Home Appliance Manufacturers[39] estimated the average useful life of built-in MWOs to be 9 years.  This value is consistent with MWO life expectancies reported by other sources, including *Appliance* magazine[40] and the National Association of Home Builders.[41]

---

[37] *Ibid.*, 24:8-12.
[38] GE_RC001318.  Descriptions quoted verbatim as recorded in database.
[39] Bellamy Research, Inc. (2010), "Average Useful Life of Major Home Appliances: 2010 Study—Final Results".
[40] *Appliance* magazine has presented MWO life expectancy estimates annually in its September issue as part of its portrait of the U.S. appliance industry.
[41] National Association of Home Builders and Bank of America Home Equity (2007), "Study of Life Expectancy of Home Components".

As noted earlier, model 1090/1095 MWOs manufactured between 1996 and 2008 will have accumulated by mid-2015 an average time in service ranging from 7 to 19 years.

When questioned about this statement in deposition,[42] however, Professor Wyner explicitly acknowledges that many of the subject 1090/1095 MWOs are likely no longer in service and that the vast majority will not experience a glass door breakage incident:

> Q. …Do you have any idea of how much higher than 1 percent you expect it [the glass door breakage incident rate in GE's 1090/1095 MWOs] would be?
> A. No.
> Q. Does the data lead you to believe it would be a 100 percent incident rate?
> A. A 100 percent incident rate?  No, the data suggests that that's absolutely out of the question.
> Q. Okay.  And why is that?
> A. 1996 doesn't have 100 percent.  And those are all, presumably all out of service, mostly out of service. So, 100 percent, that would seem crazy.
> Q. Okay.
> A. There's so many other things that could bring something out of service before the microwave oven door broke.  I'm more thinking in a line of maybe 2 percent.
> Q. Okay.  Higher than 1 percent, you expect?
> A. Yes.
> Q. Perhaps between 1 and 2 percent?
> A. Something of that nature.

Finally, a projected breakage rate of 2%, for example, would apply to the population of model 1090/1095 MWOs as a whole.  The statistical methods employed by Professor Wyner do not enable us to determine which units remaining in service of the over 68,000 sold will fail in the absence of corrective action and which will not.  To the extent that additional units will fail, the statistical evidence suggests that the failures will occur randomly, with some variation in glass door breakage rates by year of manufacture and possibly time in service.

---

[42] Wyner Deposition, 129:16 to 130:9.

# Data and Information Considered

Declarations (Expert Reports)

- Abraham Wyner, October 15, 2015
- Colin Weir, October 15, 2015
- Thomas Read, October 15, 2015

Deposition Transcripts and Exhibits

- Abraham Wyner, November 19, 2015
- Thomas Read, November 11, 2015 (without exhibits)
- John Todd, February 24, 2015;  April 29, 2015;  September 28, 2015
- Patrick Galbreath, March 3, 2015
- Daryl Williams, April 28, 2015
- James Gothard, April 30, 2015

Databases and Spreadsheets

- GE_RC000938 – Harkey-OH_NY_w_GSB all 1090_1095 MWO_from_1996_to_May_31_2014.XLSX
- GE_RC000939 – GE-MWO-National-Sales-1090+1095MODELS-1996-Present sent 7_24_2014.XLSX
- GE_RC001318 – All MWOs, Rec_d 09.24.14 (05A-05B-05C-05D) – WITH REDACTIONS – Produced 10_1_14 (3).XLSX
- GE_RC063557_Confidential_Copy of Harkey MWO_Serv_Hist(2) – prod.XLSX
- GE_RC063558_Confidential_Glass Breakage Calls After 9-24-14.XLSX
- GE_RC063833_Confidential_1090 1095 CA FL TX Sales Data.XLSX
- GE_RC0064084_Confidential_Copy of Copy of GE-MWO-NATIONAL-SALES-1996-PRESENT per unit basis sent 12 3 .XLSX
- ToddJ-00002494—GE_RC056013.XLSX
- ToddJ-00002495—GE_RC056670(2).XLSX

Legal Documents

- GE's Amended Response to Second Interrogatories (July 29, 2015)
- GE's Third Supplemental Response to Plaintiffs' First RFPs (September 10, 2015)
- GE's Objections to Amended Sixth Interrogatories (September 21, 2015)
- GE's Second Supplemental Response to Third Interrogatories (January 9, 2015)
- Plaintiffs' objections and responses to documents requested of Abraham Wyner
- Harkey v. GE – Third Amended Complaint
- Levy v. GE Complaint
- Amended Consolidated Class Action Complaint

<u>Other Documents</u>

- GE_RC000934-935 – Service Bulletins
- GE_RC001053-1054
- Documents produced by Abraham Wyner

# Curriculum Vitae and Publications

## Duane L. Steffey, Ph.D.
**Principal Scientist and Practice Director**

### Professional Profile

Dr. Duane L. Steffey is a Principal Scientist and Practice Director for Exponent's Statistical and Data Sciences practice.  Dr. Steffey's experience as a consulting statistician spans more than 25 years and a breadth of applications in engineering, health, environmental science, and civil justice.  His expertise includes the statistical design and analysis of studies to evaluate the performance of products during development, manufacturing, and in-service use by customers. He has evaluated issues related to construction materials (concrete, doors, windows), consumer electronics (computers, phones), drug delivery systems (syringes, transdermal patches), home appliances (dishwashers, refrigerators), industrial tools, medical devices (joint implants, stents), motor vehicles, pharmaceuticals, recreational and sports equipment.  His investigations have involved data from engineering and scientific experiments, sample surveys, observational studies, and a variety of administrative record sources:  accident and injury databases, complaints, field returns, quality audits, replacement part sales, warranty claims.  Dr. Steffey has also applied statistical concepts and methods in evaluating issues arising from actions, events, processes, products, or services affecting relationships between businesses and consumers, employees, other companies or individuals, government agencies, and the environment (including contracts, patents, and regulations).

As a tenured professor of statistics at San Diego State University, Dr. Steffey co-founded and co-directed the university's statistical consulting center.  He held a prior appointment at the National Research Council, where he directed studies for federal government clients on census methodology and the testing and evaluation of military systems.  He was also previously employed in the risk assessment group at Westinghouse Electric Corporation, where he was engaged in conducting probabilistic safety studies for the commercial nuclear energy industry. Dr. Steffey is an elected Fellow of the American Statistical Association.

### Academic Credentials and Professional Honors

Ph.D., Statistics, Carnegie Mellon University, 1988
M.S., Statistics, Carnegie Mellon University, 1984
B.S., History/Mathematics, Carnegie Mellon University (with honors), 1981

Elected Member, International Statistical Institute, 2015;  Fellow, American Statistical Association, 2009; Travel Award for Topic Contributed Session, Section on Statistical Consulting, American Statistical Association, 2008; Chapter Service Recognition Award, American Statistical Association, 2005; Staff Award, Commission on Behavioral and Social Sciences and Education, National Research Council, 1995; Nominee, Timeos Award for

University Teaching, San Diego State University, 1990; Summer Faculty Research Fellowship, San Diego State University, 1990; National Merit Scholarship, Carnegie Mellon University, 1977–1981

**Publications**

Hogan H, Steffey D.  Professional ethics for statisticians:  An ASA organizational history.  JSM Proceedings, Committee on ASA Archives and Historical Materials.  American Statistical Association, Alexandria, VA, 2014; 1397–1404.

Zhao K, Steffey D.  Practical applications of mixture models to complex time-to-failure data.  Proceedings, 59th Annual Reliability and Maintainability Symposium, Preprint, CD-ROM, 2013.

Steffey D, Uriz P, Osteraas J.  Using ASTM E1155 to determine finished floor quality:  Minimum sampling requirements used to establish compliant floor flatness and levelness.  Proceedings, 6th Congress on Forensic Engineering, San Francisco, CA, October 31, 2012.

Groothuis JR, Fryzek JP, Makari D, Steffey D, Martone WJ.  Respiratory syncytial virus hospitalization trends in infants with chronic lung disease of infancy, 1998–2008.  Clinical Epidemiology, 2011; 3:245–250.

Zhao K, Steffey D, Loud J.  Incorporating product retirement in field performance reliability analysis.  Proceedings, 56th Annual Reliability and Maintainability Symposium, Preprint, CD-ROM, 2010.

Steffey D, Ostarello A, Clevenger J, Villarraga, M.  Troubleshooting analyses of production data.  International Journal of Industrial Engineering 2009; 16:206–213.

Zhao K, Steffey D.  Analysis of field performance using interval-censored incident data.  Proceedings, 55th Annual Reliability and Maintainability Symposium, Preprint, CD-ROM, 2009.

Eiselstein L, Steffey D, Nissan A, Corlett N, Dugnani R, Kus E, Stewart S.  Acceptance criteria for corrosion resistance of medical devices:  Statistical analysis of nitinol pitting in *in vivo* environments.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-2008, pp. 768-780, Stresa, Italy, September 21–25, 2008.

Khanna AJ, Lee S, Villarraga M, Gimbel J, Steffey D, Schwardt J.  Biomechanical evaluation of kyphoplasty with calcium phosphate cement in a 2FSU Vertebral Compression Fracture Model.  Spine J 2008; 8:770–777.

Eiselstein LE, Steffey D, Corlett N, Nissan A.  Toward an acceptance criterion for the corrosion resistance of medical devices:  A statistical study of the pitting susceptibility of nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-

2007, pp. 279–290, Tsukuba City, Japan, December 3–5, 2007.

Nissan A, Eiselstein LE, Steffey D, Corlett N.  Effects of long-term immersion on the pitting corrosion resistance of nitinol.  Proceedings, International Conference on Shape Memory and Superelastic Technologies, SMST-2007, pp. 271–278, Tsukuba City, Japan, December 3–5, 2007.

Villarraga ML, Cripton PA, Teti SD, Steffey DL, Krisnamuthy S, Albert T, Hilibrand A, Vaccaro A.  Wear and corrosion evaluation in retrieved thoraco-lumbar internal fixation.  Spine 2006; 31:2454–2462.

Steffey DL, Fienberg SE, Sturgess RH.  Statistical assessment of damages in breach of contract litigation.  Jurimetrics 2006; 46:129–138.

Richards D, Carhart M, Raasch C, Pierce J, Ostarello A, Steffey D.  Incidence of thoracic and lumbar injuries for restrained occupants in frontal collisions.  50th Annual Proceedings, Association for the Advancement of Automotive Medicine, 2006.

Gloeckner DC, Moore TLA, Steffey D, Le-Resnick H, Bare C, Corrigan CF.  Implications of vehicle roll direction on occupant ejection and injury risk.  50th Annual Proceedings, Association for the Advancement of Automotive Medicine, 2006.

Moore TLA, Vijayakumar V, Steffey DL, Ramachandran K, Corrigan CF.  Biomechanical factors and injury risk in high-severity rollovers.  49th Annual Proceedings of the Association for the Advancement of Automotive Medicine 2005; 133–150.

Dungan JL, Steffey DL.  Measurement uncertainty in spectral indices from field spectroradiometers.  Eos Trans. American Geophysical Union 2003; 84:46.

Supernak J, Kaschade C, Steffey D.  Dynamic value pricing on I-15 in San Diego:  Impact on travel time and its reliability.  Transportation Research Record 2003; 1839:45–54.

Supernak J, Steffey D, Kaschade C.  Dynamic value pricing as an instrument of better utilization of HOT lanes:  The San Diego I-15 case.  Transportation Research Record 2003; 1839:55–64.

Steffey D, Supernak J, Kaschade C.  San Diego's I-15 value pricing project:  Impact on local businesses.  Public Works Management and Policy 2003; 8:99–110.

Supernak J, Golob JM, Golob TF, Kaschade C, Kazimi C, Schreffler EN, Steffey D.  San Diego's I-15 congestion pricing: traffic-related issues.  Transportation Research Record 2002; 1812:43–52.

Supernak J, Golob JM, Golob TF, Kaschade C, Kazimi C, Schreffler EN, Steffey D.  San Diego's I-15 congestion pricing: attitudinal, behavioral, and institutional issues.  Transportation Research Record 2002; 1812:78–86.

Supernak J, Kaschade C, Steffey D.  Factors affecting housing choices in San Diego:  Impact of the I-15 congestion pricing project.  80th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2001.

Anderson M, Daponte BO, Fienberg SE, Kadane JB, Spencer BD, Steffey DL.  Sampling-based adjustment of the 2000 census—A balanced perspective.  Jurimetrics 2000; 40:341–356.

Supernak J, Steffey D, Higgins TJ, Kaschade C, Kawada K.  San Diego's I-15 congestion pricing project:  Impact on local businesses.  79th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2000.

Supernak J, Kaschade C, Steffey D, Kawada K, Higgins TJ.  San Diego's I-15 congestion pricing project:  Impact on local housing choices.  79th Annual Meeting, Transportation Research Board, Preprint, CD-ROM, 2000.

Lui K-J, Steffey D.  A note on the application of simple linear regression methods for trend detection at multiple sites and visits.  Statistics in Medicine 1993; 12:1125–1139.

Lui K-J, Steffey D, Pugh JK.  Sample size determination for grouped exponential observations:  A cost function approach.  Biometrical Journal 1993; 35:677–688.

Huntley D, Nommensen R, Steffey D.  The use of specific capacity to assess transmissivity in fractured-rock aquifers.  Journal of Ground Water 1992; 30:396–402.

Steffey D.  Hierarchical Bayesian Modeling with elicited prior information.  Communications in Statistics—Theory and Methods 1992; 21:799–821.

Steffey D, Kass RE.  Comment on Robinson, G.K., "That BLUP is a Good Thing—The Estimation of Random Effects."  Statistical Science 1991; 6:45–47.

Kass RE, Steffey D.  Approximate Bayesian inference in conditionally independent hierarchical models (Parametric Empirical Bayes Models).  Journal of the American Statistical Association 1989; 84:717–726.

Modell J, Steffey D.  Waging war and marriage:  Military service and family formation, 1940–1950.  Journal of Family History 1988; 13:195–218.

**Books and Book Chapters**

Steffey DL.  Leadership in statistical consulting.  pp. 145–160.  In:  Leadership and Women in Statistics.  Golbeck AL, Olkin I, and Gel YR (eds), CRC Press, Boca Raton, FL, 2015.

Steffey DL.  Risk management of construction defects.  pp. 1553–1556.  In:  Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

Iyer M, Zhao K, Steffey DL.  Managing risks of consumer products.  pp. 1040–1044.  In: Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

Steffey DL.  Homeland security and transportation risk.  pp. 830–838.  In:  Encyclopedia of Quantitative Risk Analysis and Assessment.  Melnick E and Everitt B (eds), John Wiley & Sons Ltd, Chichester, UK, 2008.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  NAEP reporting practices:  Investigating District-Level and Market-Basket reporting.  National Academy Press, Washington, DC, 2001.

Steffey DL, Samaniego FJ, Tran H.  Hierarchical Bayesian inference in related reliability experiments.  In:  Recent Advances in Reliability Theory: Methodology, Practice, and Inference. Limnios N and Nikulin M (eds), Birkhauser, Boston, MA, 2000.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  Designing a Market Basket for NAEP:  Summary of a workshop. National Academy Press, Washington, DC, 2000.

DeVito P, Bryant L, Carswell CM, Donahue M, Fabrizio L, Gamache L, Herrmann D, Qualls A, Reckase M, Steffey D.  Reporting district-level NAEP data:  Summary of a workshop.  National Academy Press, Washington, DC, 2000.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistics, testing, and defense acquisition:  Background papers.  National Academy Press, Washington, DC, 1999.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistics, testing, and defense acquisition:  New approaches and methodological improvements.  National Academy Press, Washington, DC, 1998.

Cohen ML, Rolph JE, Steffey DL (eds).  Statistical methods for testing and evaluating defense systems.  National Academy Press, Washington, DC, 1995.

Steffey DL, Bradburn NM (eds).  Counting people in the information age.  National Academy Press, Washington, DC, 1994.

Rolph JE, Steffey DL (eds).  Statistical issues in defense analysis and testing: summary of a workshop.  National Academy Press, Washington, DC, 1994.

Steffey DL, Bradburn NM (eds).  A census that mirrors America.  National Academy Press, Washington, DC, 1993.

**Selected Presentations**

Steffey D.  Current and future opportunities for industrial statisticians.  ASA/ASQ Fall Technical Conference, San Antonio, TX, October 18, 2013.

Steffey D.  Preparing statistics students for careers in industry.  ASA Workshop for Academic Department Chairs, San Diego, CA, July 28, 2012.

Steffey D.  Statistical issues in the product life cycle of implantable medical devices.  Conference on Statistical Practice, American Statistical Association, Orlando, FL, February 17, 2012.

Lau EL, Legg JC, Watson HN, Steffey DL, Mowat FS, Kelsh MK.  The problem of missing data: using imputation methods to facilitate oncology outcomes research.  27th International Conference on Pharmacoepidemiology and Therapeutic Risk Management, August 17, 2011.

Steffey D.  Statistics in the courtroom:  concepts and applications.  Annual Meeting, Federation of Defense and Corporate Counsel, Williamsburg, VA, July 27, 2011.

Steffey D, Watson H.  Statistical assessment of injury diagnosis and causation.  8th International Conference on Forensic Statistics, Seattle, WA, July 21, 2011.

Steffey D.  Improving the practice of statistics in the Department of Defense.  Joint Statistical Meetings, Vancouver, BC, August 1-5, 2010.

Steffey D.  Expanding the role of statistical science in defense and national security.  Joint Statistical Meetings, Washington, DC, August 2–6, 2009.

Steffey D.  Exposure to risk from motor vehicles and other consumer products.  Joint Statistical Meetings, Denver, CO, August 3–7, 2008.

Steffey D.  Overarching issues in risk analysis.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Ostarello A, Steffey D.  Estimating taint in a population of insurance claims.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Zhao K, Steffey D.  To recall or not to recall?  Statistical Assessment of Consumer Product Failure Risk.  Joint Statistical Meetings, Salt Lake City, UT, July 29–August 2, 2007.

Steffey D.  Interesting times and opportunities for statisticians in academia, industry and government.  Keynote Address, Statistical Careers Day, San Diego Chapter, American Statistical Association, San Diego, CA, May 5, 2007.

Steffey D.  Sequential test designs for estimation of extreme quantiles.  EURANDOM, Workshop on Mathematical Methodologies for Operational Risk, Eindhoven, The Netherlands, April 16–18, 2007.

Steffey D, Bove R, Fisher J, Cicarelli L, Cargill R, Moore TLA.  Characterization of occupant anthropometry and clearance measures in passenger cars.  Joint Statistical Meetings, Seattle, WA, August 6–10, 2006.

Hood R, Steffey D.  The role of statistical science in construction defect litigation.  Defense Research Institute, 10th Annual Meeting, Chicago, IL, October 21, 2005.

Steffey D, Zhao K, Grossman H, Le-Resnick H.  Vehicle rollover risk analysis:  Metrics and methods.  Joint Statistical Meetings, Minneapolis, MN, August 9, 2005.

Steffey DL, Fienberg SE, Sturgess RH.  Statistical assessment of damages in breach of contract litigation.  6th International Conference on Forensic Statistics, Tempe, AZ, March 18, 2005.

Steffey D, Kelly C.  Statistical consulting at SDSU:  Meeting the needs of students and clients.  5th Annual Workshop on Statistical Consulting and Collaboration, Claremont, CA, November 15, 2003.

Singh S, Steffey D.  Statistical modeling of individual trip frequency using household surveys of travel behavior.  Joint Statistical Meetings, San Francisco, CA, August 4, 2003.

Shcherbak OV, Steffey D.  Predictive modeling of bank portfolio data on home equity products.  Joint Statistical Meetings, San Francisco, CA, August 3, 2003.

Steffey D.  Hierarchical space-time models in environmental and ecological applications.  4th Annual Environmental Science Conference, CEA-CREST, Pasadena, CA, May 30–31, 2003.

Steffey D, Kazimi C, Supernak J, Kaschade C.  assessing air quality along San Diego's I-15 traffic corridor:  Statistical methods for uncertainty analysis.  Joint Statistical Meetings, New York, NY, August 15, 2002.

Steffey D.  Design, measurement, and analysis of traffic studies:  recent issues and reflections from the I-15 congestion pricing project.  80th Annual Meeting, Transportation Research Board, Washington, DC, January 10, 2001.

Steffey DL, Samaniego FJ, Tran H.  Hierarchical Bayesian inference in related reliability experiments.  2nd International Conference on Mathematical Methods in Reliability, Bordeaux, France, July 6, 2000.

Steffey D.  Statistics, testing, and defense acquisition.  ITEA International Symposium, Albuquerque, NM, September 23, 1998.

Steffey D.  Counting people in the information age.  Council of Professional Associations on Federal Statistics, Washington, DC, December 1994.

**Prior Experience**

- Professor, Department of Mathematics and Statistics, San Diego State University, 2003–2006
- Associate Professor, Department of Mathematics and Statistics, San Diego State University, 1993–2003
- Instructor and Visiting Scholar, Division of Statistics, University of California, Davis, Summer/Fall 1998
- Study Director, Committee on National Statistics, National Research Council, 1992–1995
- Adjunct Assistant Professor, Graduate School of Public Health, 1989–1992
- Assistant Professor, Department of Mathematical Sciences, San Diego State University, 1988–1993
- Associate Scientist, Probabilistic Risk Assessment Group, Westinghouse Electric Corporation, 1981–1983

**Project Experience**

*Construction*

Highway:  Investigated a claim involving an asphalt contractor and a state department of transportation.  Found that sampling of constructed highway was inadequate to judge compliance with contract specifications.

Residential:  Analyzed data collected from inspected and tested homes in a large community.  Found that inspected homes with visual evidence of distress were overrepresented in the sample of homes selected for subsequent destructive testing, leading to overstatement of the prevalence of construction defects in the community.

*Consumer*

Marketing Research:  Developed methodology to quantify uncertainty in client's proprietary metrics for estimating effectiveness of different marketing campaigns for various products.

Telecommunication Services:  Analyzed company's prices and packages, as well as customer data to characterize distribution of services purchased and assess variation in billing practices.

*Employment*

Meals and Breaks:  Evaluated survey research methods used in estimating economic value of meal and break periods for a class of employees.  Found that estimates were affected by numerous sources of bias in sample selection, population coverage, and survey non-response, as well as sources of error in responses to individual questionnaire items.

Wage and Hour:  Designed, implemented, and analyzed a sample of employee time records to estimate variation of actual hours from budgeted hours for the purpose of assessing eligibility for overtime compensation.

*Insurance*

Motor Vehicle:  Analyzed labor rate survey data to evaluate company's practices for reimbursement of claimed repair costs.

Worker's Compensation:  Designed, implemented, and analyzed results from a sample audit of claims to estimate total economic damages in claim population.

*Product Development*

Medical Diagnostics:  Analyzed client's biomarker data to assist in developing effective rules for distinguishing different medical conditions presenting similar clinical symptoms.

Qualification Testing:  Designed and analyzed results from accelerated tests to characterize stress-life relationship and estimate performance of client product under in use conditions.

*Product Manufacturing*

Acceptance Sampling:  Evaluated historical quality control records to assess degree of compliance with best statistical practices for inspection of finished goods in factory operations.

Troubleshooting Analyses of Production Data:  Analyzed output data on manufactured lots, input data on raw materials, and intermediate data on process characteristics to identify factors associated with unacceptable variation in end-of-line outcomes.

*Product Reliability and Safety*

Recall Investigations:  Analyzed field data on incidents and at-risk units to estimate level of and trends in product performance.  Identified specific models, production time periods, and manufacturing locations with significantly different end-customer experience.

Comparative Risk Analysis:  Evaluated in-use performance of manufacturer-specific products relative to in-use performance of industry products.

**Peer Reviewer**

National Research Council, National Science Foundation, Journal of the American Statistical Association, The American Statistician, Statistical Science, Biometrics, Risk Analysis, Transportation Research Record, Journal of the Air and Waste Management Association, IIE Transactions on Quality and Reliability Engineering, Journal of Official Statistics, Communications in Statistics—Theory and Methods, Technometrics, Journal of Business and Economic Statistics, Annals of the Institute of Statistical Mathematics

**Professional Affiliations**

- American Statistical Association (Fellow)
- International Statistical Institute (Elected Member)
- Institute of Mathematical Statistics (Member)
- Society for Risk Analysis (Member)
- ASA Committee on Professional Ethics (2013–present)
- Nominations Committee Member, ASA Section on Statistics in Defense and National Security (2015-present)
- Editorial Board, CHANCE Magazine (2006–2013)
- ASA Working Group on Visibility and Impact in Policy Making (2010)
- Program Chair, ASA Section on Risk Analysis (2006–2007)
- ASA Council of Chapters Governing Board:  Vice-Chair, District 6 (2008–2010), Nominations Committee Member (2001–2003)
- President, San Diego Chapter, American Statistical Association (1999–2003)

# List of Previous Testimony, 2012-2015

David Hudley, et al., v. Albert D. Seeno Construction Company, et al., Superior Court, State of California, County of Solano, Case No. FCS043271, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  December 30, 2015. Retained by counsel for defendant.

Hardieplank Fiber Cement Siding Litigation, United States District Court, District of Minnesota, Case No. 12-md-2359, Testimony in deposition re: statistical evidence for alleged product defect. December 17, 2015.  Retained by counsel for plaintiff.

Toney Abbott, et al., v. Western Pacific Housing Management, et al., Superior Court, State of California, County of Riverside, Case No. RIC 1201766, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  September 22, 2015. Retained by counsel for defendant.

National Football League Management Council v. National Football League Players Association, United States District Court, Southern District of New York, Case No. 1:15-cv-05916, Testimony under oath at pre-litigation appeal hearing of Thomas Brady.  June 23, 2015. Retained by counsel for plaintiff.

J.D. Renwick, et al., v. Seecon Financial and Construction Company, Inc., et al., Superior Court, State of California, County of Contra Costa, Case No. MSC-12-01145, Testimony in deposition and hearing re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  April 3, 2015 and July 23, 2015.  Retained by counsel for defendant.

Delacey at Green Homeowners Association v. Green Street Venture, LLC, et al., Superior Court, State of California, County of Los Angeles, Case No. GC050964, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  February 13, 2015.  Retained by counsel for defendant.

Azzurra Homeowners' Association v. Colony Marina Investors, LLC, et al., Superior Court, State of California, County of Los Angeles, Case No. BC460859, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  February 11, 2015.  Retained by counsel for defendant.

Verano Condominium Homeowners Association v. La Cima Development, LLC, et al., Superior Court, State of California, County of San Diego, Case No. 37-2010-00090423-CU-CD-CTL (now JAMS Reference No. 1240021210), Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  January 30, 2015.  Retained by counsel for defendant.

West Ocean Association v. Viewcor Long Beach I, LP, et al., Superior Court, State of California, County of Los Angeles, Case No. NC057920, Testimony in deposition and hearing re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs. December 2, 2014 and March 2, 2015.  Retained by counsel for defendant.

David Helmer, et al. v. The Goodyear Tire and Rubber Company, Superior Court, United States District Court, District of Colorado, Case No. 1:12-cv-00685-RBJ-MEH, Testimony in deposition re: statistical evidence for alleged product defect.  November 20, 2014.  Retained by counsel for plaintiff.

Anthony Pagliaroni, et al. v. Mastic Home Exteriors, Inc.,et al., United States District Court, District of Massachusetts, Case No. 1:12-cv-10164, Testimony in deposition re: statistical evidence for alleged product defect.  November 13, 2014.  Retained by counsel for plaintiff.

Toscana Homes, L.P., et al. v. P.H.B. Contracting, Inc.,et al., Superior Court, State of California, County of Riverside, Case No. 1106946, Testimony in deposition re: statistical evidence for causation of alleged construction defects.  October 16, 2014.  Retained by counsel for defendant.

Aria Homeowners Association v. Anka (Cortez Hill), LLC, et al., Superior Court, State of California, County of San Diego, Case No. 37-2012-00102241-CU-CD-CTL, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  April 23, 2014.  Retained by counsel for defendant.

Rita Bhayani, et al. v. The Jam Limited Partnership, et al., Superior Court, State of California, County of Santa Clara, Case No. 110CV167490, Testimony in deposition re: statistical analysis of data on return of plaintiffs' tenant security deposits. February 12, 2014.  Retained by counsel for defendant.

Gordon Kai, et al. v. Haseko Homes, Inc., First Circuit Court, State of Hawaii, Case No. 09-1-2834-12, Testimony in deposition re: statistical evaluation of plaintiffs' testing and assessment of brass fittings.  November 19, 2013.  Retained by counsel for defendant.

Joy Arnold, et al. v. Empire Homes, Inc., et al., Superior Court, State of California, County of San Bernardino, Case No. CIVVS 1000235, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  November 13, 2013.  Retained by counsel for defendant.

Henry L. Clark, Jr., et al. v. West Coast Home Builders, et al., Superior Court, State of California, County of Contra Costa, Case No. C11-01495, Testimony in deposition re: statistical evaluation of plaintiffs' assessment of construction defects and repair costs.  October 10, 2013. Retained by counsel for defendant.

Esplanade Nevada, LLC, et al. v. Fifth and Centennial Associates, LLC, et al., District Court, State of Nevada, County of Clark, Case No. A-10-623926-B, Testimony at bench trial re:

statistical adequacy of current data and collection of future data to assess property condition.
October 7, 2013.  Retained by counsel for plaintiffs.

Rodolfo Avila, et al. v. Pulte Home Corporation, Superior Court, State of California, County of
Imperial, Case No. ECU05457, Testimony in deposition re: statistical evaluation of plaintiffs'
assessment of construction defects and repair costs.  September 10, 2012.  Retained by counsel
for defendant.

City Center Construction and Lien Master Litigation, District Court, State of Nevada, County of
Clark, Case No. A-10-612676-B, Testimony in deposition re: statistical evaluation of destructive
testing as a basis for extrapolation.  June 28, 2012.  Retained by counsel for subcontractor.

Jose Aldana, et al. v. Pulte Home Corporation, Superior Court, State of California, County of
Imperial, Case No. ECU06086, Testimony in deposition re: statistical evaluation of plaintiffs'
assessment of construction defects and repair costs.  January 24, 2012.  Retained by counsel for
defendant.

## Compensation

Exponent is being compensated at the rate of $400 per hour for my work related to this matter. No part of my compensation is contingent upon the outcome of this matter.