Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK: D. Johnson    RPTR/ECRO/TAPE: J. Monette

TOTAL TIME: ___ hours  35 minutes
DATE: July 16, 2020   START TIME: 10:00   END TIME: 10:35
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:13CV1799 (MPS)

Harkey, et al                                    Haac/ Klein
                                                 Plaintiff's Counsel
           vs
GE                                               Daly / Ackerman
                                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ ..... #368  Motion for Certification of Final Approval of Settlement    ☐ granted ☐ denied ☑ advisement
☑ ..... #370  Motion for award of attorney's fees                         ☐ granted ☐ denied ☑ advisement
☐ ..... #____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ ..... #____ Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ .....       ☐ Briefs(s) due _____  ☐ Proposed Findings due _____ Response due _____
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____   ☐ filed ☐ docketed
☐ .........   _____ Hearing continued until _____ at _____

Notes: