UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLEN GRAYSON, DOREEN MAZZANTI, DANIEL LEVY, DAVID MEQUET and LAUREN HARRIS, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | No. 3:13-cv-01799-MPS<br>(Consolidated Docket No.)<br><br><br><br><br>FEBRUARY 4, 2021 |

**JOINT MOTION TO MODIFY DEADLINE FOR CLASS MEMBERS
TO REDEEM REBATE CERTIFICATES AND TO PERMIT
RETURN OF REBATE CERTIFICATES BY ELECTRONIC MAIL**

Plaintiffs Glen Grayson, Doreen Mazzanti, Daniel Levy, David Mequet, and Lauren Harris ("Plaintiffs") and Defendant General Electric Company ("Defendant") (collectively the "Parties") hereby move for an order extending the deadline for Class Members to redeem rebate certificates pursuant to the Settlement until 90 days after the Settlement Administrator mails such certificates to the Class Members.[1] The Parties further move for an order permitting Class Members for whom the Settlement Administrator has an email address on file to return rebate certificates by electronic mail. The grounds for this motion are as follows:

Pursuant to the Settlement, Class Members who did not experience glass breakage in the door of their Covered Microwave and who no longer own their Covered Microwave were eligible to submit a claim for a $5 rebate on the purchase of a new GE microwave.[2] The Court

---

[1] Capitalized terms used herein are defined in the Settlement Agreement (ECF No. 354-1).
[2] Class Members who experienced glass breakage or who did not experience glass breakage but who still own the microwave were eligible to submit claims for check payments of $300 and $5 respectively.

entered an Order and Final Judgment granting final approval to the Settlement on July 27, 2020. The deadline for submitting a claim was October 26, 2020 (90 days after the Order and Final Judgment). Pursuant to the Settlement Agreement, there was a period of time after the claim deadline for the Parties to determine the validity of the claims submitted based on the supporting documentation and to meet and confer regarding any claims about which there was a dispute. The Parties have now concluded this process. Pursuant to the Settlement Agreement, the Settlement Administrator will be mailing checks and rebate certificates to Class Members with approved claims on or about March 15, 2021.

The Settlement Agreement provides that Class Members with an approved rebate claim will receive a rebate certificate that can be redeemed for a $5 rebate on the purchase of a new GE microwave within 180 days of the Order and Final Judgment. Twenty-nine (29) class members submitted valid rebate claims. Because the claim deadline occurred after the final approval hearing, and because the Settlement provided time for the Settlement Administrator and the Parties to validate the claims and supporting documentation, by the time the rebate certificates are mailed the 180-day time period for redeeming rebate certificates will have passed. (The Parties believe that this issue is a result of the proposed claim deadline changing during negotiations over the Settlement Agreement. When the Parties reached agreement on a claim deadline 90 days after the Order and Final Judgment, the deadline for returning rebate certificates was not adjusted accordingly.)

In order to provide Class Members with approved rebate claims with a meaningful opportunity to purchase a new GE microwave and submit their rebate forms and proofs of purchase to receive their $5 rebate, the Parties seek permission from the Court to modify the rebate deadline to afford Class Members until 90 days after the postmark date of the Settlement

Administrator's mailing of the rebate forms to purchase a GE microwave and to redeem their rebate certificates. In addition, the Parties seek permission to permit Class Members with approved rebate claims to return their rebate certificates and proofs of purchase by electronic mail where the Settlement Administrator has an email address on file. The Settlement Agreement does not expressly authorize return of rebate certificates by electronic mail. However, the Settlement Administrator has email addresses on file for many class members, and the Parties believe that permitting those class members to return their rebate certificates by electronic mail will make processing the rebates more efficient and convenient for Class Members without increasing the risk of fraud.

WHEREFORE, based on the foregoing, the Parties respectfully move for an order:

(1) permitting Class Members until 90 days after the postmark date of the Settlement Administrator's mailing of the rebate forms to purchase a GE microwave and to return their rebate forms and proofs of purchase; and

(2) permitting Class Members with approved rebate claims to return their rebate certificates and proofs of purchase by electronic mail where the Settlement Administrator has an email address on file.

| Respectfully submitted, | Dated: February 4, 2021 |
|---|---|
| /s/ Seth R. Klein | /s/ Kevin P. Daly |
| Robert A. Izard (ct01601) | John H. Kane (c12273) |
| Seth R. Klein (ct18121) | Jeffrey J. White (ct25781) |
| Mark P. Kindall (ct13797) | Wystan M. Ackerman (ct24090) |
| IZARD NOBEL LLP | Kevin P. Daly (ct30380) |
| 29 South Main Street, Suite 305 | Robinson & Cole LLP |
| West Hartford, CT 06107 | 280 Trumbull Street |
| (860) 493-6202 | Hartford, CT 06103-3597 |
| rizard@ikrlaw.com | (860) 275-8200 |
| sklein@ikrlaw.com | (860) 275-8299 *facsimile* |
| mkindall@ikrlaw.com | jkane@rc.com |

|  |  |
|---|---|
| Hassan A. Zavareei (phv04346)<br>Anna C. Haac (phv06576)<br>TYCKO & ZAVAREEI, LLP<br>2000 L Street, N.W., Suite 808<br>Washington, D.C.  20036<br>(202) 973-0900<br>(202) 973-0950 *facsimile*<br>hzavareei@tzlegal.com<br>ahaac@tzlegal.com<br>*Attorneys for Plaintiffs* | jwhite@rc.com<br>wackerman@rc.com<br>kdaly@rc.com<br>*Attorneys for Defendant* |